**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| LEE C. KAMIMURA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DITECH FINANCIAL, LLC,<br><br>　　　　Defendant. | Case No. 2:16-cv-00783-APG-CWH<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>(ECF No. 11) |

　　In light of the second amended complaint (ECF No. 16) and the parties' stipulation that defendant Ditech Financial LLC (formerly known as Green Tree Servicing, LLC) shall respond to the second amended complaint by August 22, 2016 (ECF No. 18),

　　IT IS ORDERED that defendant Ditech Financial LLC's motion to dismiss **(ECF No. 11)**, which was directed at the first amended complaint, **is DENIED** as moot.

　　DATED this 3rd day of August, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE