LAURA R. JACOBSEN
NV Bar No. 13699
McDONALD CARANO WILSON LLP
100 W. Liberty St., 10th Floor
P.O. Box 2670
Reno, Nevada 89505
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
ljacobsen@mcdonaldcarano.com

JOHN B. SULLIVAN, *Pro Hac Vice Pending*
CA Bar No. 96742
DONALD H. CRAM, *Pro Hac Vice Pending*
CA Bar No. 160004
MARY KATE KAMKA, *Pro Hac Vice Pending*
CA Bar No. 282911
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
jbs@severson.com
dhc@severson.com
mkk@severson.com

*Attorneys for Defendant Green Tree Servicing LLC now known as Ditech Financial LLC (erroneously named as Green Tree Services, LLC)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lee C. Kamimura, individually and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Green Tree Services, LLC,<br><br>　　　　Defendant. | Case No. 2:16-cv-00783-APG-CWH<br><br>**STIPULATION FOR EXTENSION OF DEADLINE TO FILE RULE 26 JOINT DISCOVERY PLAN**<br><br>**1ST REQUEST TO EXTEND DEADLINE TO SUBMIT RULE 26 JOINT DISCOVERY PLAN** |

Defendant Green Tree Servicing LLC, now known as Ditech Financial LLC ("Ditech") and Plaintiff Lee C. Kamimura ("Plaintiff"), collectively referred to herein as the "Parties," hereby stipulate to the following:

1. Plaintiff filed her Class Action Complaint For Damages Pursuant To The Fair Credit Reporting Act, 15 U.S.C. § 1681, Et Seq. ("Complaint") against Defendant on April 8, 2016.

2. On May 2, 2016, Plaintiff filed a First Amended Complaint.

3. Plaintiff served Ditech with the First Amended Complaint on May 10, 2016.

4. On June 30, 2016, Ditech filed its motion to dismiss Plaintiff's First Amended Complaint.

5. The Parties have held their discovery conference under Fed. R. Civ. P. 26(f) within 30 days after Ditech's motion to dismiss.

6. On July 15, 2016, Plaintiff filed a Second Amended Complaint ("SAC").  ECF NO. 16.

7. Ditech's response to Plaintiff's SAC is due on August 22, 2016.  ECF No. 18.

8. After meeting and conferring regarding discovery, the parties have agreed to stipulate to extend the deadline to submit their stipulated discovery plan and scheduling order to forty-five (45) days after Ditech has filed an answer to the SAC.

9. Due to the changing nature of the pleadings, the possibility of further dispositive motions that may narrow the issues in the case, and the parties' willingness to cooperate on efforts to streamline discovery in this matter, good cause exists to delay extend the deadline for the Parties to submit a proposed discovery plan until after Ditech has responded to the SAC.

\\
\\
\\
\\
\\

10. This is the first stipulation for extension of the deadline to file a proposed discovery plan.

**IT IS SO STIPULATED.**

DATED this 17th day of August, 2016.

| KAZEROUNI LAW GROUP, APC | McDONALD CARANO WILSON LLP |
|---|---|
| ___/s/ Michael Kind_____ | /s Laura R. Jacobsen_____ |
| Michael Kind | Laura R. Jacobsen |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Green Tree Servicing LLC, now known as Ditech Financial LLC* |

**IT IS SO ORDERED.**

DATED this August 19_____, 2016

_____
United States Magistrate Judge