LAURA R. JACOBSEN
NV BAR NO. 13699
McDONALD CARANO LLP
100 W. Liberty St., 10th Floor
P.O. Box 2670
Reno, Nevada 89505
Telephone: (775) 788-2000
Facsimile: (775) 788-202
ljacobsen@mcdonaldcarano.com

JOHN B. SULLIVAN (CA Bar No. 96742)
DONALD H. CRAM (CA Bar No. 160004)
dhc@severson.com
MARY KATE KAMKA (CA Bar No. 282911)
mkk@severson.com
LASZLO LADI (CA Bar No. 265564)
ll@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

*Attorneys for Defendant
Ditech Financial LLC
formerly known as
Green Tree Servicing LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lee C. Kamimura, individually and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Ditech Financial LLC formally known as Green Tree Servicing, LLC,<br><br>Defendant. | Case No. 2:16-cv-00783-APG-CWH<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE**<br><br>**(FIFTH REQUEST)** |

Plaintiff Lee C. Kamimura ("Plaintiff") and Defendant Ditech Financial LLC, formally known as Green Tree Services LLC ("Defendant" and together with Plaintiff, the "Parties") by and through their counsel of record hereby stipulate to

1  modify the Court's December 19, 2017 Order, ECF No. 46, to extend:
2     (1)  The deadline to complete Phase Two discovery from January 31, 2018 to
3          February 21, 2018.
4     Pursuant to LR 26-4, the parties agree that good cause exists to amend the Scheduling Order.  The request is made due to an unforeseen delay in the deposition of Defendant's expert John Ulzheimer.  Due to inclement weather conditions in Atlanta, the deposition needed to be postponed.  The parties have rescheduled John Ulzheimer's deposition to February 8, 2018.  The parties have further agreed to complete Plaintiff's expert's deposition by February 21, 2018.  Further good cause exists because the Parties continue to actively discussing resolution of this case and certain discovery disputes.   The Parties therefore require additional time in order to complete expert discovery and to continue to meet and confer and discuss resolution.  The discovery extension is jointly requested by the Parties in good faith.

Pursuant to LR 26-4(a), the Parties have propounded written discovery requests on each other and taken all necessary depositions, apart from the parties' expert's depositions.

Pursuant to LR 26-4(a), the Parties need to conduct the depositions of both parties' experts.

//
//
//
//
//
//
//
//
//

Pursuant to LR 26-4(d), the Parties propose the following discovery schedule:

(1) The deadline to complete Phase Two discovery will be February 21, 2018.

For these reasons, the Parties jointly request that this Court modify the August December 19, 2017 Order to provide an additional 21 days to complete discovery.

This is the Parties' fifth request for an extension of the discovery deadline.

DATED this 22nd day of January, 2018

                        KAZEROUNI LAW GROUP, APC

                By  */s/Michael Kind*
                    Michael Kind, Esq.
                    6069 South Fort Apache Road, Suite 100
                    Las Vegas, Nevada 89148
                    Attorneys for Plaintiff

DATED this 22nd day of January, 2018

                        MCDONALD CARANO LLP

                By  */s/Laura R. Jacobsen*
                    Laura R. Jacobsen, Esq.
                    100 W. Liberty St., 10th Floor
                    P.O. Box 2670
                    Reno, Nevada 89505

                    Attorneys for Defendant
                    Ditech Financial LLC formerly known as
                    Green Tree Servicing LLC

///
///
///
///
///

DATED this 22nd day of January, 2018

        SEVERSON & WERSON
        A Professional Corporation


By */s/ Donald H. Cram*
  Donald H. Cram
  Laszlo Ladi
  One Embarcadero Center, Suite 2600
  San Francisco, California 94111
  Tel. (415) 398-3344

  Attorneys for Defendant
  Ditech Financial LLC formerly known as
  Green Tree Servicing LLC

## **ORDER**

IT IS HEREBY ORDERED that the December 19, 2017 Order, ECF No. 46, is modified to extend the discovery deadline as follows:

(1) The deadline to complete Phase Two discovery shall be February 21, 2018.

Dated: January 23, 2018

IT IS SO ORDERED.

*[signature]*

UNITED STATES MAGISTRATE JUDGE