Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Lee C. Kamimura*
*individually and on behalf of others similarly situated*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lee C. Kamimura, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br>v.<br><br>Ditech Financial LLC, fka Green Tree Services LLC,<br><br>Defendant. | Case No.: 2:16-cv-00783-APG-CWH<br><br>**Joint Stipulation and Order to Extend the deadline to file dispositive motions and Plaintiff's motion for class certification**<br><br>**(Sixth Request)** |

Plaintiff Lee C. Kamimura ("Plaintiff") and Defendant Ditech Financial LLC, fka Green Tree Services LLC ("Defendant" and together with Plaintiff, the "Parties") by and through their counsel of record hereby stipulate to extend the motions deadline in this case as follows:

(1) The deadline for Plaintiff to file his motion for class certification will be March 7, 2018.

(2) The deadline to file dispositive motions will be April 9, 2018.

The current deadline to file dispositive motions is February 28, 2018. ECF No. 44. Since this Court's October 3, 2017 scheduling order, ECF No. 44, this Court granted two additional stipulations by the parties to extend the discovery cutoff. ECF Nos. 46, 48.

Good cause exists to amend the Scheduling Order. The parties took each others' experts depositions on February 8-9, 2018. The parties are still waiting for deposition transcripts to become available. Discovery is closed and the Parties do not seek any additional discovery, other than the discovery dispute raised in Plaintiff's motion to compel discovery. ECF No. 29.

The Parties are also continuing to actively discuss an informal resolution to this matter.

Pursuant to LR 26-4(a), the Parties have propounded written discovery requests on each other, have taken each others' depositions and expert depositions.

Pursuant to LR 26-4(b), the Parties request additional time to receive, read and sign, expert deposition transcripts and file dispositive motions in this case and for Plaintiff to file his class certification motion.

Plaintiff anticipates filing his motion for class certification and a motion for summary judgment on or before March 7, 2018. The parties request a 45-day extension to file their dispositive motions.

Pursuant to LR 26-4(d), the Parties respectfully propose the following briefing schedule:

(1) The deadline for Plaintiff to file his motion for class certification will be **March 7, 2018**.

(2) The deadline to file dispositive motions will be **April 9, 2018**.

This is the Parties' sixth request for an extension of these deadlines.

DATED this 22nd day of February 2018.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**SEVERSON & WERSON**

By: /s/ Mary Kate Kamka
Donald H. Cram, Esq.
Laszlo Ladi, Esq.
Mary Kate Kamka, Esq.
One Embarcadero Center, Suite 2600
San Francisco, California 94111
*Attorneys for Defendant Ditech Financial LLC formerly known as Green Tree Servicing LLC*

**ORDER**

IT IS HEREBY ORDERED that:

(1) The deadline for Plaintiff to file his motion for class certification will be March 7, 2018, and

(2) The deadline to file dispositive motions will be April 9, 2018.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 27, 2018

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil |
| 3 | Procedure that on February 22, 2018, the foregoing Stipulation was filed and served |
| 4 | via CM/ECF to all parties appearing in this case. |

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148