1  LAURA R. JACOBSEN
   NV BAR NO. 13699
2  McDONALD CARANO LLP
   100 W. Liberty St., 10th Floor
3  P.O. Box 2670
   Reno, Nevada 89505
4  Telephone: (775) 788-2000
   Facsimile: (775) 788-202
5  ljacobsen@mcdonaldcarano.com

6  JOHN B. SULLIVAN (CA Bar No. 96742)
   DONALD H. CRAM (CA Bar No. 160004 )
7  dhc@severson.com
   MARY KATE KAMKA (CA Bar No. 282911)
8  mkk@severson.com
   LASZLO LADI (CA Bar No. 265564)
9  ll@severson.com
   SEVERSON & WERSON
10 A Professional Corporation
   One Embarcadero Center, Suite 2600
11 San Francisco, California 94111
   Telephone: (415) 398-3344
12 Facsimile: (415) 956-0439

13 Attorneys for Defendant
   Ditech Financial LLC
14 formerly known as
   Green Tree Servicing LLc

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lee C. Kamimura, individually and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Ditech Financial LLC formally known as Green Tree Servicing, LLC,<br><br>Defendant. | Case No. 2:16-cv-00783-APG-CWH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE DEFENDANT'S RESPONSE TO CLASS CERTIFICATION MOTION** |

      Plaintiff Lee C. Kamimura ("Plaintiff") and Defendant Ditech Financial LLC, fka Green Tree Services LLC ("Defendant" and together with Plaintiff, the

"Parties") by and through their counsel of record hereby stipulate to extend the motions deadline in this case as follows:

(1) The deadline for Defendant to file its opposition to Plaintiff's motion for class certification will be March 28, 2018.

(2) The deadline for Plaintiff to file his reply will be April 11, 2018.

The current deadline to file dispositive motions is March 21, 2018. ECF No. 59.

Good cause exists to amend the deadline by which Defendant must file its opposition to Plaintiff's Motion for Class Certification. The parties originally agreed that Defendant would have three weeks to respond to the Motion. ECF No. 26, p. 3:14-16; ECF No. 40, p. 2:18-20; ECF No. 42, p. 2:15-18; and ECF No. 42, p. 2:12-15. When the parties stipulated that Plaintiffs could have an extension to file the Motion for Class Certification, they inadvertently failed to include Defendant's response date in that stipulation. ECF No. 52. Therefore, this stipulation is necessary to effectuate the parties' agreement that Defendant will have 21 days to respond to Plaintiff's Motion for Class Certification.

The Parties are also continuing to actively discuss an informal resolution to this matter.

The Parties respectfully propose the following briefing schedule:

(1) The deadline for Defendant to file its opposition to Plaintiff's motion for class certification will be March 28, 2018.

(2) The deadline for Plaintiff to file his reply will be April 11, 2018.

The Court has not yet set a hearing for the Motion for Class Certification. Therefore, these seven-day extensions will not affect any previous hearing dates set by the Court.

//

//

This is the Parties' seventh request for an extension of the class certification motion deadlines, but the first request for an extension of the response deadline for the opposition to the class certification motion.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**SEVERSON & WERSON**

By: /s/Mary Kate Kamka
Donald H. Cram, Esq.
Laszlo Ladi, Esq.
Mary Kate Kamka, Esq.
One Embarcadero Center, Suite 2600
San Francisco, California 94111

**MCDONALD CARANO LLP**

By: /s/Laura R. Jacobsen
Laura R. Jacobsen, Esq.
100 W. Liberty St., 10th Floor
P.O. Box 2670
Reno, Nevada 89505
*Attorneys for Defendant Ditech Financial LLC formerly known as Green Tree Servicing LLC*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that: The deadline for Defendant to file an opposition to Plaintiff's motion for class certification will be March 28, 2018, and Plaintiff's deadline to file his reply will be April 11, 2018.

**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**

Dated: March 14, 2018

4836-0890-4799, v. 1