1  LAURA R. JACOBSEN
   NV BAR NO. 13699
2  McDONALD CARANO LLP
   100 W. Liberty St., 10th Floor
3  P.O. Box 2670
   Reno, Nevada 89505
4  Telephone: (775) 788-2000
   Facsimile: (775) 788-202
5  ljacobsen@mcdonaldcarano.com

6  JOHN B. SULLIVAN (CA Bar No. 96742)
   DONALD H. CRAM (CA Bar No. 160004 )
7  dhc@severson.com
   MARY KATE KAMKA (CA Bar No. 282911)
8  mkk@severson.com
   LASZLO LADI (CA Bar No. 265564)
9  ll@severson.com
   SEVERSON & WERSON
10 A Professional Corporation
   One Embarcadero Center, Suite 2600
11 San Francisco, California 94111
   Telephone: (415) 398-3344
12 Facsimile: (415) 956-0439

13 Attorneys for Defendant
   Ditech Financial LLC
14 formerly known as
   Green Tree Servicing LLC

15

16                    UNITED STATES DISTRICT COURT

17                         DISTRICT OF NEVADA

18 Lee C. Kamimura, individually and all          Case No. 2:16-cv-00783-APG-CWH
   others similarly situated,
19                                                **JOINT STIPULATION AND
              Plaintiff,                          [PROPOSED] ORDER TO EXTEND
20                                                CASE DEADLINES**
         vs.
21
   Ditech Financial LLC formally known
22 as Green Tree Servicing, LLC,

23            Defendant.

24

25      Plaintiff Lee C. Kamimura ("Plaintiff") and Defendant Ditech Financial LLC,

26 fka Green Tree Services LLC ("Defendant" and together with Plaintiff, the

27 "Parties") by and through their counsel of record hereby stipulate to extend the

28 following deadlines in this case:

(1) The deadline for Defendant to file its opposition to Plaintiff's motion for class certification will be March 30, 2018;

(2) The deadline for Plaintiff to file his reply in support of his motion for class certification will be April 13, 2018; and

(3) The deadline by which the Parties must file their Proposed Joint Pretrial Order will be April 9, 2018, the current deadline to file dispositive motions.

The current deadline for Ditech to file its opposition to Plaintiff's motion for class certification is March 28, 2018. See Dkt. No. 62. The current deadline for Plaintiff to file his reply brief in support of the motion for class certification is April 11, 2018. *Id.* The current deadline for the parties to file their Proposed Joint Pretrial Order is March 30, 2018. Dkt. No. 44.

Good cause exists to amend the deadline by which Defendant must file its opposition to Plaintiff's Motion for Class Certification as Defendant needs two additional days to finalize the opposition. Accordingly, the parties have also agreed to allow Plaintiff an additional two days to file his reply. Moreover, good cause exists to extend the deadline by which the Parties must file their Proposed Joint Pretrial Order to after the deadline by which the Parties must file their dispositive motions given that they deadline may be suspended if and when the parties file dispositive motions.

The Parties are also continuing to actively discuss an informal resolution to this matter.

The Parties respectfully propose the following briefing schedule:

(1) The deadline for Defendant to file its opposition to Plaintiff's motion for class certification will be March 30, 2018;

(2) The deadline for Plaintiff to file his reply in support of his motion for class certification will be April 13, 2018; and

(3) The deadline by which the Parties must file their Proposed Joint Pretrial Order will be April 9, 2018.

| | |
|---|---|
| 1 | The Court has not yet set a hearing for the Motion for Class Certification. |
| 2 | Therefore, this additional two-day extension (and total nine-day extension) will not |
| 3 | affect any previous hearing dates set by the Court. |
| 4 | This is the Parties' seventh request for an extension of the class certification |
| 5 | motion deadlines, and the second request for an extension of the response deadline |
| 6 | for the opposition to the class certification motion. |

**KAZEROUNI LAW GROUP, APC**

By: /s/Michael Kind_____
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**SEVERSON & WERSON**

By: /s/Mary Kate Kamka_____
Donald H. Cram, Esq.
Laszlo Ladi, Esq.
Mary Kate Kamka, Esq.
One Embarcadero Center, Suite 2600
San Francisco, California 94111

**MCDONALD CARANO LLP**

By: /s/Laura R. Jacobsen_____

Laura R. Jacobsen, Esq.
100 W. Liberty St., 10th Floor
P.O. Box 2670
Reno, Nevada 89505
*Attorneys for Defendant Ditech Financial LLC formerly known as Green Tree Servicing LLC*

# ~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED that:

(1) The deadline for Defendant to file an opposition to Plaintiff's motion for class certification will be March 30, 2018;

(2) The deadline for Plaintiff to file his reply brief will be April 13, 2018; and

(3) The deadline by which the Parties must file their Proposed Joint Pretrial Order will be April 9, 2018.

**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**

Dated: March 27, 2018