UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEE C. KAMIMURA,<br><br>        Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL, LLC,<br><br>        Defendant. | Case No. 2:16-cv-00783-APG-CWH<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION TO SEAL**<br><br>(ECF No. 67) |

    Defendant Ditech Financial LLC seeks permission to file under seal Exhibits A and B to the Declaration of Bradford Hardwick. I grant that request. However, Ditech previously filed the entire Hardwick Declaration and all exhibits under seal. ECF No. 69. The Declaration contains some information that is not confidential, and Ditech does not seek to seal Exhibit C to the Declaration. Ditech shall file redacted versions of the Declaration and Exhibit C as unsealed, publicly available documents.

    IT IS ORDERED that defendant Ditech Financial LLC's motion to seal **(ECF No. 67) is GRANTED IN PART.** The Hardwick Declaration and all exhibits (ECF No. 69) shall remain sealed. Within 14 days of entry of this order, Ditech shall file redacted versions of ECF No. 69 as unsealed, publicly available documents.

    DATED this 1st day of April, 2018.

                                                       ANDREW P. GORDON<br>
                                                       UNITED STATES DISTRICT JUDGE