1  Abbas Kazerounian, Esq.
2  *Pro Hac Vice*
   Michael Kind, Esq.
3  Nevada Bar No. 13903
   **KAZEROUNI LAW GROUP, APC**
4  6069 S. Fort Apache Rd., Ste. 100
5  Las Vegas, NV 89148
   Phone: (800) 400-6808
6  ak@kazlg.com
7  mkind@kazlg.com

8  David H. Krieger, Esq.
   Nevada Bar No. 9086
9  **HAINES & KRIEGER, LLC**
10 8985 S. Eastern Ave., Ste. 350
   Henderson, NV 89123
11 Phone: (702) 880-5554
12 dkrieger@hainesandkrieger.com
   *Attorneys for Plaintiff Lee C. Kamimura*
13

14          **UNITED STATES DISTRICT COURT**
15              **DISTRICT OF NEVADA**

16
17 | Lee C. Kamimura, *individually and on behalf of all others similarly situated*, | Case No. 2:16-cv-00783-APG-CWH |
|---|---|
| | **DECLARATION OF MICHAEL KIND IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | |
| v. | |
| Green Tree Services, LLC, | |
| Defendant. | |

18
19
20
21
22
23
24
25
26
27
28

*(sidebar, left margin)* KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Suite 100
Las Vegas. NV 89148

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Suite 100
Las Vegas. NV 89148

1 | **DECLARATION OF MICHAEL KIND**

2 | I, Michael Kind, declare:

3 | 1. I am a managing associate of the law firm of Kazerouni Law Group, APC and co-counsel of record for plaintiff Lee C. Kamimura ("Plaintiff") in the above-captioned action against defendant Green Tree Services, LLC ("Defendant"). I am a member in good standing of the State Bar of Nevada. I am also licensed to practice in this Court.

2. I am writing this declaration in support of Plaintiff's motion for summary judgment in this case.

3. I have personal knowledge of the following facts and, if called upon as a witness, could and would competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

4. Attached as Exhibit 1 is a true and correct copy of Defendant's Rule 30(b)(6) witness's deposition transcript, for which I was present.

5. Attached as Exhibit 2 is a true and correct copy of a letter, disclosed by Defendant in discovery in this case.

6. Attached as Exhibit 3 is a true and correct copy of a letter, disclosed by Defendant in discovery in this case.

7. Attached as Exhibit 4 is a true and correct copy of Defendant's responses to Plaintiff's first set of interrogatories in this case.

8. Attached as Exhibit 5 is a true and correct redacted copy of Plaintiff's credit report, disclosed in this case.

9. Attached as Exhibit 6 is a true and correct copy of a portion of Defendant's account review inquiries that was produced by Defendant in this case. The exhibit is redacted and filed on the public docket with Defendant's consent.

10. Attached as Exhibit 7 is a true and correct copy of Mr. Ulzheimer's deposition transcript, for which I was present.

11. Attached as Exhibit 8 is a true and correct copy of the bankruptcy court's order in

1    Plaintiff's bankruptcy case.

2    12. Attached as Exhibit 9 is a true and correct copy of the bankruptcy court's order in

3        Plaintiff's bankruptcy case.

4    13. Attached as Exhibit 10 is a true and correct copy of the bankruptcy court's docket in

5        Plaintiff's bankruptcy case.

6    I declare under penalty of perjury that the foregoing is true and correct. Executed on April

7    23rd, 2018, pursuant to the laws of the United States and the State of Nevada at Las

8    Vegas, Nevada.

9

                            By:   /s/ Michael Kind
10                                Michael Kind, Esq.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Suite 100
Las Vegas. NV 89148