1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148

# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEVADA

 3
 4      _____
 5      Lee C. Kamimura, individually,)
 6      and all other similarly       )
        situated,                     )
 7                                    )
               Plaintiff,             )
 8                                    )
           vs.                        ) No. 2:16-cv-00783-APG-CWH
 9                                    )
        Green Tree Services, LLC,     )
10                                    )
               Defendant.             )
11      _____)
12
13
14
15            DEPOSITION OF BRAD HARDWICK
           30(b)(1) and 30(b)(6) Representative of
16               Green Tree Services, LLC
17                  Las Vegas, Nevada
18                Thursday, May 25, 2017
19                      Volume I
20
21
22      Reported by:
        BARBARA R. JUSTL
23      CCR No. 878
        Job No. 2625105
24
25      PAGES 1 - 143
```

Page 1

1              UNITED STATES DISTRICT COURT
2                   DISTRICT OF NEVADA
3
4    _____
5    Lee C. Kamimura, individually,)
6    and all other similarly       )
     situated,                     )
7                                  )
            Plaintiff,             )
8                                  )
       vs.                         ) No. 2:16-cv-00783-APG-CWH
9                                  )
     Green Tree Services, LLC,     )
10                                 )
            Defendant.             )
11   _____)
12
13            Deposition of BRAD HARDWICK, 30(b)(1) and
14   30(b)(6) Representative of Green Tree Services, LLC,
15   Volume I, taken on behalf of Plaintiff, at Advanced
16   Resolution Management, 6980 West Cimarron Road, #210, Las
17   Vegas, Nevada, beginning at 11:03 a.m. and ending at
18   4:03 p.m. on Thursday, May 25, 2017, before BARBARA R.
19   JUSTL, Certified Court Reporter No. 878.
20
21
22
23
24
25
                                              Page 2

1    APPEARANCES:

2

3    For Plaintiff:

4      KAZEROUNI LAW GROUP, APC

5      By: MICHAEL KIND, ESQ.

6      7854 West Sahara Avenue

7      Las Vegas, Nevada 89117

8      (702) 405-1765

9      mkind@kazig.com

10

11    For Defendants:

12      SEVERSON & WERSON

13      By: DONALD H. CRAM, III, ESQ.

14      One Embarcadero Center, 26th Floor

15      San Francisco, California 94111

16      (415) 398-3344

17      dhc@severson.com

18

19

20

21

22

23

24

25

Page 3

```
 1                        INDEX
 2   WITNESS                          EXAMINATION
 3   BRAD HARDWICK
     Volume I
 4                  BY MR. KIND                7
 5
 6
 7
 8                       EXHIBITS
 9   NUMBER             DESCRIPTION              PAGES
10   Exhibit 1   Plaintiffs Amended Notice of Taking    14
                 Deposition of Defendant Green Tree
11               Services, LLC representative(s)
                 Pursuant to Rules 30(b)(1) and
12               30(b)(6) of the Federal Rules of
                 Civil Procedure.
13   Exhibit 2   Letter dated September 16, 2010, from    14
14               Green Tree to Lee Kamimura, Bates
                 stamped Green Tree/Kamimura 000270
15               and Green Tree/Kamimura 000271.
16   Exhibit 3   Letter dated November 24, 2014, from    16
17               Green Tree to Lee Kamimura, Bates
18               stamped Green Tree/Kamimura 000007
19               and Green Tree/Kamimura 000008.
     Exhibit 4   Chapter 13 Final Account and Report –    17
20               Completed, Bates stamped
21               Green Tree/Kamimura 000014 and
22               Green Tree/Kamimura 000015.
     Exhibit 5   Debtor's Certificate of Compliance    19
23               with Conditions Related to Entry of
                 Chapter 13 Discharge, Together with
24               Notice Thereon, Bates stamped
25               Green Tree/Kamimura 000012.

                                         Page 4
```

```
                           EXHIBITS
1
2    NUMBER          DESCRIPTION                  PAGES
3    Exhibit 6   Account history for Account 89780770,    22
                 Bates stamped Green Tree/Kamimura 000001
4                through Green Tree/Kamimura 000006.
5    Exhibit 7   Defendant Green Tree Servicing LLC's     39
                 Responses to Plaintiff Lee C. Kamimura's
6                First Set of Requests for Admission.
7    Exhibit 8   Section 801 of the Policies and          45
                 Procedures Manual regarding Bankruptcy
8                Activity, Bates stamped
                 Green Tree/Kamimura 000284 through
9                Green Tree/Kamimura 000294.
10   Exhibit 9   Section 802 of the Policies and          49
                 Procedures Manual regarding Bankruptcy
11               Activity, Bates stamped
                 Green Tree/Kamimura 000316 through
12               Green Tree/Kamimura 000318.
13   Exhibit 10  Section 825 of the Policies and          52
                 Procedures Manual regarding Bankruptcy
14               Activity, Bates stamped
15               Green Tree/Kamimura 000399 through
16               Green Tree/Kamimura 000408.
17   Exhibit 11  Section 220 of the Policies and          58
                 Procedures Manual regarding Legal
18               Requirements, Bates stamped
                 Green Tree/Kamimura 000879 through
19               Green Tree/Kamimura 000880.
20   Exhibit 12  Section 220 of the Policies and          71
                 Procedures Manual regarding Legal
21               Requirements, Bates stamped
                 Green Tree/Kamimura 000889 through
22               Green Tree/Kamimura 000892.
23   Exhibit 13  Defendant Green Tree Servicing LLC's     74
                 Responses to Plaintiff Lee C.
24               Kamimura's First Set of Special
25               Interrogatories.
```

Page 5

```
 1                         EXHIBITS
 2    NUMBER              DESCRIPTION              PAGES
      Exhibit 14  TransUnion credit report dated April 5,   97
 3                 2015, with redactions.
 4    Exhibit 15  Spreadsheet of data from TransUnion,     101
                  Bates stamped Green Tree/Kamimura 000863
 5                through Green Tree/Kamimura 000871.
 6    Exhibit 16  Green Tree Requirements and Design        105
 7                Document, dated February 12, 2013, Bates
 8                stamped green Tree/Kamimura 000893
 9                and Green Tree/Kamimura 000894.
      Exhibit 17  Green Tree document headed "AA9837 -      105
10                Add recovery accounts to CB refresh
11                Requirements Document," Bates stamped
12                Green Tree/Kamimura 000820 through
13                Green Tree/Kamimura 000862.
      Exhibit 18  Defendant Green Tree Servicing LLC's      118
14                Responses to Plaintiff Lee C.
15                Kamimura's First Set of Requests for
16                Production of Documents.
      Exhibit 19  Green Tree Compliance Training            119
17                Collections dated May 12, 2011, Bates
18                stamped Green Tree/Kamimura 000704
                  through Green Tree/Kamimura 000819.
19    Exhibit 20  Green Tree New Employee Collections       125
                  Training: Module 5, FNMA Servicing,
20                Green Tree/Kamimura 000442 through
21                Green Tree/Kamimura 000542.
22    Exhibit 21  Screen shots of the BankersEdge Fair      130
23                Credit Reporting Act training course,
24                Bates stamped Green Tree/Kamimura 000543
25                through Green Tree/Kamimura 000703.

                                              Page  6
```

```
 1              Las Vegas, Nevada, Thursday, May 25, 2017

 2                      11:03 a.m.

 3

 4                      BRAD HARDWICK,

 5   having been administered an oath, was examined and

 6   testified as follows:

 7

 8                      EXAMINATION

 9   BY MR. KIND:

10   Q   Mr. Hardwick, could you please spell your name for

11   the record?

12   A   First name is Brad, B-r-a-d; last name Hardwick,

13   H-a-r-d-w-i-c-k.

14   Q   Have you ever had a deposition before?

15   A   Yes.

16   Q   How many depositions have you had?

17   A   I don't know.

18   Q   Approximately?

19   A   More than 10; less than 20.

20   Q   What sort of cases were those depositions about?

21   A   Mostly related to mortgage servicing matters.

22   Q   What did you do to prepare for today?

23   A   Reviewed various -- you know, account notes, file

24   information, things like that, regarding the account in

25   question.
```

                                                    Page 7

1      Q    Did you read the complaint?

2      A    I did.

3      Q    What other -- talk more about the servicing notes,

4    account notes.

5      A    I reviewed the account in our servicing system.  I

6    reviewed the -- some of our discovery documents.  That

7    kind of thing.

8      Q    Okay.  The depositions that you've taken before,

9    have they all been on behalf of Green Tree?

10     A    Yes.

11     Q    All right.  So as you know, you're here -- you're

12   representing Green Tree?

13     A    Yes.

14     Q    So if I say the word "you," I'm referring to Green

15   Tree unless I say -- you know, specify otherwise; is that

16   okay?

17     A    Yes.

18     Q    Just a few rules.  If you don't mind, if you could

19   wait until I finish a response, so that way the court

20   reporter can get every -- what everyone is saying down.

21   Is that fair?

22     A    Yes.

23     Q    And for all responses, I just need a verbal

24   answer, as you've been doing.  Is that okay?

25     A    Yes.

1    Q   And you are under oath today.  Do you know what

2    that means?

3    A   Yes.

4    Q   Is there any reason why you would not be able to

5    give your best testimony today?

6    A   No.

7    Q   If you don't understand one of my questions, which

8    I'm sure is going to happen, you can just let me know you

9    don't understand and I'll try and make it clear.  Is that

10   okay?

11   A   Yes.

12   Q   Let's start with just your personal history about

13   how you first came to Green Tree.  So tell me about your

14   educational background.

15   A   I have a high school diploma from Brinkley High

16   School in Brinkley, Arkansas.  I have a Bachelor of

17   English from University of Arkansas.  A Master of

18   Business Administration from the University of Texas at

19   Austin.

20   Q   What year did you graduate with your Master's?

21   A   2007.

22   Q   What was the first job that you had after that?

23   A   I was working for Green Tree while I was going to

24   school.  I've been working for Green Tree since 1996.

25   Q   What position did you have with Green Tree while

Page 9

1    you were in school?

2       A    While I was getting my Master's?

3       Q    Yes.

4       A    I was operations manager.

5       Q    What does that mean?

6       A    Operations manager managed mostly collections

7    personnel.  Also at that time I was in charge of

8    liquidating REO properties.

9       Q    REO?

10      A    Real estate owned.

11      Q    What does that mean?

12      A    It's repossessions and foreclosures that we had in

13   our office at that time.

14      Q    Did you continue in that position after you

15   graduated?

16      A    For a little while, anyway.

17      Q    And then what position did you have after that?

18      A    Regional manager.

19      Q    In Texas?

20      A    Yes, San Antonio.

21      Q    What was the region?

22      A    Well, it was the San Antonio, Texas, region.  I

23   guess -- theoretically, the region was mostly south

24   Texas, but we serviced accounts from other places.

25      Q    How long did you hold that position?

1      A    Probably six or seven years.

2      Q    And as the regional manager, could you discuss

3   your responsibilities in that position?

4      A    Really pretty similar to what I was doing as an

5   operations manager, just at a higher level.  By that

6   time, the -- they'd sort of done away with that

7   operations manager role, and the people in that role

8   focused solely on collections.

9          So by the time I was a regional manager, I still

10  had the REO responsibility, and then I had responsibility

11  over a larger group of collections staff.  We also had

12  some customer service personnel in our office as well.

13     Q    Did you personally have to deal with accessing

14  consumers' credit reports in that position?

15     A    Occasionally, yes.

16     Q    And did you oversee any department that was

17  responsible for accessing consumers' credit reports?

18     A    Yes.

19     Q    What position did you have after that?

20     A    After that, I moved into my current role, which is

21  corporate litigation representative.

22     Q    What does that mean?

23     A    I attend legal matters for Ditech, whether it be

24  arbitration, mediation, deposition.

25     Q    And that's your full-time position?

                                              Page 11

1      A    Yes.

2      Q    And you said before you've had about 15

3    depositions, between 10 and 20 depositions?

4      A    Sure.

5      Q    And how often is Ditech being sued?

6      A    I wouldn't know how often Ditech is sued.

7      Q    It keeps you busy, huh?

8      A    It's a big company, so -- I'm one person, so it

9    wouldn't take much to keep me busy.

10     Q    Is there anybody else that does what you do?  Are

11   you the only --

12     A    There are three of us.

13     Q    What sort of training do you have?  I'm sorry,

14   what's the name of the position that you have right

15   now?

16     A    Litigation representative.

17     Q    You said for corporate?

18     A    Yes.

19     Q    So what sort of training did you go through to

20   become a litigation representative?

21     A    Really on-the-job training.  In -- historically,

22   these types of matters were handled by people in

23   management, so it would be something that in my prior

24   role as a manager, I would occasionally have to do these

25   types of things.  Just not very often.

1          So, you know, I've been giving depositions or

2     being a witness for quite some time in my role as a

3     manager.

4     Q   Who selected you to have this position?

5     A   My boss is a guy named Mike Gravink.  He's in the

6     litigation department.  He's one of our corporate

7     attorneys.

8     Q   And I suppose he got to know you from various

9     legal matters?

10    A   I've been with the company for 20 years by the

11    time that I got this job, so I knew a lot of people

12    within the legal department.

13    Q   Have you ever testified in a courtroom?

14    A   Yes.

15    Q   How many times?

16    A   Maybe half a dozen.

17    Q   And all for Green Tree?

18    A   Yes.  Green Tree/Ditech.  I'm using those sort of

19    interchangeably.

20    Q   Do you mind if we just refer to Ditech as Green

21    Tree?

22    A   That's fine with me.  That's -- in my mind, that's

23    how I'm answering the questions, so makes it easier for

24    me.

25    Q   So let's make that clear.  Any time we're

Page 13

1    referring to Ditech, we're referring to Green Tree, and

2    the other way around.  It's the same company.  Is that

3    fair?

4        A    Yes.

5        Q    I'm handing you here Exhibit Number 1.

6             (Deposition Exhibit 1 marked.)

7    BY MR. KIND:

8        Q    Have you seen this document before?

9        A    I believe I have, at least some version of it.

10       Q    And this is the notice of the deposition for

11   today, right?

12       A    Yes.

13       Q    And take some time to go through the topics listed

14   on here, and let me know when you've read these.

15       A    (Witness complies.)

16            MR. CRAM:  I just want to also state for the

17   record that Ditech has made certain objections to this

18   30(b)(6) notice, and we're producing Mr. Hardwick today

19   subject to those objections.

20            THE WITNESS:  Okay.

21   BY MR. KIND:

22       Q    Is there any topic listed on here that you're not

23   prepared to discuss?

24       A    I believe that I'm prepared to discuss everything.

25            (Deposition Exhibit 2 marked.)

Page 14

1    BY MR. KIND:

2        Q    I'm handing you here Exhibit Number 2.  Could you

3    tell me what this document is?

4        A    It appears to be a welcome letter advising that

5    servicing has been transferred to Green Tree.

6        Q    So it's fair to say that about September 16, 2010,

7    is when Green Tree first had any contact with

8    Mr. Kamimura?

9        A    I mean, this letter would be the welcome letter.

10   I think this would probably be about the first

11   correspondence.

12       Q    Now, in preparing for today's deposition, did you

13   see any other accounts or relationship between

14   Mr. Kamimura and Green Tree other than the account

15   referenced in this letter, which is for the ████████

     ████████████ address?

17       A    I didn't see anything, but I wasn't looking at any

18   additional accounts.

19       Q    Is there any reason to believe that there are any

20   additional accounts?

21       A    There's no reason to believe that, no.

22       Q    And you didn't look to see that there were no

23   other accounts?

24       A    I did not.  I just was reviewing the account in

25   question.

Page 15

1       Q    And this is a standard form letter that Green Tree

2   sends out?

3       A    Yes.

4            (Deposition Exhibit 3 marked.)

5   BY MR. KIND:

6       Q    Handing you Exhibit 3, could you tell me what this

7   letter is?

8       A    It says "Notice of Servicing Transfer."  It's

9   advising that servicing is being transferred from Green

10  Tree to Specialized Loan Servicing.

11      Q    So it's fair to say -- and this letter is dated --

12  on the top right --

13      A    November 24th, 2014.

14      Q    The letter says that it's going to be transferred

15  on December 7, 2014 or December 8th; is that right?

16      A    Let's see.  Yes, that's correct.

17      Q    And is this a standard form letter that Green Tree

18  sends out?

19      A    Yes, it is.

20      Q    So between the two exhibits, number 2 and number

21  3, is it fair to say that Green Tree started servicing

22  Mr. Kamimura's account in September 2010, about September

23  2010, and then stopped servicing the account in December

24  2014?

25      A    Yes.

1    Q   And then are you aware of any other accounts that

2    Green Tree had for Mr. Kamimura after December 2014?

3    A   I'm not aware of anything, no.

4        (Deposition Exhibit 4 marked.)

5    BY MR. KIND:

6    Q   Handing you Exhibit Number 4, do you recognize

7    this document?

8    A   I don't recognize it.

9    Q   Have you seen something like this before?

10   A   Yes, I have seen something like this before.

11   Q   In preparing for today's deposition?

12   A   No, I did not look at anything like this in

13   preparation for today's deposition.

14   Q   Okay.  So this is a document that was filed in

15   Mr. Kamimura's bankruptcy.  Do you have any reason to

16   dispute that?

17   A   I have no reason to dispute that.

18   Q   And this was produced by Green Tree in discovery

19   in this case.  Do you know what system this was saved on

20   for Green Tree?

21   A   I don't, no.

22   Q   When Green Tree gets documents relating to a

23   bankruptcy, do they have a specific software or system

24   that they store the bankruptcy documents on?

25   A   They would certainly -- we have an imaging system

Page 17

1    that's called NIS, and I know that bankruptcy documents

2    are housed there.  I am not aware of any other place

3    where the documents are held.

4        Q    So if you had to guess, this would probably have

5    been printed out from NIS?

6        A    I -- if I had to guess, that would be my guess.  I

7    don't like to guess, but probably.

8        Q    Does Green Tree have other systems for scanning

9    images and saving images?

10       A    Not that I'm aware of.

11       Q    On the left side towards the middle of the table,

12   there's a reference to Green Tree Servicing.  Do you see

13   that?

14       A    I do.

15       Q    And then the -- in the fourth column, it indicates

16   that it's unsecured debt.  Do you see that?

17       A    Fourth column -- yes, unsecured.

18       Q    And then there's some payments over here.  So

19   Green Tree was paid by the trustees some payments during

20   Mr. Kamimura's bankruptcy.  Do you have any reason to say

21   otherwise?

22       A    I have no reason to say otherwise.

23       Q    Is there any way to tell from Exhibit Number 4

24   when Green Tree received this document?

25       A    There's a date at the top that says entered

1    1/14/14.

2        Q    I --

3        A    I'll admit I'm having a hard time reading all of

4    this, so --

5        Q    Okay.  I can just tell you the date on the top,

6    1/14/14, is the date this was filed in the bankruptcy

7    docket, so that's not the date that Green Tree received

8    this.

9        A    You know what, there's some sort of a date stamp

10   on the second page.  I saw that, but I'm not sure.  I

11   can't read that either.

12           (Deposition Exhibit 5 marked.)

13   BY MR. KIND:

14       Q    I'll hand you Exhibit Number 5.  This was another

15   bankruptcy document that also was produced by Green Tree.

16   So is that a stamp that's on the bottom right?

17       A    Yes, there's a stamp on the bottom right.

18       Q    And what does that stamp mean?

19       A    It shows when it was received.

20       Q    Okay.

21       A    This one is easier to read.

22       Q    So this is March 10, 2014.  That's when Green Tree

23   received this?

24       A    Yes.

25       Q    And then so back to number 4, it does seem to be a

                                              Page 19

1    stamp, bottom right.  It's harder to read.

2        A    Yeah, I mean it -- I think I can see February 2014

3    there, but I'm not sure --

4        Q    Okay.

5        A    -- about anything else.

6        Q    Does Green Tree dispute that it was aware of

7    Mr. Kamimura's bankruptcy?

8        A    No.

9        Q    And Green Tree received notice that his -- that he

10   received a discharge, right?

11       A    Yes, I believe so.

12       Q    And there's no dispute that the debt owed to Green

13   Tree or that the debt that Green Tree was servicing was

14   discharged, correct?

15       A    Can you say that again, please?

16       Q    Sure.  Green Tree is not disputing that the debt

17   that it was servicing in connection with Mr. Kamimura --

18            MR. CRAM:  I'm going to object as that calls for a

19   legal conclusion.

20            You can answer if you know.

21            THE WITNESS:  I don't know.

22   BY MR. KIND:

23       Q    Do you dispute that Mr. Kamimura received a

24   discharge in bankruptcy?

25       A    I do not dispute that.

Veritext Legal Solutions
866 299-5127

```
1      Q   Do you dispute that the debt that was serviced by
2   Green Tree was included in the bankruptcy?
3      A   It was included in the bankruptcy, yes.
4      Q   Do you dispute that after the bankruptcy
5   discharge, Mr. Kamimura did not have any personal
6   liability to Green Tree?
7      A   I do not dispute that.
8      Q   Because of the discharge, right?
9      A   Yes, that's correct.
10     Q   What sort of loan was it that Mr. Kamimura had?
11     A   It was a second lien mortgage.
12     Q   And it was secured on property originally,
13  right?
14     A   Yes.
15     Q   And as far as you know, after his bankruptcy
16  discharge, the loan was no longer secured, right?
17     A   Yes, that's correct.
18     Q   And what does it mean if a loan is secured?
19     A   It means that there is collateral on which we have
20  a lien that we can pursue that collateral to satisfy the
21  debt.
22     Q   So there was no collateral?
23         MR. CRAM:  I'm going to object as that calls for a
24  legal conclusion again.
25         You can answer.
```

Page 21

1              THE WITNESS:  It was no longer secured.

2       BY MR. KIND:

3           Q    Do you know if there was any collateral?

4           A    There was certainly no -- there was certainly no

5       lien, enforceable lien that we had on the collateral.

6           Q    What would the collateral be?

7           A    I don't know.

8           Q    Well, it would have been the house, right?

9           A    It would have been.

10          Q    But there was no lien on the house any longer?

11          A    That's correct.

12          Q    Was there a lien on anything else possibly, not

13      the house?

14          A    I'm not aware of any additional liens.

15               (Deposition Exhibit 6 marked.)

16      BY MR. KIND:

17          Q    I'm handing you Exhibit Number 6.  Could you tell

18      me what this is?

19          A    It's -- it appears to be the account history on

20      the loan in question.

21          Q    So in Exhibit 6, are all these pages together, or

22      is this first page a separate document?

23          A    It -- I mean, it comes from a separate place in

24      the servicing system.  I mean, the first page has to

25      do -- I mean, internally we refer to this part as the pay

Page 22

1    history, and then the subsequent pages are the activity

2    notes.

3        Q    Okay.  What computer system does this come from?

4        A    I mean, I don't know -- I did not personally print

5    these documents, so I can't say exactly where they were

6    accessed.  I would access them through a system called

7    UCS.

8        Q    UCS?

9        A    Uh-huh.

10       Q    What does that stand for?

11       A    I'm not sure.  The CS is collection system.  The U

12   is universal or unified or something.

13       Q    So is there some other software that some other

14   employee at Green Tree might be able to get this same

15   information?

16       A    Well, so -- accounts are -- this actual data for

17   each account is housed on another system, and then users

18   actually view it through -- through UCS.  So if -- there

19   are a couple of different servicing systems that we have,

20   but users use UCS to actually view that data.  So you

21   could actually, if the account was on -- GTA is a

22   servicing system that we have that houses the data.  So

23   one could actually go to GTA and access this information

24   directly through GTA, or you could pull it up through

25   UCS, which is actually pulling the data from GTA.

Page 23

1      Q    What does GTA stand for?

2      A    I think it's Green Tree acceptance.

3      Q    So is that some sort of housing software that's

4    built specially for Green Tree?

5      A    It's an AS-400, which I believe is an IBM system.

6    That's about all I know about it.

7      Q    That's the back end of Green Tree's system for

8    keeping track of the accounts, account information?

9      A    It's one of them.  There are a couple other

10   servicing systems that we have.

11     Q    But you think that this information came from

12   that?

13     A    I'm not certain of where this information came

14   from.  It could have come from -- like I say, it could

15   have come from UCS, which could have pulled it from --

16     Q    Actually, these aren't tricky questions.  On the

17   left over here, it says, "Source, GTA" on the first page.

18     A    Where is that?

19     Q    I just noticed that, too.

20     A    There you are.

21     Q    So this is saying "Source, GTA."  Have you seen on

22   a document that looks like this the source would say

23   something other than GTA?

24     A    Well, yes.  I mean, it could be -- there's another

25   servicing system that's MSP.  There's another one that's

Page 24

1    called Latitude.  So those are the other servicing

2    systems that we use.  So there could be a similar -- a

3    similar type of document that pulled information from

4    MSP.  These -- the note history looks like GTA to me,

5    but --

6        Q   Is there another system that keeps notes on a

7    specific account?

8        A   There's not another system that keeps like a

9    separate -- so these different systems relate more to

10   sort of when and where the account came from.  So GTA was

11   the legacy system that everything used to be on.  And

12   then, you know, MSP is kind of a newer servicing system

13   that some of the newer accounts are on.  So the notes

14   would be recorded to whichever system that account

15   happened to be on.  It would be one or the other, and

16   then those systems would feed the information to, say,

17   UCS.

18       Q   Understood.  So both MSP and GTA have this ability

19   to keep user notes?

20       A   Yes.

21       Q   Are there any accounts that are both on GTA and

22   MSP?

23       A   I don't believe that there are any that are

24   simultaneously on both.  There are accounts that get

25   moved from GTA to MSP or from GTA to Latitude, so -- in

Page 25

1    which case all of the data would move from one to the

2    other.  But there wouldn't be a sort of simultaneous

3    tracking of the account in two different systems.

4        Q    What does MSP stand for?

5        A    I don't know.

6        Q    Is Latitude another version of this sort of

7    software?

8        A    It's another version of that software, yes.

9        Q    Is Latitude newer than MSP?

10       A    I'm not sure.

11       Q    So what sort of accounts usually go to Latitude as

12   opposed to MSP or to GTA?

13       A    Latitude is primarily used for the recovery group,

14   which is charged-off accounts.

15       Q    And MSP?

16       A    MSP are primarily -- primarily first mortgage,

17   first lien mortgage accounts.  I'm trying to think of --

18   I can't say for certain that 100 percent of the accounts

19   on there are first lien mortgage, but I believe most of

20   them are, anyway.

21       Q    And would there be accounts on MSP that have been

22   charged off?  Or would they be moved to Latitude?

23       A    There would -- there would be a record of -- I

24   mean, once an account goes to charge-off, there would

25   still be a record of it in the system there.  But then

Page 26

1    that data would get moved to Latitude when the recovery

2    group starts to work the account.

3        Q   So the account, whatever is left over in MSP, is

4    kind of shut down or just archived?

5        A   Yeah, it would still be there.  You just wouldn't

6    have any sort of go-forward knowledge of what -- of the

7    activity that was happening out there in Latitude.

8        Q   Is it the same for GPA?  Is that also

9    non-charged-off accounts?

10       A   Well, you know, again, there would be sort of an

11   initial, you know, account setup within -- within GTA,

12   and then it would indicate a, you know, a charge-off and

13   then get moved to Latitude, and sort of that go-forward

14   data would be housed out there.

15       Q   Are there generally accounts in Latitude that are

16   not charged off?

17       A   I'm not aware of any.

18       Q   And when there is a bankruptcy, is that considered

19   a charge-off for the purpose of sending it to Latitude?

20       A   Bankruptcy is not the same as charge-off.

21       Q   So what happens if there's a bankruptcy?  Which

22   system gets used?

23       A   I mean, it could be any system.

24       Q   Which department does -- so within Green Tree,

25   when there's notice of bankruptcy filing, what does Green

1    Tree do?

2        A    Flags the account as bankrupt, codes it as such,

3    and then services it according to the bankruptcy policy.

4        Q    And that could be through using the GTA for

5    keeping track of the account or MSP, either one?

6        A    Yes, it could be.

7        Q    So for Mr. Kamimura, it looks like his information

8    was stored in GTA.  Do you have any reason to believe

9    there are any additional notes on MSP or Latitude?

10       A    I think this is all the note history we have.

11       Q    I notice on page 1 it doesn't reference

12   bankruptcy.  Do you know why that is?

13       A    This is not a place where bankruptcy would be

14   reflected.

15       Q    In the middle, one, two, three, four -- sixth

16   column, third row, it says "Charge-Off."  What is that

17   referring to?

18       A    Yes, it's -- just a description of the

19   transaction.

20       Q    What do you mean by that?

21       A    Well, this is the account pay history, and there's

22   a description of that -- of that entry, indicating that

23   the account was charged off.

24       Q    So this account was charged off in August 2010?

25       A    That's when this -- when this account entry was

Page 28

1   made.  I suspect -- I mean, this is all -- this August of

2   2010 entry, you know, based on what we looked at earlier

3   regarding the acquisition of servicing, these are the

4   first entries as we acquired the account.  So, I mean, it

5   looks to me like it was acquired as a charge-off.

6       Q   Is there a reason why this account didn't

7   automatically go to Latitude?

8       A   Oh, I think it probably did go to Latitude, yeah.

9       Q   Do you know if the reports and documents from the

10  Latitude system were produced in this case?

11      A   I believe everything was produced.

12      Q   Does Latitude also have a system of keeping

13  notes?

14      A   I'm not sure.  I've never worked in Latitude, so

15  I'm not sure exactly how it works.

16      Q   Okay.  And then the entry for December 8, 2014,

17  what does that -- on the fifth column -- so the column

18  says "Trn Cd."  What does that stand for.  Turn code?

19      A   Transaction code.

20      Q   Do you know what this transaction code is, C-ADJ?

21      A   ADJ is adjustment.  I'm not sure what the C is,

22  but the transaction description tells us it's a system

23  principal adjustment.

24      Q   And this is when the account was sold?

25      A   That's what it appears to be, yes.

Page 29

1      Q    Let's go to --

2      A    Or servicing transferred.  You referred to it as

3   sold.  I don't know the details, but we saw earlier the

4   servicing transfer, so I assume that's what happened.

5      Q    Does Green Tree own this debt, or did Green Tree

6   ever own a debt owed by Mr. Kamimura?

7      A    Not that I'm aware of, no.

8      Q    It was just servicing the account?

9      A    Yes.

10     Q    On the last page of this exhibit, so this goes

11  back in reverse chronological order, I notice here notes

12  start coming in on September 6, 2008.  Do you know why

13  there are notes all the way back from 2008?

14     A    It's common to receive some prior servicer

15  information.  How much we get is sort of inconsistent,

16  you know, how much info they give us.  But yes, we

17  usually get something from the prior servicer.  So stuff

18  going back to '08 would have been the previous servicer.

19     Q    On Bates number 02, it's the second page of this

20  exhibit --

21     A    Okay.

22     Q    -- there's the first entry for August 26, 2010.

23  Under "Initials" it says "CVT."  Do you know what that

24  stands for?

25     A    I -- I don't know what it stands for.  It's --

```
 1    it's the same initials all the way through.  I think it's
 2    associated with the -- with the prior servicer notes.  I
 3    think that -- I think those notes are all prior servicer
 4    notes.
 5        Q   Can you tell over here when the notes start to
 6    become from Green Tree as opposed to the prior servicer?
 7        A   I believe those September 13th notes are the first
 8    ones that came from us.
 9        Q   And do you know what ZZZ stands for?
10        A   I think it's just kind of a place holder for a
11    system note, system-generated note.
12        Q   All right.  Then the entries between September
13    2013 and then November 2014, there's nothing there.  Do
14    you know why?
15        A   I don't think that there was any -- any
16    substantive activity on this account.
17        Q   So for about four years, wouldn't once in awhile
18    someone go in there and make a note or something?
19        A   Not necessarily.
20        Q   Who was keeping track of what was going on in the
21    bankruptcy?
22        A   Presumably -- I don't know.  I don't want to
23    presume.
24        Q   Wouldn't it be some department that's keeping
25    track of the bankruptcy, what's going on, receiving
```

Page 31

```
 1   notices, receiving mail, would that be saved somewhere
 2   else?
 3       A    No, it wouldn't be saved somewhere else.  I just
 4   don't know that there was any tracking being done on the
 5   bankruptcy that was charged off on.
 6       Q    What's the note for November 6, 2014?  What does
 7   that mean?
 8       A    Account will be deboarded effective 12/8/2014, so
 9   that's the system documentation of the transfer.  It's --
10   the servicing is being transferred as discussed awhile
11   ago in that previous exhibit.
12       Q    Actually a little bit down before that, September
13   13, 2010.
14       A    September, sorry.
15       Q    No, that was fine.  I just want to go back for a
16   second.
17       A    Okay.
18       Q    The 5.59.33, they all are.  "Sent to Daybreak.
19   Source - Banko Download."  What does that mean?
20       A    I mean, this is just -- documenting the bankruptcy
21   records that we received advising that it was in
22   bankruptcy.
23       Q    Banko stands for bankruptcy?
24       A    No, I think that's some sort of a bankruptcy
25   notice software or something, or database maybe.
```

Page 32

1      Q    So does Green Tree use the database Banko to keep

2   track of bankruptcies of its customers?

3      A    I think it's used to view bankruptcy notices.  I

4   think it's like a -- subscriber database or something

5   that you can go out and look for notices that have been

6   filed.

7      Q    So I notice here it doesn't have any mention --

8   you know, letter sent to Mr. Kamimura, welcome letter or

9   the transfer letter, that's not here.  Would that be

10  somewhere else?

11     A    I don't know.

12     Q    Would it normally be on these service notes?

13     A    Some letters -- I mean, honestly, I don't know.  I

14  don't know the answer to that.  I don't see it here.  I'm

15  not sure why it's not here.

16     Q    Do these notes normally say when letters are sent

17  out?

18     A    They certainly reflect like collection letters and

19  things like that.  But this letter sort of falls outside

20  of that, so I don't think it would necessarily be part of

21  this record.

22     Q    So there were no collection letters sent?

23     A    That's correct.  That would be reflected here.

24     Q    And would phone calls be reflected here?

25     A    Yes, I believe so.

                                              Page 33

1    Q   So there's no phone calls, right?

2    A   Right.

3    Q   So between acquiring this loan or from when Green

4    Tree started to service the loan until it sold it to

5    Specialized Loan Servicing, it didn't attempt to contact

6    Mr. Kamimura at all, right?

7    A   I don't believe we tried to contact him, no.

8        MR. CRAM:   I think that misstates his testimony.

9    There were two letters that were sent, the hello letter

10   and the goodbye letter.

11       MR. KIND:   That's fair.

12   BY MR. KIND:

13   Q   Besides the welcome letter and the goodbye letter,

14   it doesn't seem like Green Tree tried to contact

15   Mr. Kamimura?

16   A   Yes, that's correct.

17   Q   Do you think that maybe the welcome letter and the

18   goodbye letter, those are just automatically generated by

19   the system?

20   A   I'm sure that they were system-generated documents

21   that were somehow associated with the acquisition of

22   servicing and the transfer out of servicing.  But I don't

23   know the exact mechanism by which those documents were

24   triggered.

25   Q   So what was Green Tree doing with this account?  I

                                        Page 34

1    mean, they got it; four years later they transferred it.

2    What was the point of holding this account?

3      A   So accounts are transferred to us in bulk.  I --

4    based on what I'm seeing here, it appears to me that the

5    determination was made that the account was in

6    bankruptcy.  It had been previously charged off.  I think

7    it was acquired as charge-off -- as a charge-off account,

8    and I think there was nothing for us to do.

9      Q   Why did Green Tree wait for four years to transfer

10   it away?

11     A   I don't know.

12     Q   Do you know whose decision it was to sell it -- it

13   says, "Sold to Specialized Loan Servicing."  To either

14   sell it or transfer it to Specialized Loan Servicing,

15   whose decision would that have been?

16     A   I don't know.

17     Q   So the obvious question is why was Green Tree

18   accessing Mr. Kamimura's credit reports throughout this

19   whole thing if there was no activity on the account, they

20   weren't trying to contact him, trying to collect,

21   what's --

22         MR. CRAM:  I'm going to object.  I mean, it's --

23   you're being vague and ambiguous as to what you mean by

24   accessing Mr. Kamimura's account.

25         You can answer.

1           THE WITNESS:  I don't know.  I mean, would you, I

2    guess, be more specific about what instances you're

3    talking about?

4           MR. KIND:  Sure.  And if you don't mind, just

5    allow me to finish the question.

6           MR. CRAM:  Sorry.

7           MR. KIND:  Sure.

8    BY MR. KIND:

9      Q    So between starting to service Mr. Kamimura's

10   account until it was transferred or sold, did Green Tree

11   access Mr. Kamimura's credit reports?

12     A    There were, you know, what we call soft pull

13   refreshes done through the credit bureau on this

14   account.

15     Q    What do you mean by "refreshes"?

16     A    There are -- the accounts are on a -- sort of a

17   regular cycle where there is a refresh of data that comes

18   from the credit bureau.  It's a -- what we call soft

19   pull, and then it periodically refreshes that data to get

20   new and updated data on the account.

21     Q    And is there a name for the system that does this

22   automatic refreshing?

23     A    You know, I think that -- I think it's probably

24   done through GTA.  I mean, that's where the data is

25   housed.

                                                   Page 36

1      Q    Is there somewhere or some way to go into GTA and

2    create a list of all the times that Green Tree accesses

3    anyone's credit reports?

4      A    I don't know.

5      Q    If you wanted to go and find out every time that

6    Green Tree pulled Mr. Kamimura's credit report, is there

7    a way to do that in GTA?

8      A    Well, I don't think that we -- I don't think that

9    we obtained a credit report.  I think that we obtained

10   data from the credit reporting agencies that came from --

11   from that report, and that data was then -- was then

12   moved to GTA.  And I think that presumably it's there.  I

13   mean, GTA is the archive.  I just don't know what format

14   that's in.  It's not like -- I mean, the data is sitting

15   out there, but I don't know if it's in some user friendly

16   format that you can sort of look at and work from it.

17     Q    The data is in the system?

18     A    Yes.

19     Q    So even maybe it's not user friendly, but maybe

20   some expert with coding or something would be able to

21   access all this information?

22     A    I suspect that that's the case, yes.

23     Q    Which system does Green Tree use?  Let me start

24   that again.

25          Does GTA somewhere keep track of whether there's a

                                                    Page 37

1    bankruptcy on a specific account?

2        A    There is a -- there's a data field within GTA that

3    has a bankruptcy code, if applicable.

4        Q    So if you wanted to and you needed to get this

5    information, there is going to be some way to pull a list

6    from GTA of all consumers who have had a bankruptcy; is

7    that right?

8        A    Of all consumers that have had a bankruptcy.  I

9    mean, there's bankruptcy coding within GTA.  So those

10   codes would still be there.

11       Q    Would the same apply to the accounts that are not

12   actually in GTA, they're on MSP instead?  Would it also

13   have that same information?

14       A    MSP also has bankruptcy coding capability, yes.

15       Q    Does MSP keep track of consumer credit reports?

16       A    I believe that the consumer credit reports all go

17   to GTA.

18       Q    Even if the main account is on MSP?

19       A    I believe that the credit reporting information

20   all goes to GTA.

21       Q    And also does Latitude keep track of credit

22   reporting information?

23       A    I think it all goes to GTA.

24       Q    Okay.  One more thing on this exhibit here.  So as

25   of November 2014, someone made the decision that this is

                                                    Page 38

1    going to go to Specialized Loan Servicing.  But it wasn't

2    actually sold until December; is that right?

3        A   I mean, the -- I think the servicing transfer

4    happened in December.

5        Q   But as of November 6, 2014, Green Tree knew that

6    this was being transferred?

7        A   The -- it -- what the note says is that the

8    account will be deboarded effective December 2014 to

9    service transferred to Specialized Loan Servicing.  So

10   there was a transfer scheduled for the next month.

11       Q   As far as you can tell, between November 6, 2014,

12   until the next month, December, there was no activity on

13   the account?

14       A   That's correct.

15           MR. KIND:  Do you want to take a break?

16           THE WITNESS:  I'm good.

17           MR. KIND:  Are you okay?

18           MR. CRAM:  Yeah.

19           (Deposition Exhibit 7 marked.)

20   BY MR. KIND:

21       Q   I'm handing you Exhibit Number 7.  Exhibit 7 is

22   Green Tree's responses to plaintiff's request for

23   admission and discovery, and I just have a few questions

24   just to clarify a few issues on there.  So on page number

25   3, it says, "Request for Admission No. 4," bottom of the

                                                    Page 39

```
 1    page.
 2           The request says, "Admit Plaintiff's Bankruptcy
 3    was discharged on or about April 2014."
 4           And then the response says, after some objections,
 5    "Subject to its specific and general objections stated
 6    above, and without waiver of any of those objections,
 7    Ditech responds:  Deny."
 8           Do you know why in this request Ditech is denying
 9    that the account was discharged?
10           MR. CRAM:  I'm going to object as it calls for a
11    legal conclusion, and that does not reflect what the
12    question was.
13    BY MR. KIND:
14      Q   Do you know why Ditech -- well, do you have an
15    answer to that question?
16      A   No.
17      Q   You just don't know?
18           MR. CRAM:  You asked whether the bankruptcy was
19    discharged, not whether the account was discharged.
20           MR. KIND:  Okay.
21    BY MR. KIND:
22      Q   Do you think that's -- that question was kind of
23    badly worded?
24      A   I suspect that that's the reason for the denial is
25    that it's an answer to the question that was asked.
```

Page 40

1      Q    Okay.  But we've been through this before.  You

2   don't have any reason to believe that he received a

3   discharge in bankruptcy -- you don't have any reason to

4   believe that he did not receive a discharge in

5   bankruptcy?

6      A    That's correct.

7      Q    I appreciate you clarifying that.

8           Then "Request for Admission No. 11" on page 6, the

9   request is, "Admit Plaintiff did not conduct any business

10  with Defendant since the date of the discharge of

11  Plaintiff's Bankruptcy."

12          And then after the objections, "Ditech responds:

13  Deny."  Do you know why this request was denied?

14          MR. CRAM:  And I'm going to object on the basis

15  that the question is vague and ambiguous.

16          You can answer if you know.

17          THE WITNESS:  I don't know.

18  BY MR. KIND:

19     Q    Do you know if -- well, we discussed this

20  already -- Green Tree and Mr. Kamimura did not have any

21  additional business after this account was transferred to

22  SLS, right?

23     A    I'm not aware of any additional business after the

24  servicing transfer.

25     Q    Or even since the date of Mr. Kamimura's

                                              Page 41

1    bankruptcy, you're not aware of any other business

2    between Mr. Kamimura and Green Tree, right?

3        A    What do you mean by "business"?

4            MR. CRAM:  I'm going to object as the question is

5    vague and ambiguous.

6    BY MR. KIND:

7        Q    What do you think business means?  Any business.

8        A    I guess I would just like for you to ask me a more

9    specific question.  I mean, we serviced the loan for some

10   period of time.

11       Q    Okay.  And then after the date of his discharge --

12   yes, let me start that again.

13           So Green Tree serviced the loan for some period of

14   time after the discharge, right?

15       A    I don't recall the date of the discharge.

16       Q    Okay.  Well, the discharge was in April 2014.  Do

17   you have any reason to think that it was otherwise?  Look

18   at the "Response to Admission No 10."  "Ditech admits

19   that on April 21, 2014, a Chapter 13 Discharge Order was

20   filed."

21       A    So we did service --

22           MR. CRAM:  Do you want to ask a question?

23           MR. KIND:  Yes.

24   BY MR. KIND:

25       Q    The question was, after the discharge, you --

                                                    Page 42

```
 1    Green Tree had continued to service in what way?
 2        A    We continued to -- you're asking in what way we
 3    serviced it?
 4        Q    Yes.
 5        A    It -- the account was housed on our servicing
 6    system, and for that period of time, the information was
 7    there.
 8        Q    And that goes back to what we spoke about before,
 9    those four years that it sat on Green Tree's system until
10    it was transferred to SLS, correct?
11        A    Yes, that's correct.
12        Q    So other than that, you're not aware that Green
13    Tree did anything else in connection with Mr. Kamimura?
14        A    There were no -- there was no account activity.
15        Q    From when?
16        A    I mean, there was no -- there was no activity on
17    this account during the entire time that we were
18    servicing it as far as -- other than what we discussed
19    previously.
20        Q    Does Green Tree use any other credit reporting
21    agency besides TransUnion to access consumers' credit
22    reports?
23             MR. CRAM:  I'm going to object to the question as
24    being vague and ambiguous.
25             You can answer if you know.
```

Page 43

```
 1          THE WITNESS:  TransUnion is who we use for soft
 2    pull account refresh.
 3    BY MR. KIND:
 4       Q   And that's the automatic batch refreshes?
 5       A   Yes, that's correct.
 6       Q   But then Green Tree also accesses Experian or
 7    Equifax consumer reports sometimes?
 8       A   Yes, for other activities, not the soft pull
 9    refreshes.
10       Q   Do you know if Green Tree ever accessed
11    Mr. Kamimura's Equifax or Experian consumer report?
12       A   I'm not aware of any instances of that.
13       Q   Do you know if Green Tree ever accesses consumer
14    reports in a batch for Experian or TransUnion?
15       A   I don't believe so.
16       Q   What's the name of the system that Green Tree uses
17    to execute these batch uploads to TransUnion?
18       A   Well, I think the way that it works is that -- I
19    believe that there's some code written into GTA that --
20    that sends TransUnion a file of the accounts that need to
21    be refreshed, and then TransUnion sends back a -- you
22    know, some sort of text file that is then uploaded into
23    GTA.  I think it's all done through some code written in
24    GTA.
25       Q   So there's no one actually manually part of this
```

Page 44

1    process at all?

2        A    Well, there's someone who wrote the code.

3        Q    So for the various times that Mr. Kamimura's

4    consumer report or information was accessed from

5    TransUnion, there was no actual person involved in that?

6        A    Only insomuch as there was a person who coded the

7    process.

8        Q    So how does Green Tree tell TransUnion whether

9    this is an account review credit pull or promotional

10   credit pull or some other purpose?  How does that get put

11   in?

12       A    I'm not familiar with the promotional terminology.

13       Q    Okay.  We'll get back to that.

14            (Deposition Exhibit 8 marked.)

15   BY MR. KIND:

16       Q    I'm handing you --

17       A    Are we done with this?

18       Q    Yes.  Handing you Exhibit 8, can you tell me what

19   this document is?

20       A    It's a section of bankruptcy policy.

21       Q    How is this used by Green Tree?

22       A    This is our policies and procedures manual that is

23   the basis for how we conduct activity on bankrupt

24   accounts.

25       Q    Is this part of employee training?

Page 45

```
1      A    This is not a training document, no.

2      Q    So who actually reviews this?

3      A    Who reviews it?

4      Q    Yes.  Who is it written for?

5      A    It's written for everyone to review the policy

6    sections.  It's like a reference material.

7      Q    So is this something accessible to all employees

8    at Green Tree?

9      A    It is accessible, yes.

10     Q    How is it accessible?

11     A    It sits out on a database where you can go look at

12   it.

13     Q    What's the name of that database?

14     A    Policies and procedures database.  Just go pull it

15   up online on, you know, the company's web page or

16   whatever, the internal.

17     Q    So when employees come in, whatever computer

18   they're using, they click something if they're confused

19   about something or questions, they can always access

20   this?

21     A    Yes.

22     Q    Okay.  On page 9 there's a section called

23   "Conversion Accounts" that says, "Accounts in bankruptcy

24   status at the time Green Tree acquires servicing rights

25   from another company are processed as shown in Figure
```

1    number 3."

2       A   I haven't found you.

3       Q   Page 9, Bates number 292.

4       A   Okay, I'm there.

5       Q   And the last --

6       A   Yeah, yeah.

7       Q   This would apply to Mr. Kamimura's account, right?

8       A   Yes, I believe so.

9       Q   And then on page 10, again it refers to Banko.  In

10   this context, do you know what Banko means?

11      A   I believe that it's the same as previously

12   discussed.

13      Q   So it's some sort of bankruptcy software but

14   you're not sure what?

15      A   I've never used it before, but as I understand it,

16   it's -- it's some sort of a subscriber service where one

17   can access bankruptcy records.

18      Q   So based on the account notes that we saw before,

19   did you see that this account was sent to Banko?

20      A   Yes.

21      Q   And that's where you got the information about his

22   attorney and that it was in bankruptcy?

23      A   Yes.

24      Q   And references the Bankruptcy Department.  So is

25   that a specific department of Green Tree?

Page 47

1      A    Yes.

2      Q    How many people are in that department?

3      A    I don't know.

4      Q    More than 20?

5      A    I don't know.  I don't know.

6      Q    What does Systems Group mean?

7      A    I think that that refers to the -- for lack of a

8    better word, the computer people, the people that are

9    doing the -- the people doing the coding of GTA.  Those

10   kinds of folks.

11     Q    Does Green Tree have full-time people that do

12   that?

13     A    Yes.

14     Q    Do you know what number 6 means, "Boards loans

15   onto GTA"?

16     A    Yes.

17     Q    What does that mean?

18     A    Boarding is the process of moving accounts onto

19   the servicing system.

20     Q    What does CBR stand for?

21     A    Credit bureau report.  Or credit bureau.

22     Q    And CBR codes, do you know what the codes refer

23   to?

24          MR. CRAM:  I'm sorry.  Oh, I see.

25          THE WITNESS:  I'm not sure -- I'm not sure which

Page 48

1    codes that it's referring to.

2    BY MR. KIND:

3        Q    What CBR codes are you aware of?

4        A    Well, you know, I think that presumably that has

5    to do with how we're -- how we're reporting accounts.  So

6    I think that what that's -- what that's telling them is

7    to make sure that the account is being reported properly

8    to the credit reports.

9        Q    Do you know what the -- and it says the accounts

10   are converted.  Do you know what that refers to,

11   converted?

12       A    Where are you talking about?

13       Q    Right at the end.

14       A    This whole thing is referring to conversion from

15   another servicer, so -- the -- completed during the same

16   month the accounts are converted, that has to do with the

17   transfer of servicing.

18            (Deposition Exhibit 9 marked.)

19   BY MR. KIND:

20       Q    I'm handing you Exhibit Number 9.  Can you tell me

21   what this is?

22       A    It's another section of bankruptcy policy.

23       Q    And this policy goes through Green Tree's

24   procedure of getting involved in the bankruptcy; is that

25   right?

1      A    I mean, yeah, it's titled "Timeline and Process

2  Flow," so the prior policy we looked at was just general

3  information.  This is more the procedures to follow.

4      Q    And then on the last page, it has a flow chart,

5  and one of the boxes talks about sending a request to an

6  attorney, motion for objection when necessary.

7           In other words, Green Tree does sometimes file

8  documents or get an attorney to represent Green Tree in

9  connection to a consumer's bankruptcy, correct?

10     A    Yes, that's correct.

11     Q    But that didn't happen in Kamimura's case,

12  right?

13     A    I didn't see any indication of that, no.

14     Q    Do you know why?

15     A    I do not.

16     Q    Is each account manually reviewed to see if

17  someone is going to be involved in the bankruptcy case or

18  they're just -- Green Tree is not going to get

19  involved?

20     A    I don't -- I don't know that there's a manual

21  review done on charged-off accounts like this one.

22     Q    Why would this account be different than other

23  accounts in bankruptcy?

24     A    Well, I -- we have different types of accounts

25  that we service, and we make different decisions based on

Page 50

1    those account types as far as whether or not we're going

2    to -- whether or not there's going to be any sort of, you

3    know, collection activity or anything like that.

4         So, I mean -- I mean, regarding the bankruptcy

5    activity, I don't know -- I don't know what would

6    determine what gets a manual review versus some other

7    type of review.

8    Q    Who would know that?

9    A    Well, I mean -- you know, I mean, perhaps someone

10   in the bankruptcy department.

11   Q    Do you know anyone's name who would have that

12   information?

13   A    Not off the top of my head.  I mean, what specific

14   information would you like for me to get for you?

15   Q    The -- what I'm wondering is this account came

16   into Green Tree, and then it sat for four years and it

17   was transferred out.  There's obviously a lot of

18   procedures here for Green Tree to file something in the

19   bankruptcy, to object to the bankruptcy, to file proofs

20   of claims, to get involved in the bankruptcy and try to

21   do Green Tree's job.

22        So what I'm trying to get to is who made the

23   decision that in this case, that Green Tree is not going

24   to get involved in the bankruptcy or file anything in the

25   bankruptcy?

                                              Page 51

1    A    I mean, I don't know that there was a personal

2    decision made, but I think that in general, in general,

3    when servicing recovery accounts, the goal is to -- the

4    goal is to try to recover some portion of debt.  You

5    know, this came in, you know, in bankruptcy, you know,

6    the debt was discharged, so there could be some sort of

7    automated process.  I don't know that an individual would

8    have had to look at this to determine that no activity

9    was going to take place.

10         (Deposition Exhibit 10 marked.)

11   BY MR. KIND:

12   Q    I'm handing you Exhibit 10.  Before we get to

13   that, there are -- I mean that's Green Tree's stated

14   policy that Green Tree will protect its interests if it

15   can in a bankruptcy.  Okay, that's not a question.

16         Let's move to this exhibit here.  General

17   information.  So under "Policy," there's a note and it

18   says, "Each bankruptcy case should be individually

19   reviewed to determine the best course of action to

20   protect and maintain collateral interest."

21         Do you see that?

22   A    I do.

23   Q    And I didn't ask you, this Exhibit 10, this is

24   another policy and procedure for Green Tree, right?

25   A    It is.

Page 52

1      Q    So that's not surprising.  So Green Tree does try

2    to protect its interests and protect its collateral

3    generally speaking, right?

4      A    Yes.

5      Q    So there is here something about that should be

6    individually reviewed, which also makes sense, right?

7      A    Yes, it does.

8      Q    And I guess what you're saying is you're just not

9    really sure of what happened with Kamimura, if it was

10   individually reviewed or not?

11     A    What I'm saying is there's nothing in --

12          MR. CRAM:  I think I'm going to impose an

13   objection.  I mean, the document attached on Exhibit 9,

14   that flow chart speaks for itself about the review

15   process.

16   BY MR. KIND:

17     Q    Do you remember what the question was?

18     A    If you could repeat it.

19     Q    I'll just ask you again.

20     A    Okay.

21     Q    So you're just not sure if Mr. Kamimura's account

22   was individually reviewed to determine if this process

23   was going to be followed by Green Tree?

24     A    What I'm saying is that there's nothing in our

25   account history that we've reviewed earlier to indicate

Veritext Legal Solutions
866 299-5127

1   that there was any sort of review done.

2       Q   I'm really curious about this.  So Green Tree got

3   an account, and then there's nothing in the notes showing

4   an individual review, it's not in there, and then four

5   years later it gets transferred out.

6           Were you curious about that as well when you were

7   reviewing for this case, what happened with this account,

8   or is this normal?

9       A   I'm not so curious about it in that there are --

10  servicing transfers come in large batches.  And there's

11  not -- there's not necessarily value in all of the

12  accounts.

13          You know, this came in as a charged-off account

14  that was in bankruptcy status, so it's not -- it's not

15  overly surprising to me that there was not a great deal

16  of work done on the account, given that the goal of the

17  recovery department that had this account is to -- is to

18  pursue -- is to pursue this charged-off debt that was not

19  really -- was not really present here for us to pursue.

20  So I don't find it surprising that there were no efforts

21  to collect on an account where there was nothing to

22  collect.

23      Q   I guess part of what I'm also wondering and asking

24  about is it's not so much the fact that that is what

25  ended up happening, but the decision process.

                                                    Page 54

```
1            So the account came in, and then no human even

2     looked at the account to say, hey, maybe we should send

3     this out for collection.  That wasn't done, was it?

4            MR. CRAM:  I think that misstates his testimony,

5     but --

6            THE WITNESS:  I'm just saying that the account

7     came to us in bankruptcy.  Nobody is going to collect on

8     it when it's in bankruptcy.  It's flagged as a bankrupt

9     account and is therefore excluded from the normal course

10    of collection activity.

11    BY MR. KIND:

12    Q    But the process described in Exhibit Number 10

13    that you have there of this, this also wasn't done, this

14    process of seeing if maybe they should get an attorney to

15    protect Ditech's interest in the bankruptcy, so that

16    wasn't done either, right?

17           MR. CRAM:  Again, object, that misstates his

18    testimony.

19           THE WITNESS:  These are -- these are sort of broad

20    bankruptcy policies.  You know, the policy that we're

21    looking at here, you know, the note that says each

22    bankruptcy case should be individually reviewed to

23    determine the best course of action, you know, I think

24    that that refers, you know, primarily to -- to a new

25    bankruptcy, right?  You get a notification on a
```

Page 55

1   bankruptcy and you're going to take a look at the account

2   and see how to move forward.  That's not really the case

3   here.  It came in as an existing bankruptcy, where there

4   wasn't really anything for us to do.

5   BY MR. KIND:

6       Q   So you mentioned a couple times that

7   Mr. Kamimura's account came in in a large batch.  Do you

8   know the number of accounts that came together with

9   Mr. Kamimura's account?

10      A   I don't, but I've never seen one come

11  individually, and I can't imagine that this one would

12  come individually.

13      Q   When Green Tree normally receives a batch of new

14  accounts, is it ever under 100 accounts in there?

15      A   I wouldn't want to speculate on numbers.  I don't

16  see all of the servicing transfers, so I wouldn't be able

17  to say that we've never gotten one with less than -- or

18  at least -- less than 100, but I think it would be

19  unusual.  But I don't see them all, so I wouldn't want to

20  speculate on the number.

21      Q   How about in Mr. Kamimura's actual batch that came

22  in.  Was it more than 100?

23      A   I have no idea how many accounts were in this

24  batch.

25      Q   How would I be able to find that if I needed to?

Page 56

1    A    Presumably that's a number we could get to.  I

2    don't know the number but I'm sure somewhere we could get

3    that if that's important.

4    Q    Where would that be?

5    A    I'm sure that there would be a record of the

6    servicing transfer that came in during that time frame.

7    Q    I never asked you this.  You work out of Texas

8    now?

9    A    Yes.

10   Q    Okay.  So if you were back at your office right

11   now, and that's the information you had to find, how many

12   accounts came together with Mr. Kamimura's account, who

13   would you go to?  Which computer system would you turn

14   on?

15   A    I would send a request to someone in -- on our

16   systems group, some, you know, computer folks that are in

17   charge of these transfers.

18   Q    So the systems group, that's the tech people that

19   you talked about before?

20   A    That's right.  Someone supervised the onboarding

21   of a group of loans on the date in question, so there

22   would be -- we'd be able to get at that number of

23   accounts, presumably.

24   Q    Who would you contact?  You'd just email someone

25   in that group?

1       A    Yes.

2       Q    Okay, simple as that.

3            Do you know if in the batch that Mr. Kamimura came

4    with, were they all accounts in bankruptcy or no?

5       A    I don't know.

6       Q    Do you know if they were all charged-off accounts?

7       A    I don't know.

8            (Deposition Exhibit 11 marked.)

9    BY MR. KIND:

10      Q    Handing you Exhibit Number 11, is this another one

11   of -- this is another one of Green Tree's policies and

12   procedures, right?

13      A    Yes, that's correct.

14      Q    This one deals with the FCRA, or the Fair Credit

15   Reporting Act, right?

16      A    Yes.

17      Q    So at the bottom left it says publish date and

18   effective date.  It says, "Effective - January 1, 2014."

19   Is there a way to see on this document when it -- when

20   this is effective until, or is it just until the next one

21   is published?

22      A    Yeah, it's effective until the next one is

23   published.

24      Q    So when employees or anyone goes onto that system

25   to see these policies and procedures, do they only get to

                                                    Page 58

1    see the most recent one?

2        A   Yes.  They would get to see the policy in effect

3    as of today.

4        Q   And then the old ones go into the archives

5    somewhere?

6        A   That's correct.

7        Q   So this is effective January 1, 2014.  Do you

8    happen to know when the next one is?

9        A   I don't.

10       Q   All right.  Page 2 of this exhibit it talks about

11   permissible purposes.  So at least at the time, this was

12   Green Tree's policy of when to access a consumer credit

13   report, right?

14           MR. CRAM:  I'm going to object on the basis that

15   your question is vague and ambiguous.

16   BY MR. KIND:

17       Q   Do you know the answer to that question?

18       A   Well, I -- this is -- as of January 1st, 2014,

19   this is the policy as relates to hard pulls of credit

20   reporting data.

21       Q   How do you know that this relates to hard pulls?

22       A   Those are the only ones that individual users

23   are -- are doing or conducting.

24       Q   How do individual users access a consumer report,

25   which system?

                                                    Page 59

1       A    You know, there's a -- there's like a drop-down

2   request within UCS, the system that we talked about

3   previously.  Presumably it uses some service that obtains

4   a credit report.

5       Q    And that would be -- what do you mean when you say

6   hard credit pull?

7       A    Well, as opposed to the soft pull refreshes that

8   we were talking about earlier.  A hard pull is an access

9   of the consumer's credit report.  Hard pull posts an

10  inquiry to the account that is -- that is something that

11  other users of the credit bureau data would be able to

12  see.

13      Q    So one of the purposes listed here is reviewing a

14  customer's account in the process of collection.  So for

15  reviewing customers' accounts, are you saying that Green

16  Tree actually pulls a hard credit pull for that?

17      A    For purposes of collection efforts, we will

18  occasionally pull credit.

19      Q    Pull the credit report, sure, but when they enter

20  the permissible purpose, would they put in there account

21  review?

22      A    I don't believe that it asks -- or would they put

23  account review.  I don't know about that.

24      Q    Who would know more information about what that

25  system looks like?

Page 60

```
 1        A    I mean, I've used it before.  I -- it asks do you

 2    have a permissible purpose, and you say yes, and then it

 3    gives you a credit report.

 4        Q    And as far as you remember, it doesn't ask you

 5    what your permissible purpose is?

 6        A    I don't recall that, no.

 7        Q    And that would be on the -- on which system was

 8    that?

 9        A    It's UCS, which is the collection system.

10        Q    Do you think it would be very difficult to get a

11    screen shot of what that screens looks like when you're

12    going in to access a consumer's report?

13        A    I don't think that it would be difficult.

14        Q    Would you be surprised to know that when Green

15    Tree pulls consumer information for the purpose of

16    reviewing an account, an existing loan for collection or

17    for location information, that it's actually a soft

18    credit pull, not a hard credit pull?  Would you be

19    surprised to know that?

20        A    I'm -- I'm not surprised.  I mean, I don't know

21    what -- I'm not sure what you're wanting.

22        Q    Okay.  Well, I guess you were trying to

23    distinguish and say, oh, this is for hard credit pulls,

24    this isn't for soft credit pulls, so let's step back.

25             What do you -- what would you say a hard credit
```

Page 61

1    pull is as opposed to a soft credit pull?

2        A    It leaves a record that we were there looking at

3    the credit report.

4        Q    And that -- as far as you know, that's generally

5    if you go to buy a new car or you apply for a credit

6    card, it will show up on that to everyone that can see

7    the credit report?

8        A    That's correct.

9        Q    But if it's behind the scenes and it's an account

10   review or something like that, that would be considered a

11   soft pull, and it doesn't show up on the main credit

12   report that other people can see.  Is that your

13   understanding?

14       A    A soft pull does not show up that other people can

15   see.

16       Q    Now, are you sure that when you go into UCS and do

17   the pull-down and check consumer's credit report, are you

18   sure that that's soft versus hard, or you just don't

19   know?

20       A    Well, I mean, it gives -- it gives us a full

21   credit report when we do that, which looks the same as

22   the credit report that you pull when someone's requesting

23   a new loan.

24       Q    So what you get back looks like a full credit

25   report.  But that doesn't necessarily tell you whether

                                              Page 62

1    that ends up to be a hard credit pull, meaning that third

2    party could see it if they access?

3        A    Well, I guess I'd have to go back and pull it

4    again and look and see if our inquiry is there.

5        Q    Would that be a permissible purpose?

6        A    I don't know why I would do that.

7        Q    No.   That's a joke.   But -- so you don't know.   Is

8    that fair to say, you're not sure?

9        A    I know that I see inquiries on credit reports from

10   others that are attempting to collect from consumers.

11       Q    Have you seen it on -- have you seen Green Tree?

12       A    At some point in history, I'm sure that I have,

13   but I've been pulling credit reports for over 20 years.

14       Q    I understand it.   I just want to lock it in.   Are

15   you saying that on that USC system, that's definitely a

16   hard credit pull and not a soft credit pull, or are you

17   saying you're just not sure?

18       A    It definitely, I believe, could be, and that's

19   what this policy addresses, is the accessing of credit

20   reports by individuals versus the refresh that we were

21   talking about previously.

22       Q    Understood.   But just one more time.

23            So this is related to the individual pulls,

24   understood.   But as far as whether that is a hard pull or

25   soft pull, we can leave that you're just not sure at this

Page 63

1   point?

2     A   As far as I know, it's hard.  I have no reason to

3   believe it wouldn't be.

4     Q   Do you have any reason to believe that it is a

5   hard credit pull?

6     A   I always thought that it was.

7     Q   So that was my question before.  Would you be

8   surprised to learn that this reviewing customer's account

9   is actually a soft credit pull and it doesn't show up?

10    A   You say reviewing a customer's account.  I -- what

11  do you mean by that?

12    Q   Okay, so on Exhibit 10 --

13    A   Because I believe that you're referring to -- I

14  believe that you're referring to something in the credit

15  report on this account review because you distinguished

16  that from some marketing or something earlier.

17        This is talking about our account, reviewing our

18  account.  So when we're reviewing our account in the

19  process of collections, we have permissible purpose to

20  pull credit.

21    Q   Right.  And you think that when that does happen,

22  and that is a permissible purpose, and when a user goes

23  in and pulls it, you think that's a hard credit pull?

24    A   I think so.

25    Q   Okay.  And what is that belief based on?  Who told

Page 64

1    you that?

2        A   It's based on, again, all of the credit reports

3    that I've looked at through the years that have -- that

4    show -- that show inquiries for collection purposes.

5        Q   Okay.  Where in this exhibit do you see that this

6    relates only to individual pulls as opposed to batch

7    credit pulls?

8        A   Well, I mean, this exhibit is a policy manual

9    which, by its nature, is written for individuals to refer

10   to.

11       Q   Wouldn't this policy and procedure apply to all

12   people working for Green Tree?

13       A   It would apply to all people working for Green

14   Tree that are -- that are accessing credit reports.

15       Q   Sure.  But if this applied to someone in the

16   systems group, wouldn't they also have to follow this

17   procedure if it applied to them?

18       A   I believe if for -- I can't imagine that anybody

19   in the systems group would need to pull someone's

20   individual credit report.  But if they did, the policy

21   would apply to them.

22       Q   Okay.  But again, it doesn't say here anywhere

23   that this is limited to individual, this is just the

24   general policy on pulling consumers' reports, right?

25       A   Again, my statement is that policies are written

Page 65

1   for individual users, and the activity that individual

2   users take in regards to credit bureau reports are

3   pulling of individual reports rather than a batch

4   refresh.

5       Q    Okay.  Fine.  So if this policy and procedure only

6   applies to individual pulls and not to batch credit

7   pulls, is there a separate policy and procedure that

8   applies to batch credit pulls?

9       A    No.  I mean, you wouldn't -- anything like that --

10  no, there's no policy and procedure related to that.

11      Q    So do you know why not?

12      A    I don't know why there would be.

13      Q    On the page 3, at the top, "Authority to Pull

14  CBRs," and then it refers to authorized representatives

15  could pull new CBR on these customers.  Do you know what

16  it means when it talks about authorized representatives?

17      A    I mean, it means employees who are authorized to

18  conduct these activities, I would assume.  I mean, I

19  assume that there are -- there are -- there are people in

20  certain positions that would have no -- no need to be

21  accessing credit reports so I don't know, perhaps they

22  have that blocked or something.  I don't know.

23      Q    Do you know what skip tracing means?

24      A    I do.

25      Q    What is that?

Page 66

1    A    It's efforts to obtain location information on a

2    customer.

3    Q    And equity analysis?

4    A    That would be an attempt to determine the value of

5    the loan or the collateral behind the loan.

6    Q    And Green Tree accesses people's individual credit

7    report for that reason sometimes?

8    A    Yes.

9    Q    Just a note, I guess, underneath over here it

10   says, "CBR Request Violation.  Requesting a credit report

11   on any person without permissible purpose is strictly

12   prohibited by Green Tree."

13        So that's very clear that you need a permissible

14   purpose, right?

15   A    Yes, that's what it states is that requesting a

16   credit report on a person without permissible purpose is

17   strictly prohibited.  I mean, I think it speaks for

18   itself.

19   Q    It does.  So going back to what you said before

20   for the batch credit pulls, you said you don't even see

21   why you would need a policy and procedure.  Can you

22   explain how this relates to what you said then?

23   A    The reason I said you wouldn't need a policy or

24   procedure is that I think policy and procedure is

25   something that you need for repeated actions.  So writing

Page 67

1    code to do something is a one-time thing.

2         If I -- if I needed to do something that's not

3    addressed with a policy one time, you know, I may speak

4    to my attorney and say, can I go do this, and they would

5    give me legal advice and say sure, you can or can't.

6         But I wouldn't employ a policy writer to enter

7    some new section of policy on a go-forward basis based on

8    a one-time transaction, which is why I said that I didn't

9    see a need that there would be a need for a policy

10   related to that.

11   Q    But it's not a one-time transaction, is it?

12   Because it automatically renews every month, right?

13        MR. CRAM:  I'm going to object.  I think that

14   misstates his testimony as far as on a monthly basis.

15        THE WITNESS:  The -- the code that is written is a

16   one-time thing, and obviously the decision to write that

17   code would be informed by a belief in the ability to do

18   so.  But the code is causing the refresh to happen, but

19   the writing of the code is a one-time thing.

20   BY MR. KIND:

21   Q    How often is the -- does the refresh?

22   A    It varies.

23   Q    Uh-huh.  Based on the type of account?

24   A    Yeah, based on the type of account.  You know,

25   I -- I think that, you know, we service accounts for  a

Page 68

1    lot of different companies, and I think that some of them

2    may dictate a different frequency than others.

3        Q    Does somebody actually review the results that

4    come back from the batch?

5        A    I think there is some sort of a review

6    occasionally, yes.

7        Q    Occasionally, but not necessarily every single

8    time?

9        A    I don't know if it's done every time or not.

10       Q    Who can I talk to who's involved in the analysis

11   of the results from these batch uploads and downloads?

12       A    Who can you talk to?  What's the question that I

13   can't -- that you're asking me?

14       Q    The question is Green Tree uploads this batch

15   information automatically.  It gets a lot of information

16   back from TransUnion.  Who's sitting there and saying,

17   all right, here's the information we got back, this is

18   what we should do with these accounts or something?

19       A    Well, I mean it -- the information is going to

20   where it needs to be to be used.

21       Q    So where is that?  Who is the end user?  Who's

22   looking at it?

23       A    Well, I mean, it's going into -- there's a data

24   analysis group that does, you know, different types of

25   modeling based on determining the value of the portfolio,

Page 69

1    determining whether or not we need to be collecting on

2    accounts and when.  There's a scoring model that is --

3    each, you know, account is given some sort of score that

4    determines if and when we should be collecting on it.

5            MR. KIND:  Can we take a five-minute break?

6            MR. CRAM:  Sure.  Off the record.

7            (Recess.)

8            MR. KIND:  Back on the record.

9    BY MR. KIND:

10   Q    So before the break, we were talking about who the

11   people are that actually review the information that

12   comes back from the refreshes.  So is there a group, the

13   data analysis group, that's a specific group?

14   A    I'm not sure what they call it.  I know there's a

15   group that does something with data.  I'm not sure what

16   the exact name of that department is.

17   Q    And you think that group is probably looking at

18   this stuff?

19   A    I think they're using -- I know that they are

20   using it for things like scoring models.

21   Q    In preparing for today's deposition, did you come

22   across anything that would suggest that anyone actually

23   looked at Mr. Kamimura's credit reports that came back

24   from TransUnion?

25   A    Oh, I don't think that -- I don't think that this

                                              Page 70

1    refresh data -- I mean, it's not coming back in the form

2    of a report.  It's data that is being used for larger

3    picture things.  So no, I don't believe that -- first of

4    all, there was -- I don't believe that there was a report

5    associated with this account, and I don't -- I don't

6    think that there was an individual review of that data at

7    the time that it was -- that it was obtained.

8        Q    For any of the times that it was obtained?

9        A    Correct.

10            (Deposition Exhibit 12 marked.)

11   BY MR. KIND:

12       Q    I'm handing you Exhibit Number 12.  And this is

13   another one of Green Tree's policies and procedures,

14   right?

15       A    Yes.

16       Q    And this one is published April 29, 2016,

17   effective May 1, 2016, right?

18       A    Yes, that's correct.

19       Q    On page 3, there is a warning, middle of the page,

20   "A CBR may never be requested for the following," right?

21       A    I see it.

22       Q    Now, this section, did you see this in any

23   previous versions, or is this new from the 2016

24   version?

25       A    I believe the underlining, I believe, indicates

                                                    Page 71

1    policy revisions.  So the portions that are underlined

2    should be new to this policy.

3        Q    Okay.  So any time there's a word underlined,

4    that's new to this policy?

5        A    That's generally the rule with the policies.

6        Q    So then "A CBR may never be requested for the

7    following," and then one listed here, "Customer whose

8    debt was discharged in bankruptcy and the collateral is

9    no longer secured."  So do you know why that was added in

10   2016?

11       A    Stuff gets added all the time.

12       Q    Could this have been in response to Mr. Kamimura's

13   lawsuit?

14       A    It's possible.  I mean, I don't know the details

15   of the policy adjustments.

16       Q    Even though this particular language was not in

17   the previous versions of the policies and procedures, is

18   it fair to say that this was still Green Tree's policy

19   before, but it just wasn't written down?

20       A    Yes.  I believe that it was being practiced, but

21   not necessarily documented as part of the policy.

22       Q    And that's because there would be no permissible

23   purpose in such a situation, right?

24       A    Yes.  Yes, that's correct.

25       Q    So maybe let's just cut to it.  I get that what

Page 72

```
 1    you're saying before, you don't believe that the
 2    information gotten from TransUnion was a credit report.
 3    But if it was a credit report, would you agree with me
 4    that there was no permissible purpose for that
 5    information?
 6       A   I -- you know, I think permissible purpose, I mean
 7    it's certainly a -- seems like a legal term.  So, I mean,
 8    I wouldn't want to interpret, you know, what -- I mean, I
 9    think I know what permissible purpose is for a user who
10    is accessing credit reports.  But, I mean, I wouldn't
11    want to interpret what is and isn't permissible regarding
12    these soft pull refreshes.
13       Q   I appreciate what you're saying, but I'm not
14    asking you for the legal definition, I'm asking
15    permissible purpose as defined by your company's
16    policies.
17          So Green Tree has some policies.  We've been
18    through them.  There are sometimes when there's a
19    permissible purpose, and sometimes when it's not.  So
20    based on everything we've reviewed now, on the dates that
21    Green Tree accessed Mr. Kamimura's information from
22    TransUnion, assuming those were credit reports, did Green
23    Tree have a permissible purpose?
24          MR. CRAM:  I'm going to object, asked and
25    answered, and it calls for a legal conclusion.
```

Page 73

```
 1            You can respond.
 2            THE WITNESS:  I don't think that they were credit
 3    reports.  If what you're asking is -- if what you're
 4    asking is if I were a user --
 5            MR. CRAM:  Before you answer, I'm just going to
 6    also object it's based on speculation.  I mean, these
 7    weren't credit reports, they were soft pulls.
 8            So you can answer.
 9            THE WITNESS:  Yes.  Understanding that this is
10    speculative, if an individual were pulling credit
11    reports, I can see -- I see no reason that we would have
12    done so, to actually pull a credit report.
13    BY MR. KIND:
14       Q   I'm going to go back to --
15       A   Mine are all marked.
16       Q   It's actually the next one.
17            MR. CRAM:  Okay.
18            (Deposition Exhibit 13 marked.)
19    BY MR. KIND:
20       Q   I'm handing you Exhibit 13.  This is Green Tree's
21    responses to plaintiff's interrogatories; is that
22    right?
23       A   Yes, that's correct.
24       Q   Okay.  So let's go to -- let's just -- I have a
25    couple of questions about these.  So just skip to number
```

Page 74

1    13 for now.  It's on page 12.

2        A    Okay.

3        Q    And in this response, Ditech responds with

4    objections, but "Ditech performed account reviews of

5    Plaintiff's account on or about June 11, 2014, September

6    3, 2014, and December 19, 2014"; is that right?

7        A    Yes, I see that.

8        Q    So let's just ask the question.

9            Based on the policies and procedures that we just

10   went through, would it be proper for Green Tree to have

11   accessed Kamimura's credit report, actual credit report,

12   on June 11, 2014?

13       A    I mean, I don't --

14           MR. CRAM:  Calls for a legal conclusion, is

15   speculative.

16           THE WITNESS:  And I don't know.  I mean, it's -- I

17   don't know that there would have been a reason.  I mean,

18   I've seen -- nothing from what we have reviewed about

19   this account leads me to believe that we would have

20   pulled a credit report on those dates, but I can't say

21   that I know for sure what was happening on that specific

22   day.

23   BY MR. KIND:

24       Q    Well, I'm not asking if you pulled a credit report

25   on that day.  The question is --

Page 75

```
1      A    No, I think I understand the question.

2      Q    I think you do as well.  But I don't think you

3   answered the question.

4      A    Well, because -- I mean, I think the question --

5           MR. CRAM:  I think you already answered the

6   question.

7           THE WITNESS:  Yeah, I think I did.  It's very

8   speculative, and I'm saying that it's impossible for me

9   to say what exactly was going on on a given date.

10  BY MR. KIND:

11     Q    Okay.  Well, that's what we're going to have to

12  get to today.  We're going to have to answer this

13  question one way or the other.  What I'm not trying to do

14  is trying to get words put in your mouth.  I'm absolutely

15  not, so let's make it very clear.

16          I totally understand that you don't think that

17  whatever was pulled on these dates were consumer reports

18  under the law.  I understand that that's what you're

19  saying, and I don't think it matters either way if we

20  agree or not.

21     A    Okay.

22     Q    Although we don't agree.

23          I want to put that aside for now, because that's

24  an issue that we'll brief between me and your attorneys,

25  and that will get resolved later, whether or not it's a
```

Page 76

1   credit report.

2        What I'm trying to get to is on these dates, if

3   there is any reason under the policies and procedures

4   that Green Tree has to access a credit report on those

5   dates.  So I'm not putting words in your mouth, but we do

6   want to know on these specific dates, what's happening

7   here.

8        So the question is actually very simple.  On June

9   11, 2014, do you know if there's any reason and what that

10  reason is, why Green Tree would need Mr. Kamimura's

11  credit report?

12  A   I know of no reason that we would need a credit

13  report, a hard pull credit report on June 11, 2014.

14  Q   And by hard pull, whatever that might mean, you

15  just mean a full credit report?

16  A   As opposed to the soft pull refresh that we've

17  spoken about earlier.

18  Q   Okay.  Do you have any -- do you know any reason

19  why on June 11, 2014, Green Tree would need the

20  information contained in a soft pull, quote/unquote,

21  refresh?

22  A   You know, the soft pulls, the refreshes, they

23  inform -- you know, there's information in there that

24  informs some portfolio evaluation things.  You know,

25  again, it falls into some scoring models, so it -- the

Page 77

1    account was not -- well, I mean that's all I can say

2    about that.

3        Q    That's fine.  So it sounds like the only reason

4    why, on June 11, 2014, Ditech needed Mr. Kamimura's

5    information, whatever it was, would be for some general

6    scoring models review.  If that's the response, that's

7    fine.

8            But do you know if Green Tree actually did that,

9    if they actually reviewed it to make sure the scoring

10   models looked good or something?

11       A    I don't think that -- I don't think that there's a

12   review of the data that is coming in on these soft pull

13   refreshes.  It's not coming in the form of a report that

14   someone is sitting on the other end looking at a report.

15   It's data that goes into a bigger picture automated

16   thing.

17           So I would expect that -- I mean, there may have

18   been some sort of, you know, automated scoring model that

19   took place on this account based on that data.  But there

20   was no person, you know, sitting on the other side of it

21   actually looking at the data, I don't think.

22       Q    You said bigger picture automated thing that

23   happened.  It sounds very vague to me.  It sounds like

24   you think probably that this information was used by

25   Green Tree because why else would they get it.  You think

Page 78

1    that's probably the case, but you're not telling me that

2    that is actually what happened.

3         A    So there is -- the -- our accounts are given,

4    they're part of the scoring model, there are scores

5    assigned to accounts.  I can pull up an account, and you

6    can see that it's part of some -- some score band that

7    determines if and when collection activities take place

8    on an account.

9             These credit refreshes are information that is

10   used to determine that.  So that's the kind of thing that

11   this information was used for.  It was not in a user

12   report that someone looked at.

13        Q    You obviously prepared for this deposition, right?

14        A    Yes.

15        Q    We spoke about that before.  This case is about

16   Mr. Kamimura saying Green Tree, you, did not have any

17   reason to look at my consumer reports, right?

18        A    Yes.

19        Q    That's what the case is about.  And I'm asking you

20   in a few different ways, so on June 11, 2014, on this

21   date, what exactly were they getting this information

22   for?  And it's big picture stuff and words about codes

23   and coding.

24             Bottom line is, do you really know what Green Tree

25   used this information for?

                                                      Page 79

1    A    Yes.

2    Q    So what did they use this information for?

3    A    Well, there are -- you know, you use -- the data

4    was put into -- it was put into GTA where an historical

5    record of the data is there, and it is used as part of

6    scoring models.  They do data mining to look at trends of

7    delinquencies of accounts, large groups of accounts, not

8    individual -- not individual people.  So it's part of

9    that large analysis of portfolios that we do.

10   Q    If Mr. Green Tree -- if Mr. Kamimura's information

11   was not included in the June 11, 2014 pull, would that

12   have made any difference to Green Tree's overall scoring

13   system or big picture automated thing?

14   A    Obviously when looking at massive amounts of data,

15   small portions or individual pieces don't make a big

16   difference.  But the individual pieces certainly make up

17   the whole.

18   Q    On the pull for June 11, 2014, how many accounts

19   were included besides for Mr. Kamimura?

20   A    I don't know the exact number, but I would say

21   it's probably in the hundreds of thousands.

22   Q    And it included for all -- was it together with

23   all the other accounts for the entire Green Tree?

24   A    No.

25   Q    How many total accounts does Green Tree have?

Page 80

1      A    I don't know the exact number.  It's certainly

2    hundreds of thousands or a million.  I don't know the

3    exact number.

4      Q    Do you think it's over one million?

5      A    It wouldn't surprise me if it is, or slightly

6    under, but --

7      Q    Do you have any idea about how many accounts Green

8    Tree has that are included in a bankruptcy in some way?

9      A    I don't know.

10     Q    But that information we discussed before, we'd be

11   able to access that through the different software,

12   right?

13     A    We have records of bankrupt accounts.

14     Q    On these batch uploads to TransUnion, do you know

15   what information gets put -- gets sent to TransUnion?  Is

16   it like a name and Social Security number or something

17   like that?

18     A    Oh, it's something like that.  I don't know

19   exactly what data we send to them, but it's identifying

20   data to indicate which -- which accounts we want

21   information on.

22     Q    Do you know if that request uploaded to TransUnion

23   is saved or stored somewhere?

24     A    I don't know.

25     Q    Who would know that?

Page 81

```
1      A    Perhaps one of the programmers that does the --
2    the actual work.
3      Q    If you were back in your office, like we did
4    before, if you're back in your office and you wanted to
5    find that out, who would you --
6      A    I could send an email to someone.
7      Q    Who would you send the email to?
8      A    I'm not sure.  I'd probably have to start emailing
9    around and get the exact name of the person.
10     Q    But you don't think it would be too difficult to
11   figure out who would have that information?
12     A    No.
13     Q    What about the information that comes back from
14   TransUnion?  You mentioned before it was a text file.  Is
15   it an actual text file?  Do you know if it's a
16   spreadsheet or something like that?
17     A    No, it's not a spreadsheet.
18     Q    All right.  It's a text file?
19     A    Yes.
20     Q    Do you know what kind of text file it is?
21     A    I don't know exactly.  It's some sort of a text
22   file that has massive amounts of data, and that data goes
23   to a table within GTA.
24     Q    Is that table in GTA, is that printable?
25     A    I doubt it.
```

Page 82

1      Q    Because of the size?

2      A    Because of the size and the format.  I mean, a --

3   again, I'm -- I'm not a -- I'm not a computer programmer.

4   But when I say table, so there's a -- for each piece of

5   customer data, there's a spot where that goes.  So -- so

6   there's a spot for customer last names, that's a table

7   that houses customer last names.

8           So these massive data files come in and they go to

9   the place within GTA where that particular piece of data

10  belongs for that account.  But only certain pieces of

11  information are things that are sort of viewable to a

12  user.

13          So as a user, I can go to a customer account and

14  look at customer last names.  That is something that is

15  given to me as a user.

16          The information that we're talking about here from

17  soft pull credit refreshes is not something that is in a

18  user friendly format.  It's something that goes into a

19  table out there on a database, and is then there for use

20  in the scoring models and things like that.  It's coded

21  for that.

22      Q    So the text file, is that something that could be

23  produced, printed out?

24      A    I have no idea if that's in a printable format.

25  Presumably data that is in text files can be converted

                                                     Page 83

1    into some sort of a format that could be printed,

2    although I don't know that it would be something that we

3    could look at and know what it means.

4        Q    Understood.  But it's somewhere -- so it's seen

5    somewhere on Green Tree's system, this text file, and you

6    agree it's probably able to download that onto some sort

7    of hard drive or something, depends on how large it is,

8    hard drive or flash drive or CD?

9        A    Yes.

10       Q    And then transferred?  Is that possible to do?

11       A    I believe so.

12       Q    You don't know on which system for Green Tree that

13   text file is going to be saved?  You don't know that

14   right now, right?

15       A    Well, the data from the text file goes to -- goes

16   to GTA.  That's where the data goes.  I mean, the file

17   itself, you know, I'm not sure exactly where that goes.

18   On some hard drive somewhere.

19       Q    But through an email or two, you should be able to

20   figure that out if you needed to?

21       A    Yes.

22       Q    So we're talking about account reviews in that

23   sense of big batch uploads.  At what point normally does

24   Green Tree take a name off of that automatic batch

25   refresher?

                                                    Page 84

1    A    There are -- there are things that are coded as

2    exclusions to that process.  There are -- so I mean -- if

3    it was determined that some population of accounts didn't

4    need to be part of that, then it would be written into

5    the code as something that needed to be excluded.

6    Q    So let's say there's a consumer, they have an

7    account with Green Tree, they pay every month, and then

8    the account is closed.  Is there some coding in there

9    that would drop this consumer from the automatic

10   refresher?

11   A    On closed accounts?  I don't know specifically

12   what the handling of closed accounts is.

13   Q    So there could be accounts that were opened ten

14   years ago and closed nine years ago that are still being

15   refreshed every single however often it is?

16   A    I have no reason to believe that's the case.  I

17   told you I didn't know, not that I thought it was

18   happening.

19   Q    Okay.  Is there any policies and procedures about

20   this code or a list of these exceptions that you talked

21   about?  Is that written out?

22   A    Well, there's a change document that indicates the

23   accounts that are part of the population, and any time

24   there's a change made to the way that we're accessing

25   them, you know, those are documented through those change

Page 85

1    documents.

2        Q    What do you mean by change documents?

3        A    Well, that's -- those are the documents that sort

4    of memorialize the way that the changes are made to the

5    soft pull credit refreshes.

6        Q    To the coding?

7        A    To some degree, yes.

8        Q    So are these changes, are they also saved

9    somewhere that we can review them if we have to?

10       A    The change documents?

11       Q    Yes.

12       A    You have them.

13       Q    Are they titled "Change Documents"?

14       A    I believe that's the title.

15       Q    So -- all right.  So we covered June 11, 2014.

16   The same would probably apply to September 3, 2014.

17            So how about December 19, 2014?  So at that point,

18   this account was already sold or transferred off to

19   Specialized Loan Servicing.  Do you know why

20   Mr. Kamimura's account was still on these refreshers?

21       A    I -- I believe that -- I believe the way that it

22   works is the file that's sent to TransUnion is sent at

23   some point early in the month, and then they give us the

24   results later in the month.  So it's not an instantaneous

25   process.

Page 86

```
 1              So if I remember correctly, that transfer of
 2    service came, you know, maybe a week into December.  So
 3    what I would say is that it was still an active account
 4    on our system at the time that the data -- that the
 5    request was made to TransUnion.
 6       Q   And then from reviewing, you didn't see after
 7    September -- December 2019 (sic) it was removed from the
 8    refreshers, right?
 9       A   Yes, that's correct.
10       Q   And how was it removed?
11       A   Well, the account was moved.
12       Q   So is it automatic through those change documents?
13       A   As -- given that it was no longer an account that
14    we serviced, it was no longer picked up as part of the
15    sweep that picks up accounts that need to be refreshed.
16       Q   Is that because Green Tree gets no benefit or use
17    from getting this information if Green Tree is no longer
18    servicing that account; is that right?
19       A   I don't know.  I don't know.
20       Q   In other words, before you were talking about how
21    maybe getting this information can help with some scoring
22    system.  But once an account is transferred away from
23    Green Tree, then that no longer is needed?
24       A   We would no longer have a reason to score an
25    account.
```

Page 87

1    Q   Do you know the exact date when the December 19,

2    2014 pull, do you know the date that that was uploaded to

3    TransUnion or requested from TransUnion?

4    A   I don't know the date that the request went, no.

5    Q   So when you're saying before you think that that's

6    maybe because it was requested before the account was

7    transferred, you're not so sure about that?

8    A   Well, you asked me why would we -- why we would

9    get the soft pull refresh -- the gist of your question

10   was why we would get this after the transfer of service,

11   and it's my understanding that there's a request that is

12   sent to TransUnion early in the month and -- or at some

13   point earlier, and then we receive that data at some

14   later time.

15        So I believe that we requested it prior -- prior

16   to that date.  I don't know the exact date but, you know,

17   given that it's an automated request of accounts that are

18   active in our servicing system, I think that it's highly

19   likely that that request came prior to transfer of

20   service.

21   Q   Highly likely.  But did you confirm that with

22   anybody, that it was before the transfer?

23   A   I do not know the date that it was requested.

24   Q   But you're guessing it was probably before the

25   transfer, right?

Veritext Legal Solutions
866 299-5127

1     A   As an answer to your question of why we would

2    obtain it after the servicing transfer, my answer to that

3    is that it's not requested and received on the same day.

4    I know that.

5     Q   Okay.

6     A   So I'm saying that it was requested prior to that

7    date.  So, I mean, that's my answer.  But I don't know

8    the exact date.

9     Q   But you know it was before December 8th?

10    A   I don't know.  I know it was before December

11   19th.

12    Q   But it could have been December 18th or it could

13   have been December 10, right?

14    A   It's conceivable.

15    Q   So you didn't -- okay.  We'll just leave that

16   there.  So now let's go to interrogatory number 15 on the

17   next page.

18        So the response to interrogatory number 15, with

19   objection, says, "Ditech contends that it had a

20   permissible purpose" -- sorry.

21        "Ditech contends that it had a permissible

22   business purpose to access Plaintiff's account in

23   December 2014."

24        So what was that permissible business purpose in

25   December 2014?

Page 89

```
 1            MR. CRAM:  I'm going to object, and it calls for a
 2    legal conclusion.
 3            You can answer if you know.
 4            THE WITNESS:  I don't know.
 5    BY MR. KIND:
 6       Q   But before preparing today, you had discussed the
 7    December 2014 pull with other people at Green Tree,
 8    right?
 9       A   I mean, I've researched the account, yes.
10       Q   You researched the account, you looked into the
11    December 2014 credit pull, you looked at all the
12    documents, and you just don't know what the permissible
13    business purpose would be?
14       A   I just believe that -- I mean, it sort of feels
15    like this question is intended to interpret what the law
16    is and, I mean, I just don't think I'm qualified to do
17    that.
18       Q   I'm not asking the law, I'm just asking your
19    opinion.  Ditech's policies and procedures, we've been
20    through this, Ditech has a say on what it considers to be
21    a permissible purpose.
22            And based on that, I'm asking you what is -- what
23    is the permissible business purpose to access
24    Mr. Kamimura's account December 2014, if you know?  If
25    you don't know, that's fine, too.
```

Page 90

1          MR. CRAM:  I'm going to object, calls for a legal

2   conclusion, calls for an opinion, and he's already

3   answered the question.

4          But you can answer the question again if you want.

5          THE WITNESS:  I don't know.

6   BY MR. KIND:

7      Q    Who would know?

8      A    The -- as previously discussed, soft pull

9   refreshes are an automated procedure that is done based

10  on programming that was done based on a set of accounts

11  where Ditech has a reason to access soft pull refreshes.

12         So I don't think that there's going to be an

13  individual at Ditech that has a different answer than the

14  one that I have.

15     Q    But your answer is you don't know.

16     A    I don't know based on coming to a legal

17  conclusion.  I do know why we performed credit refreshes

18  on this account.  We discussed that at great length.

19     Q    And to be clear, again, I'm not asking you to make

20  a legal determination about the term "permissible

21  purpose," and we can use a different word if you'd like.

22  It doesn't matter.

23         The point is, we went through all the policies and

24  procedures Ditech has, proper reasons or appropriate

25  causes to pull someone's consumer report.  We've been

Page 91

1    through that.

2         So whatever it might be, the question I'm asking

3    in the end is what was the reason why Green Tree

4    accessed -- well, actually the question is, what would be

5    a good reason for Green Tree to access Mr. Kamimura's

6    account in December 2014?

7         MR. CRAM:  And I'm going to object, calls for a

8    legal conclusion, calls for an opinion, and he's answered

9    the question.

10        Go ahead.

11        THE WITNESS:  I don't know.

12   BY MR. KIND:

13   Q   So who would know that?  Who would be able to go

14   and find that information about what that good reason

15   would be?

16   A   I don't know.

17   Q   If you go to page 14, this is signed by Christy

18   Christensen.  Do you know who that is?

19   A   Yes.

20   Q   Who is that?

21   A   She is a co-worker of mine.

22   Q   So looks like she read all these interrogatories

23   and she knows what's going on about these.  Do you think

24   that's true, that's fair to say?

25   A   She certainly signed off on the responses.

                                        Page 92

1       Q    So maybe she would know the answer to that

2   question, huh?

3       A    I mean I -- Christy is not going to know anything

4   different than what I know.   There's an answer to the

5   question in the interrogatory, so she signed off on the

6   answer that is here, so there's an answer here.

7       Q    What's her position, Christy Christensen?

8       A    It's the same as mine.

9       Q    Did Green Tree have any -- was Green Tree, in

10  December 2014, trying to collect any money from

11  Mr. Kamimura?

12      A    I don't believe that we ever tried to collect any

13  money from Mr. Kamimura.

14      Q    Was Green Tree trying to find his address at any

15  time in December 2014?

16      A    I don't know.

17      Q    Do you know if in -- on December 19, 2014, was

18  Green Tree trying to review Mr. Kamimura's account to see

19  if he's complying with certain terms?

20      A    I don't know.

21      Q    Who would know that information?

22      A    There's no record of that.

23      Q    So there's no record that they were trying to

24  collect or to review his personal account, right?

25      A    That's correct.

Page 93

```
 1      Q   On December 12, 2014, Green Tree also didn't have
 2   any reason to look into his account in that big picture
 3   way that we discussed before, right?
 4          MR. CRAM:  I'm going to object on the date.  You
 5   said December 12.
 6          MR. KIND:  December 19, 2014.  Let me just reask
 7   that question.
 8   BY MR. KIND:
 9      Q   Green Tree was also not interested in
10   Mr. Kamimura's account on December 19, 2014, in
11   connection with a scoring plan or scheme, right?
12      A   I don't believe that we would have needed to score
13   his account on that date.
14      Q   I think we've already gone through this, but I
15   just want to clarify.
16          The system used to upload these batch reports to
17   TransUnion, that's coding done by someone at Green Tree?
18   That's not a specific software, is it?
19      A   Right.  What I believe happens is that -- I
20   believe that there's coding done within GTA that informs
21   this process, that tells the system to perform this sort
22   of batch transaction.  So there's no -- there's not --
23   there's not like some software out there that somebody
24   has written to, you know, do like a drop-down box or
25   something.
```

Page 94

1    Q   But wouldn't even the coding for Green Tree's

2    software, wouldn't that have to connect to TransUnion in

3    some way?  Do you have any information about what happens

4    on TransUnion's end?

5    A   I believe we transmit a file to them.

6    Q   To what system on their end?

7    A   I don't know what kind of system TransUnion has.

8    Q   Did you ask anyone that question before?

9    A   I did not.

10   Q   And again, we don't really know exactly the person

11   to speak to about who at Green Tree deals with this, of

12   connecting it to TransUnion and making sure the coding is

13   right?

14   A   I don't know -- I don't know for sure that anyone

15   at Green Tree would know, or Ditech, would know anything

16   about what exactly TransUnion has on their end.  I

17   believe that all of these exchanges between us and

18   TransUnion and TransUnion back to us are coming in the

19   form of text files, that we take the data in that text

20   file and we put it into our system.

21        And I believe that it's the same on their end.  I

22   believe that we send them a text file, and they take the

23   information within that text file, a string of data, and

24   they put it into their system.

25   Q   But you're not sure of the name of the website or

Page 95

1  the name of the software that connects Green Tree to

2  TransUnion?

3      A   I don't know what connects them, no.  There's just

4  a transmission of a text file.

5      Q   Well, there's got to be something, either a

6  website, I guess, uploaded to or something.

7      A   I don't know.

8      Q   Who would know that?

9      A   I don't know.

10      Q   But you think you could find out if you had to?

11      A   Probably.

12      Q   Do you think it would be very difficult to figure

13  that out?

14      A   I don't think so.

15      Q   Did you discuss that issue with anybody before

16  today, specifically about the name of the software that

17  is used to transmit to TransUnion and then transmit back

18  to Green Tree?

19      A   I did not.

20      Q   Do you know, as of today, if accounts that have

21  been discharged in bankruptcy with no collateral

22  remaining, are those still being included in these batch

23  refreshers?

24      A   There are -- there are a number of different

25  bankruptcy codes that reflect different -- sort of

Page 96

```
 1   different stages of bankruptcy.  And some of those

 2   bankruptcy codes are excluded from the refresh, and I

 3   believe always have been.  So -- but I don't -- I can't

 4   recite to you all of the different codes that there are.

 5        Q   But those documents were produced?  Those are the

 6   change documents?

 7        A   Yes.  I believe that should be within those

 8   documents.

 9            (Deposition Exhibit 14 marked.)

10   BY MR. KIND:

11        Q   This is Exhibit 14.  Do you recognize Exhibit 14?

12        A   I mean, it appears to be a credit report.  I don't

13   recognize it as something I've seen before.

14        Q   And it's got a lot of redactions on here.  But

15   you've never seen this actual one before?

16        A   I don't recall ever looking at it before, no.

17        Q   The reason why I wanted to talk about this is

18   because this is -- well, first off, besides for the

19   redactions, if it's possible, is this kind of the form

20   that you would get for individual credit reports that we

21   talked about before?

22        A   I mean, it's certainly similar.  You know, I --

23   throughout the years, I've looked at credit reports

24   through a variety of different providers, types of

25   software.  They all look a little bit different.  I don't
```

Page 97

1    recall ever seeing one exactly like this, but it's
2    certainly a similar format.
3       Q   So going to page 6 of 7, the pages are on the top.
4       A   Okay.
5       Q   So these are promotional inquiries that I had
6    mentioned before, you maybe were confused about or not,
7    but under promotional inquiries over here, it does come
8    up as Green Tree requesting for promotional reasons on
9    December 5th, 2014, and June 7th, 2014.  So I wanted to
10   ask you if you knew anything about that.
11           MR. CRAM:  Hang on.  Where does it say June?
12   BY MR. KIND:
13      Q   June 7, 2014?
14      A   I see it.
15           MR. CRAM:  Oh, you mean up here?  I'm sorry.
16           MR. KIND:  Yes, under the "Promotional Inquiries"
17   section.
18           MR. CRAM:  I'm going to object because this
19   document, you haven't really authenticated what this
20   document represents.
21   BY MR. KIND:
22      Q   I'll tell you, this is Mr. Kamimura's TransUnion
23   credit report.  On the first page over here it has his
24   name and his information.
25           Do you have any reason to think that's not the

Page 98

```
 1   case?

 2        A    I have no reason to think that.

 3        Q    And then also from the dates that we had

 4   discussed -- let's try that again.

 5            So maybe it wasn't a good idea so redact it so

 6   heavily, so that way you could kind of see a little

 7   better, but -- and maybe we could discuss that and we

 8   could produce an unredacted one later.

 9            But this says "Promotional Inquiries," and down

10   below there's account inquiries, and the redacted parts

11   is other companies.  And then Green Tree Services is on

12   December 5, 2014; June 7, 2014.

13            Do you know anything about these credit pulls?

14        A    About which ones?

15        Q    The promotional inquiries on December 5th and June

16   7th.

17        A    The -- so, I mean, what I can tell you is that

18   this -- on our end, all of the -- all of the soft pulls

19   were part of the same refresh process.  So I don't

20   know -- I don't know why TransUnion has labeled them as

21   promotional versus account review.  I'm not sure how that

22   happens, but all of the soft pulls that we did were part

23   of the same -- the same batch process.

24        Q    So do you believe that on December 5th, 2014, and

25   June 7, 2014, that these were actually -- probably should
```

Page 99

1    have been account review, and that these were part of the

2    batch account review?

3        A   Again, I don't -- I don't know.  They certainly

4    were part of the same -- of the same process.  I mean,

5    it's on this three-month cycle, and we've got June,

6    September, December.  And in my review of the account,

7    you know, I know when we -- when we did the soft pulls.

8    So I believe that all that we did were part of the same

9    process.

10           Again, I don't know how they handle it on their

11   end.  I mean, they've opted to label it promotional

12   versus account review.  I don't know what goes into that,

13   but certainly on our end, it was part of the same

14   process.

15       Q   So the June and -- so that was part of a batch

16   upload, June 7th?

17       A   Yes.  These are part of the same -- of the same

18   process.

19       Q   Of the batch upload that we've been discussing?

20       A   Yes, that's correct.

21       Q   Do you know if Green Tree does promotional

22   inquiries ever?

23       A   I don't know.  That's not something I looked into

24   as part of this.

25       Q   By that I mean -- let's say they'll look at

Page 100

1    someone's credit and say you've been preapproved for a

2    loan modification, or something like that?  Is that maybe

3    promotional?

4        A    Well, I don't -- I don't think that loan mods are

5    handled that way.  That's not the best example.  I think

6    I know what you mean by promotional.  We all get credit

7    card offers in the mail, things like that, and I don't

8    know.

9            I mean, I just looked at what we're doing in

10   servicing and the transactions that pertain to this

11   particular account, and it was all part of the same batch

12   process.

13       Q    Okay.

14           (Deposition Exhibit 15 marked.)

15   BY MR. KIND:

16       Q    I'm going to hand you here Exhibit 15.  So what is

17   Exhibit 15?

18       A    This is a -- this is a spreadsheet that was

19   prepared, I believe, for you that contains the data that

20   was part of the text files that we've talked about

21   before.  This is the data that we obtained from

22   TransUnion on Mr. Kamimura on the soft pull refreshes.

23       Q    Were there other ones before this?

24       A    This is it.

25       Q    So let's just pull up the previous exhibit again.

Page 101

1    On that one, we had those dates that don't look like
2    they're on here.  So it's December 5th --
3              MR. CRAM:  You're looking at Exhibit 14?
4              MR. KIND:  That's right.  The promotional entry
5    ones.
6    BY MR. KIND:
7        Q    So it would be June 7, 2014, and December 5th, and
8    I don't see that those are listed on here as a batch
9    upload date.
10       A    Which one are you talking about?
11       Q    Let's start with June 7, 2014.  Do you see that on
12   here?
13       A    I do see June 7, 2014.
14       Q    Which one is that?
15       A    Where are you asking me?
16       Q    Back to Exhibit Number 15.
17             MR. CRAM:  So you're right.  You're pointing out
18   that the dates don't exactly match up with the dates.
19             THE WITNESS:  Okay.  So you're saying December 7th
20   here, and you're asking me if I see that -- or I'm sorry,
21   June 7th here, and you're asking me if I see that here
22   (indicating)?
23   BY MR. KIND:
24       Q    Yes.
25       A    I do not.

                                        Page 102

1    Q    Before you were saying that the promotional

2    inquiries were probably just a batch upload, but these

3    are the batch uploads on Exhibit 15, and it doesn't look

4    like it was a batch upload for that date.

5    A    So I don't work for TransUnion.  I can't speak to

6    the TransUnion document, other than what it says.  And

7    what it says is requested on a certain date.

8         And as I mentioned to you earlier, we request on

9    one date, and we receive on a different date.  So what --

10   when I saw this report, the first thing that jumped out

11   to me was that the December of 2014 was requested on

12   December 5th of 2014, which would support my earlier

13   assumption that we had requested it prior to December

14   19th, or whatever that date was when we actually or --

15   yeah, December 19th.  This is it right here.  So --

16   Q    But you're not sure about that.  This is a

17   TransUnion document.

18   A    This is a TransUnion document.  But the way I read

19   it, this shows requested date, this shows when we got the

20   information.

21   Q    And what about before November 30, 2012?  Were

22   there ever any credit pulls before then?

23   A    These are all the -- that we have.

24   Q    Do you know where this information was pulled

25   from?  What document did this stuff come from?

Page 103

```
1    A   The text files that we talked about earlier.

2    Q   So -- and this was prepared for me in this case?

3    A   Right.  Yeah, this is not a --

4    Q   So someone -- do you know who prepared this?

5    A   I'm not sure exactly who prepared it.

6    Q   Okay.  So someone did access those text files, got

7    them onto a computer, and got them into a searchable kind

8    of organized system here?

9    A   Well, I don't think it's searchable.  I mean,

10   understand the text files contains information for

11   hundreds of thousands of customers who don't have

12   anything to do with this.

13   Q   Sure.

14   A   So they accessed the -- they ran some sort of

15   query to pull out Mr. Kamimura's information that was

16   part of the text files on the refreshes in question, and

17   they put it into a spreadsheet so that they could print

18   it and we would give it to you.

19   Q   And I appreciate that.  We all appreciate that.

20       But I guess I would like to know who that was,

21   because it sounds like someone knows how to extract

22   information from those text files and knows where that

23   text file is.  You said you're not sure where that is or

24   how to get that.  It sounds like someone has it, right?

25   A   Yes.
```

Page 104

1    Q   But you're just not sure who that is, right?

2    A   I can't swear under oath who prepared this

3    document.

4    Q   Okay.

5        (Deposition Exhibit 16 marked.)

6    BY MR. KIND:

7    Q   I'm going to hand you here Exhibit 16.  Is this

8    the change document you were talking about before?

9    A   This appears to be one of them, yes.

10       (Deposition Exhibit 17 marked.)

11   BY MR. KIND:

12   Q   Let's do 16 and 17 together.  This is Exhibit 17.

13   And 17 is more of these, the same?

14   A   Yes, that's correct.

15   Q   Tell me generally what these are, 16 and 17.

16   A   In general, these are the documents that -- that

17   outline which accounts are part of the soft pull

18   refreshes that we do.

19   Q   Okay.  And then this is kind of written more

20   simply, but then there's also coding that goes with this

21   on the back end, right?

22   A   Yeah, that's correct.  Some of the coding

23   information is included in here, but I think there may be

24   some more to it than what we see here.

25   Q   Sure.  So I had some questions about acronyms on

1    here.  First off, is there a list somewhere where I could

2    find -- that could explain what RMS stands for, or CB?

3    Is there a list that you know of that has all that listed

4    out?

5        A   I don't believe that -- I don't believe that

6    there's a list, per se.

7        Q   So what is RMS?

8        A   Well, I think in this context, it refers to the

9    recovery accounts.

10       Q   What does that mean, recovery accounts?

11       A   Those are charged-off accounts.  So -- versus

12   active accounts that people are currently making payments

13   on.

14       Q   What does CB stand for, CB refresh?

15       A   Credit bureau.

16       Q   Okay, that's simple.  And SAS?

17       A   SAS, I believe, is a -- it's some sort of data

18   software.  Probably used for some sort of data mining.

19       Q   And then under number 1, are these the exceptions

20   that you were talking about before, exclusions?

21       A   Yes.  These are -- these are a list of -- these

22   are the list of exclusions.

23       Q   And there's "Accounts in Bankruptcy Status."  So

24   those -- is this document trying to say that accounts in

25   bankruptcy status are excluded from the -- from the CB

Page 106

1    refresh list?

2      A    I mean, it's certainly -- there are certainly some

3    bankruptcy codes that are -- that are excluded, or that

4    were as of the time of this document.  I mean -- you

5    know, again, this is a change document, so it changed

6    over time.

7      Q    Sure.  I think I covered with the exhibit sticker

8    the date on there.

9          MR. CRAM:  No, it's at the top.

10         THE WITNESS:  There's a date up here that says

11   '07 -- 5/24/07.

12   BY MR. KIND:

13     Q    At the bottom right it says, "Created on March

14   22nd, 2017."

15         MR. CRAM:  That's the form.

16   BY MR. KIND:

17     Q    Do you know what that is?

18     A    Yeah, I believe that that was probably when this

19   specific document was printed.  I mean, if we look

20   through, you know, the next document has the same date.

21     Q    Okay.  All right.

22         So back to over here, number 1, accounts in

23   bankruptcy status, so it says here "This includes all

24   bankruptcy statuses."  But you're saying that there are

25   some bankruptcy statuses that are excluded from the

Page 107

1    refresh list; some are not?

2      A    Well, again, like I said, this is a change

3    document.  So at the time of this document, it appears to

4    say that all bankruptcy statuses are excluded.

5      Q    All right.  It might have changed later.

6           What does, quote/unquote, "dead accounts," what

7    does that mean?

8      A    The -- those are accounts where, for some reason,

9    we wanted to make sure that there's no -- there's no

10   recovery activity.  So if we -- if we made a decision on

11   an active account to charge off a balance for some

12   reason, let's -- litigation, for example, so it was

13   litigation and, you know, some customer is arguing that

14   their account should have been paid off and we showed

15   that it was $4,000 short of payoff, and we decided, as

16   part of settlement of that litigation, that we would

17   charge off that $4,000, we're not going to come back and

18   try to collect $4,000 from them as a recovery account.

19   So that account would be dead-filed so as not to show up

20   in recovery.

21     Q    Do those accounts get noted as deads on the

22   software system?

23     A    Yeah, I think there's a notation.  There's some

24   flag that it's dead-filed that shows that it is one where

25   there's been an active decision that it's not part of

Page 108

```
 1   recovery.
 2       Q   Do you know if Mr. Kamimura's account was ever
 3   flagged that way, dead account?
 4       A   I have no reason to believe it was.
 5           MR. KIND:  Okay.  Let's go off the record.
 6           (Discussion off the record.)
 7           MR. KIND:  Back on the record.
 8   BY MR. KIND:
 9       Q   So we're still on Exhibit Number 17.  If you could
10   turn to Bates number 822.  Do you know what -- under
11   "Current Process," it has an acronym DEPCBRFSHO.  Do you
12   know what that means?
13       A   No.  I mean -- I know it's some of the coding.
14   It's the code that's used, but I don't know what it
15   means.
16       Q   And how about MLPFHIST?
17       A   The same.  It's a -- it's part of the GTA code.
18       Q   I guess the same for all the other codes like
19   that, the long ones?
20       A   Yeah.  I think all of that is coding jargon that I
21   don't know specifically what it is.  It's -- it's the
22   names of the files that are being sent and received as
23   part of the refresh process.
24       Q   Is there someone at Green Tree who would know that
25   information?
```

Page 109

1     A    Yeah, I'm sure.

2     Q    I suppose Keith Livingood?

3     A    I was going to say probably Keith Livingood.  He's

4    the one that prepared that document, but he could be

5    retired to West Palm Beach.

6     Q    So what is this document on Bates 122.  Is this

7    Keith Livingood creating a proposal to change the

8    process or what?

9     A    I don't think it's -- it's the change document.

10   It's the change that they're going to make.  I mean, new

11   requirement will be -- so today when we get a credit

12   bureau refresh, we read that file, save the account

13   number in the FICO score fields, and create or update a

14   record in a different file.

15         The new requirements is to create a new table that

16   will hold all the data from that file, and the period

17   data that is written out to another file, they're going

18   to combine another project that's enhancement to add a

19   new field for the FICO score to the file.

20         So what I believe is happening here is this is the

21   change that was made to start retaining this data as part

22   of the GTA record.

23    Q    And then also to change the intervals from four

24   months to every three months?

25    A    I'm sorry, where are you looking for that?

Page 110

```
 1      Q    Under "New Requirements," the second paragraph.

 2      A    Oh.  Yes, that is correct.

 3      Q    Is that how it is done now?

 4      A    There are some -- there are certainly some

 5   accounts that are three months.  I mean, we could -- I

 6   think these sort of documents, the changes over time and

 7   one of the things that's changed over time is how often

 8   these refreshes are done.  At least at this point they

 9   were doing it every four months and changing it to three,

10   but I think some of it's portfolio specific now.

11      Q    Bates number 825.

12           Could you tell me what this is?

13           MR. CRAM:  Okay.

14           THE WITNESS:  It is a -- it's a similar -- it's a

15   similar document.  It's just in a different format.  It's

16   documenting a change that was -- that was made.  Looks

17   like this is adding the SerVertis portfolio for a monthly

18   refresh.

19   BY MR. KIND:

20      Q    What is SerVertis?

21      A    It's the name of a portfolio.

22      Q    Do you know if Mr. Kamimura's account was part of

23   that portfolio or not?

24      A    It was not part of that portfolio.

25      Q    What portfolio was it part of?
```

Veritext Legal Solutions
866 299-5127

```
1      A    It was part of a second lien mortgage portfolio.

2  I'm not sure exactly which pool of loans, but SerVertis

3  is something different that has nothing to do with this

4  account.

5      Q    Do you know how many accounts were in

6  Mr. Kamimura's pool?

7      A    I don't.

8      Q    Is it over 100?

9      A    I have no idea.

10     Q    How would you be able to find that information if

11 you needed it?

12     A    I'm not sure.  Presumably I could do some research

13 and ask around.

14     Q    Do you know if all the other accounts in his

15 portfolio were the same status; they were in bankruptcy

16 and charged off at the time that Green Tree received it?

17     A    I don't know.

18     Q    But you could ask around and find out if you had

19 to?

20     A    Sure.

21     Q    All right.  And on Bates number 827, these look

22 like these are emails back and forth?

23     A    Yes.

24     Q    Do you know why these were produced in this

25 case?
```

Page 112

1      A    Well, the emails were changes to -- well, it's

2    sort of the back and forth regarding a change to the

3    credit bureau refresh.  As far as why these particular

4    emails were produced, I'm not -- I'm not sure.

5      Q    What is the status T?

6      A    The -- so those draw status, that has to do

7    with -- it's talking about HELOCs.  So each of these draw

8    statuses have to do with whether or not the customer is

9    able to continue to draw on their -- on their HELOC.

10          So draw status T, it might be terminated or

11    something like that, but I think it probably -- but it

12    certainly has to do with whether or not the customer had

13    the ability to draw on that line anymore.

14      Q    Okay.  So this was just a problem with refreshing,

15    but it's not necessarily related to Kamimura?

16      A    Yeah, I mean, I can't say for sure what the

17    relevance here is.

18      Q    Page 830, it looks like there's a request to

19    exclude bankruptcy accounts from refresh.  Do you know

20    why that was?

21      A    This is -- I think this is outlining which

22    bankruptcy codes are to be excluded.

23      Q    So there is a system in place that specific

24    bankruptcy codes could be excluded, right?

25      A    Yes.

                                              Page 113

1    Q    And if Green Tree wanted to exclude all accounts

2    that were discharged in bankruptcy, let's say, they could

3    do that pretty simply?

4    A    I think we could probably exclude any population

5    that we wanted to.  I mean, I believe we could exclude

6    certain bankruptcy codes.  There's a code that identifies

7    bankrupt accounts and what kind of bankruptcy it is, and

8    we can exclude based on that code.  That's what this is

9    telling us.

10   Q    And it could get very specific, so let's say it

11   would be a Chapter 13 discharge with no collateral.

12   A    It is very specific.  I don't know that that is

13   specifically one of the codes, but it -- they are

14   specific to circumstances, yes.

15   Q    Bates number 834, do you know what this is?

16   A    This is some -- well, it's part of an email

17   exchange regarding another change to the credit bureau

18   refresh.

19        MR. CRAM:  I think that's part of the email on 833

20   as well.

21        THE WITNESS:  Yeah, it's part of that exchange.

22   BY MR. KIND:

23   Q    And this is just them showing what they did to

24   update the coding?

25   A    Yeah.  This appears to be the code that updated

Page 114

1    this particular change.

2        Q    Bates number 835, could you tell me what that is?

3        A    It's a request -- it's another request to update

4    the soft pulls.  This is actually -- looks like a request

5    specifically dealing with accounts located in Vermont.

6        Q    So then on Bates number 841, there's a portion

7    here redacted.  Do you know why it's redacted?

8        A    I do not.

9        Q    Do you know who redacted that?

10       A    Typically attorneys redact, but I don't know which

11   one.

12       Q    Do you know what would have been here?

13       A    Presumably something that either didn't relate to

14   this account or contained some sort of private

15   information.  You know, an example would be, you know,

16   awhile ago I had that screen shot of the code.  There was

17   a screen shot in here that had information on a

18   particular customer.  That would be something that would

19   be redacted.

20       Q    On Bates number 852, so there's a term on the top

21   right, MLPFIHST.  Do you know what that means?

22       A    It's part of the coding.  It's one of the -- it

23   appears to be a table, is what I would gather, based on

24   that language.  It's a place where the data goes.

25       Q    And this sentence over here, this is still

Page 115

1    referring to the refreshes from TransUnion?

2       A   Are you just talking about that sentence?

3       Q   Yes.

4       A   Yes.  It says when the credit report data is

5    returned from TransUnion.

6       Q   Okay.  On Bates number 854, under -- in the first

7    box, in the big one with project name, do you know what

8    RKBK stands for?

9       A   I mean the -- I'm not sure what the RK is.  It has

10   to do with bankruptcy codes.  I think the BK is

11   bankruptcy.

12      Q   So does it relate to the codes on the next page,

13   855?

14      A   Yes, that's correct.

15      Q   So bankruptcy D, 8 and 9, Chapter 13, Chapter 13

16   cramdown.  What does cramdown mean?

17      A   What does cramdown mean?

18      Q   Yes, number 9.  Chapter 13, cramdown.

19      A   A cramdown is a type of Chapter 13 bankruptcy

20   where the bankruptcy court -- I'm not a lawyer, so I

21   don't know probably the exact terminology to use -- but

22   essentially they revalue the loan to a lesser amount as

23   part of the bankruptcy.

24      Q   So on Exhibit Number 16, that's the two-page

25   document here --

Page 116

```
 1        A    Right.

 2        Q    -- I guess that's just another one, another change

 3   document?

 4        A    Yes, that's correct.

 5        Q    And all these change documents, these apply to all

 6   the accounts, right?  They all go through the same system

 7   of these refreshers, but just some have different -- pull

 8   on different dates?

 9        A    Well, to say that all -- I don't think that all of

10   these documents apply to all accounts, but I think that

11   there's a process, and then there's an adjustment to that

12   process, and then an adjustment and adjustment.  And I

13   think that these reflect the adjustments to the process

14   throughout time.

15        Q    But the refreshers and the general system that

16   these documents are talking about, these just relate to

17   all of Green Tree's accounts that they do account reviews

18   in the system.

19        A    All of the accounts that are reflected in the

20   document.

21        Q    All of the accounts that are not excluded,

22   right?

23        A    Right.

24        Q    There's no other account review system.  This is

25   it?
```

Page 117

 1        A    No, this is it.

 2             (Deposition Exhibit 18 marked.)

 3   BY MR. KIND:

 4        Q    So I have here Exhibit 18.  This is Green Tree's

 5   responses to request for production of documents.  I just

 6   have one question on this.

 7             So on request number 19, it's on page 13, I think

 8   we probably covered this, but I just want to ask it

 9   again.

10             The request is for "All policies, procedures,

11   manuals, instructions, or similar materials applicable to

12   performing account review inquiries on consumers' credit

13   reports."

14             And there's objections and no response that this

15   information is going to be produced.

16             Do you know of any policies, procedures, manuals,

17   instructions, or similar materials that exist regarding

18   account review inquiries that were not produced in this

19   case?

20        A    No.

21        Q    There's no specific policies and procedures about

22   the refresher system, right?

23        A    That's correct.  The policies and procedures

24   related to the -- you know, the individual hard pulls,

25   and then these change documents or design documents,

                                              Page 118

```
1    that's what's in place for the refresh process.
2           (Deposition Exhibit 19 marked.)
3    BY MR. KIND:
4       Q   I'm going to hand you here Exhibit 19.  This is
5    Compliance Training Collections.  Can you tell me what
6    this document is?
7       A   So I think that this is probably -- this is --
8    looks like it's quite a few different versions of
9    excerpts from the same document, but there was -- so
10   compliance trainers would -- employees were, during these
11   time periods, required to go through an annual compliance
12   certification.
13          So at new hire, so this one is from new hire
14   training.  So this would be an excerpt from a manual that
15   would be provided to new hires, and then there would be a
16   test that they have to pass stating that they were
17   knowledgeable in compliance sections.
18          And then there's sort of annual recertification on
19   those procedures, and these appear to be excerpts from
20   that training material.
21      Q   So is this only for new hires, or they have to do
22   this once a year?
23      A   Well, the title of this one is "New Hire," but
24   there is an almost identical document that would be
25   provided annually where there's an annual recertification
```

Page 119

1    on compliance training.

2        Q    These look like slides, right, for some sort of

3    presentation?

4        A    Yes.

5        Q    Do you know -- so is it someone that gives the

6    presentation to new employees?

7        A    Yeah.  So with new employees, the way it was in my

8    office, new hires would do like a -- it would be like the

9    web, you have somebody on the phone, and there's a

10   trainer that's conducting the training.

11           And then for the annual recertification -- the

12   annual certification we would have a compliance manager

13   in the office, in the training room, actually, you know,

14   conducting the presentation and doing question and answer

15   afterwards.

16       Q    So it was either in person or online?

17       A    Yeah, there's -- there's an instructor behind this

18   to explain and answer questions.

19       Q    Okay.  And does every employee of Green Tree go

20   through this?

21       A    Certainly during the time frame that is reflected

22   here in these manuals.

23       Q    But is this specifically for collection

24   employees?

25       A    This one is.  I mean, there are different versions

1    of compliance training for some different roles, but yes.

2    This one is -- is the collections training, yeah.

3        Q    And then what about the -- I forgot what we called

4    them, but the tech people, the ones that code, the ones

5    that -- the team that works on the coding for the batch

6    TransUnion pulls.  Would they go through something

7    similar to this?

8        A    I don't think so, no.

9        Q    How would they know about Fair Credit Reporting,

10   dealing with people's credit reports?  Don't they have

11   some sort of training for them?

12       A    I think all they do is code the system to the

13   specifications given on those documents that we were

14   looking at.  So, you know, I think there's a process for,

15   you know, someone proposes a change, and then there's a

16   review process.  Or someone signs off on that change, and

17   then the data folks just actually code the data.

18       Q    By someone, would that be some executive?  Like an

19   executive would come up with this plan to change it or --

20       A    Well, you know, someone in management probably

21   wants to make a change based on some given reason,

22   someone in compliance.  I mean we saw that Vermont change

23   that appeared to be driven by some Vermont state law, so

24   that probably was generated out of -- out of corporate

25   compliance.

Page 121

1     Q    Go to 732, please.   Bates number 732.

2     A    Okay.

3     Q    So take a moment to read this over.   Let me know

4  when you've done that?

5     A    (Witness complies.)   Okay.

6     Q    So based on these rules or standards here, after a

7  consumer is -- receives a discharge in bankruptcy and

8  there's no collateral, there's no lien, based on these

9  rules, it seems like Green Tree would not pull their

10  credit report; is that right?

11     A    Certainly a collector would have no reason to pull

12  a credit report on a person from whom they had no ability

13  to collect from.

14     Q    Uh-huh.   But what about other employees based on

15  these rules?   Would there be any reason within these

16  rules here to pull a report under such circumstances?

17     A    There would be no reason for a hard pull.

18     Q    For a pull of the credit report?

19     A    I mean this -- so this training document is

20  something that's sort of drawn from policy which -- the

21  policy that we went through earlier.   So this is a

22  reflection of policy that addresses those hard pulls.

23     Q    So assuming that whatever the definition of credit

24  pull -- of credit report is, credit report shouldn't be

25  pulled under those circumstances according to these

Page 122

1    rules, right?

2        A    These are the rules for pulling a customer's

3    credit report, you know, those hard pulls that we talked

4    about.   This is not applicable to that -- to the refresh

5    program.

6        Q    Does it say anywhere here anything about hard or

7    soft pull?

8        A    It does not say that.

9        Q    And it says pulling credit reports, so this

10   applies to all credit reports, assuming that whatever is

11   a credit report, this applies to a credit report, right?

12       A    Well, presumably the reason that I'm here is to

13   help you interpret these documents, so that's what I'm

14   attempting to do with my answer here.

15            So the target audience here, as well as the target

16   audience for -- for the policy that drives this document,

17   that target audience has nothing to do with the -- with

18   the periodic refresh that we talked about on these soft

19   pulls.

20            So that's what I'm trying to distinguish in my

21   answer is that this has no relevance to those soft pull

22   refreshes because these users have no ability to do that,

23   and they have no -- they can't do that.

24            This has to do with the individual credit pulls

25   that they're accessing reports for legitimate business

1   needs, such as collections.

2      Q    So this only applies to reports that access the

3   full report, that is, access from the drop-down menu on

4   an individual basis?

5      A    That's what this is referring to, correct.

6      Q    This does not refer to the batch uploads, the

7   batch refreshers, right?

8      A    Right.  The batch refreshers are driven by those

9   change documents that we went through earlier.

10     Q    So the question is, after a bankruptcy discharge

11  where there's no longer any collateral associated with

12  the account, do you agree that that would not fall under

13  any permissible reason to access a credit report as we

14  just defined it on an individual basis?

15     A    Right.  We would not have a reason to do that.

16     Q    Okay.  And then also after an account is

17  transferred from Green Tree to another servicer, there's

18  also not going to be any legitimate business need or

19  permissible purpose to access a consumer's credit report

20  on an individual basis?

21     A    Yeah.  I mean, once there's a servicing transfer,

22  these folks would not even -- the account would be

23  showing closed in the system, so the people, you know,

24  target audience here, would not really even have a reason

25  to go into an account that had been transferred.

Page 124

1    Q    And would have no need for the credit report?

2    A    They would not.

3         (Deposition Exhibit 20 marked.)

4  BY MR. KIND:

5    Q    I'm handing you here Exhibit Number 20.  Could you

6  tell me what this document is, please?

7    A    This is part of new employee training document.

8  It's excerpts from it.

9    Q    What does it mean, "Module 5, FNMA"?

10   A    So module 5, I mean -- the modules are just a way

11 of breaking the training up into pieces.  So there's a

12 corporate trainer who goes through pieces of the training

13 document and, you know, today we're going to cover

14 modules 1 and 2, tomorrow we're going to spend all day on

15 module 3.  So it's just like chapters of the training

16 document.  FNMA refers to Fannie Mae accounts.

17 They're -- so the training documents --

18        MR. KIND:  I don't think he's going to go back on

19 that.

20        MR. CRAM:  Okay, that's fine.

21        THE WITNESS:  The training -- there's sort of one

22 sort of larger piece of training that applies to

23 everything, and at least at this time, and I'm not sure

24 how it's evolved since then, but for a long time, only --

25 there were some collectors who didn't deal with Fannie

Page 125

1    Mae accounts.

2         So for a long time, there were sort of parts of

3    the training that you wouldn't -- they didn't bother to

4    put out there for people who weren't going to touch

5    Fannie Mae accounts.  So it's like an extra layer of

6    training on top of the larger piece of training.

7         So presumably this is out of the Fannie Mae manual

8    that has some more stuff in there about Fannie Mae in one

9    of the modules.

10   BY MR. KIND:

11        Q   Kamimura's account was not Fannie Mae, right?

12        A   It was not.  So just to kind of explain, so I

13   think if you look at -- so Bates stamp 442 is the 2015

14   Fannie Mae manual.  Bates 444 is the regular manual.  And

15   they probably both have a very similar, if not the same,

16   information on sort of this page.  So I think this is

17   just probably an effort to give you everything by giving

18   you the Fannie Mae.

19        Q   What's the difference between this training and

20   the previous exhibit?

21        A   So the previous exhibit is the compliance training

22   that is conducted by a compliance manager, so -- as the

23   new hire goes through their new hire training, you know,

24   there's a portion of the training that is, you know, HR,

25   where somebody from HR comes in and tells them how the

Page 126

1   payroll system works, how to fill out their new hire

2   paperwork, how to do some HR-related stuff.

3           Then they move into a phase of training that is

4   specific to collectors and the collection process, and

5   that's done by a corporate trainer.  That's what this is

6   (indicating).

7           And then later on, and it's actually not even --

8   it's not even necessarily part of that sort of initial

9   training phase, sometimes it may be like a week or two

10  after they're done with this, then they'll actually go

11  through the compliance training, which is a compliance

12  manager that is sort of zeroing in on and expounding on

13  some of the things that were already covered, but just

14  kind of going more in-depth.

15  Q    So on page Bates number 445, this is a screen shot

16  capture.  Could you tell me what that is a screen shot

17  of?

18  A    Actually, this is probably what you were asking

19  for earlier.  This is the -- this is a screen shot that

20  shows where you can access a credit report.

21  Q    Individually?

22  A    Yeah.

23  Q    As opposed to the batch?

24  A    Right.

25  Q    And do you know if this comes back with -- as an

                                              Page 127

```
 1    Experian or TransUnion, do you know?
 2       A   I believe that it's a merged report that -- I
 3    think it probably has all the credit bureaus, but that
 4    may be something that changes over time.  But the way
 5    that it -- the way that it works is that number 3 there
 6    is the -- is the drop-down box where you actually order
 7    it, and then, you know, a few minutes after ordering it,
 8    the report is available within the imaging system.
 9       Q   And then what's the options on the drop-down?
10    Looks like it's some names?  Name or names?
11       A   Yeah, it's like -- I think that -- and it's been
12    awhile since I've pulled one -- but it may be the names
13    of the customers associated with the account.  I actually
14    thought that it just stated like borrower or co-borrower,
15    but maybe it actually -- maybe it actually has the names.
16           But so this is like -- this screen shot is from a
17    specific account.  So you're pulling up a specific
18    account for Mr. Smith, and then what the drop-down does
19    is allow you to say I want to pull the credit report for
20    Mr. Smith.  Or if Mrs. Smith is the co-applicant, I want
21    to pull it for her, or I get an option for both.
22       Q   Do you see anywhere on there where you answer the
23    permissible purpose?
24       A   I don't believe that you do.
25       Q   Do you know if it just automatically goes to
```

Page 128

1    account review?

2      A   What do you mean?

3      Q   As we saw on Mr. Kamimura's credit report, it

4    comes up with -- it can be different categories,

5    promotional, account review, or it could be regular

6    inquiry, what you're calling a hard inquiry.  So over

7    here, the user doesn't get to choose between what those

8    might be?

9      A   That's correct.  That's some sort of a TransUnion

10   classification of those soft pulls.

11     Q   So it's set by default?  For instance, let me give

12   you an example.  Let's say one user at Green Tree is

13   trying to see if someone is going to be approved for a

14   loan modification.  They go in there and they pull a

15   credit report.  They don't choose what the reason is.

16         Another user is trying to find out where this

17   person lives because they're trying to send them

18   collection letters.  They go in there and pull the credit

19   report.  Is there a difference between the two?  Do they

20   have to choose the permissible purpose?

21     A   No, it just asks -- there's a pop-up that says,

22   "Do you have a permissible purpose," and you say "Yes."

23     Q   And then by default, whatever it shows up --

24   whatever TransUnion reports, it shows up on the credit

25   report that there was a credit pull?

Page 129

1       A    There's a section of the credit report, it's

2    probably one of the redacted sections that you have

3    there, that shows inquiries.

4       Q    Uh-huh.

5       A    And it will show up as an inquiry from Green Tree

6    Servicing or Ditech or whoever on what date.   That's how

7    it's reflected.

8       Q    Do you know what system this -- this program -- or

9    this software links to to get a merged credit report from

10   all three?  Do you know who the contract between Green

11   Tree is, Green Tree and which company?

12      A    I don't.  And I don't know that that's necessarily

13   the same sort of over time.  I think there are multiple

14   vendors that perform that service.

15      Q    And this screen shot here is taken from which

16   system?

17      A    This is out of UCS.

18      Q    Okay.  And you don't know about the backgrounds,

19   what's going on, where it's linking to, which vendor?

20      A    Yeah, I don't know who the vendor is, but the

21   report is available in the imaging system within seconds

22   after ordering it.

23      Q    What's the name of the imaging system?

24      A    NIS.

25           (Deposition Exhibit 21 marked.)

```
 1   BY MR. KIND:
 2       Q    This is the last exhibit that we have for today.
 3   It is Exhibit Number 21.  Can you tell me what this is?
 4       A    This looks like screen shots of the FCRA
 5   training.
 6       Q    Which employees go through this training?
 7       A    It's a very broad -- I mean, I don't know that I
 8   could say everyone, but a lot of people do this.  Many
 9   more than would do this other set.  It's an annual --
10   it's an annual thing that everyone has to do.
11       Q    For the other set, which is Exhibit Number 20, is
12   that also done on a computer, the training?
13       A    For this?
14       Q    For Exhibit 20, yes.
15       A    Is it done on a computer?  Well -- so this -- this
16   one, as you say -- well, this one is more like slides
17   from a presentation, if that makes sense.
18       Q    Okay.
19       A    So it would be on a computer as presented, but
20   it's -- I think this is probably a PowerPoint, maybe.
21       Q    Okay.
22       A    This is a --
23       Q    Exhibit 21?
24       A    Yes.  Exhibit 21 is -- it's a website, I think
25   BankersEdge is a vendor that we contract with, and you go
```

Page 131

1    in there and there's like a pop-up box that walks you

2    through all of these pages.

3        Q   And for Exhibit 21, this is annually, all the

4    employees have to do this?

5        A   Yes.

6        Q   And is it pretty much all the employees that have

7    anything to do with credit report have to take this?

8        A   It's very broad.  I mean, I -- I have no reason to

9    pull a credit report anymore, but I will have to do this

10   every year.

11       Q   And then all the executives in the company,

12   management, everyone takes this once a year?

13       A   Yes.

14       Q   Is it only FCRA, or are there other ones you have

15   to do?

16       A   Yeah, there are others.  There's a series.

17       Q   I suppose it gets updated once a year.  It could

18   get updated every so often?

19       A   Yeah, that's correct.  Presumably that's -- you

20   know, BankersEdge, they make sure it's up to date with

21   any changes.

22       Q   All right.  Do you think that the tech team who

23   work on coding for the batch uploads, do you think they

24   probably go through this as well?

25       A   I wouldn't be able to say for sure.  I know it's a

Page 132

1  lot of -- it's a much larger population than goes

2  through, say, the compliance training.  And like I say, I

3  know from seeing lists of people who haven't completed

4  training and need to, that it's inclusive of, you know, a

5  lot of executives that probably don't have much reason to

6  pull credit reports on a daily basis.  But I couldn't say

7  for sure about the tech people.

8      Q    Do you know why Mr. Kamimura originally took out

9  the loan that was serviced by Green Tree?

10     A    No.

11     Q    Any reason to think it was a business debt as

12 opposed to a personal debt?

13     A    I have no reason to think that.

14     Q    So after going through all these documents and

15 preparing for today's deposition, do you know after an

16 account is closed, paid in full, how long after that it

17 normally drops off from the refresher lists?

18     A    Well, after it's paid off, I don't believe that --

19 I think we saw -- we can look at the change document.

20     Q    Sure.

21     A    I think it's specified all active accounts.  I

22 think we read that.

23     Q    So if it's not an active account --

24     A    So if it's not an active account, it wouldn't be

25 part of the population.

1    Q   Do you know why that is, why Green Tree wouldn't

2    just continue to access everybody's and then get all this

3    information?  Why would they not continue to look at not

4    active accounts?

5    A   As far as I know, it wouldn't be part of the

6    population that they're looking at -- that we're looking

7    at for the data that we're trying to get.

8    Q   All of the information that comes back from the

9    refresher list, that's all from TransUnion; is that

10   right?

11   A   I believe that's correct, yes.

12   Q   And TransUnion is a credit reporting agency?

13   A   Yes.

14   Q   And the information that comes back was compiled

15   by TransUnion, as far as you know?

16   A   Can you be more specific?

17   Q   Sure.  The information that comes back on those

18   refreshers, that information about those consumers is

19   compiled by TransUnion and sent back to Green Tree?

20   A   Just so I understand what your question is, are

21   you asking me if the information that TransUnion sends to

22   us is compiled by TransUnion?

23   Q   Yes.

24   A   I believe that it probably is.

25   Q   I just have a couple more questions just to finish

Page 134

1    up and we'll be done.

2         Do you know if the information that comes back

3    from the refreshers is ever shared with any other company

4    or entity besides Green Tree?

5       A    This -- these refreshers are for internal

6    purposes.

7       Q    As far as you know, it's never shared?

8       A    As far as I know.

9       Q    But you're not really sure -- I think we discussed

10   this -- you're not sure how they're saved, the text

11   documents?

12      A    I'm not sure how they're saved.

13      Q    Could it be on the cloud, meaning online saving

14   them?

15      A    I am -- I'm unaware of any -- anything that we

16   have that's saved on the cloud.

17      Q    So everything is based on local servers?

18      A    Everything I've ever dealt with has been based on

19   a local server.  Well, on a server.  I mean, it -- I may

20   be sitting in Las Vegas accessing information that's on a

21   server that's sitting in Tempe, Arizona.  But I think

22   it's our dedicated server.

23      Q    So if you're here in Las Vegas at a coffee shop on

24   your laptop, you can access those servers and see the

25   information in there?

Page 135

1      A   Well, I mean, some things -- I can look up a

2   customer's account.

3      Q   Say that again?

4      A   I can look up a customer's account.  I don't have

5   access to everything.

6      Q   What about the imaging, the imaging database?

7      A   Do I have access to imaging?  Yes.

8      Q   Okay.  Has all the documents that are saved in

9   there, right?  And that's probably the text file that

10  comes back from TransUnion, is that saved as an image as

11  well?

12     A   I don't believe so, no.

13     Q   You don't believe so.  We discussed that before,

14  you're not sure exactly where that's saved, right?

15     A   I'm not sure where it's saved, but I'm relatively

16  certain that it's not saved as part of the customer's

17  imaged file.  I've looked at probably hundreds of

18  thousands of customers' accounts throughout the years,

19  and have gone through every single imaged document for

20  many of those customers, and I've never seen anything

21  like that.  So I would say with some degree of certainty

22  it's not part of the customer's imaged file.

23     Q   It would be on some other place, server or

24  something?

25     A   It could be.

Veritext Legal Solutions
866 299-5127

```
 1      Q   Do you know if that could be accessed remotely?
 2      A   I have no idea.
 3      Q   And then I suppose as we -- just sitting here
 4   today, do you know if Green Tree has changed their
 5   practice in terms of taking away customers from that list
 6   that go to the refreshers after there's a bankruptcy?
 7      A   I believe that all of the changes that we've made
 8   are reflected in the documents we looked at.  I think we
 9   saw a couple of changes that were made to the refresh
10   process on bankruptcies.
11      Q   And is it true that -- and you can look back
12   through the documents -- is it true that right now Green
13   Tree no longer includes customers whose accounts have
14   been discharged on those refresher lists?
15      A   As it was indicated in that change list, you saw
16   that long list of bankruptcy codes, so the codes that
17   are -- I mean, there are several codes for bankruptcy, so
18   it's not as simple as just bankruptcy discharge.  But, I
19   mean, those change documents reflect which bankrupt
20   accounts are being excluded.
21      Q   Do you know if a Chapter 13 discharge with no
22   collateral, are those being excluded right now?
23      A   I don't believe that's one of the codes.  If you'd
24   like to, I guess, direct me to the change document, we
25   can look at those again.
```

Page 137

1     Q   I'm not sure which change document it might be.  I

2   don't even know if we have all of them here, too.  I'm

3   just asking if you know in general.

4     A   In general, I don't think that, as described, I

5   don't think that's a particular bankruptcy code that we

6   have.  I don't recall it ever mentioning collateral.

7     Q   So do you know if discharge after a Chapter 13

8   general, are those still being included on the lists?

9     A   We can look back at that if you want.

10    Q   Sure.  I think that would be Exhibit 16 and 17.

11        MR. CRAM:  17?

12        THE WITNESS:  Yes.  Yeah, 17.  I don't think 16

13   addressed bankrupt accounts, did it?

14        So -- what page?  Page 50.  So let's see.  So

15   codes D, 8 and 9 --

16   BY MR. KIND:

17    Q   When it says the project will add the codes from

18   exclusions, that means that they're now going to be

19   excluded?

20    A   That's correct.  So if we look at Bates 855, the

21   current list of exclusions are those that are

22   highlighted, so A, E, F, G, H, M, N, O, those are all

23   excluded.  And then we're adding codes D, 8 and 9.  So

24   those would be -- those would be added to the list of

25   exclusions.

Page 138

1      Q    What is -- so 8 and 9 -- well, let's see, number

2    8, Chapter 13 filing.  So that means after a Chapter 13

3    has been filed, it's going to be excluded?

4      A    I'm not certain how that code is defined.

5      Q    What does COAP stand for?

6      A    Co-app, co-applicant.

7      Q    But anyway, number 3 is Chapter 13 filing.  So

8    would that mean that once a Chapter 13 is filed, it's

9    excluded?  Is that right?

10     A    I think that's safe to say.

11     Q    Okay.  But then J -- not J -- C, Chapter 13

12   discharge, so after the discharge, then it becomes back

13   to not being excluded, it goes back onto the list.  Is

14   that safe to say?

15     A    Yes.

16     Q    Do you know why that is?

17     A    Well, I mean, most Chapter 13 discharges that

18   are -- that are still active accounts are people that --

19   or customers that we have an ongoing relationship with.

20   So somebody filed bankruptcy eight years ago, it was

21   discharged three years ago, and they've been making

22   payments for the last three years.

23     Q    And how about T, Chapter 13 discharge surrender in

24   plan.  What is that?  Is that when -- you tell me, what

25   does that mean?

Page 139

1     A    Well, it's --

2          MR. CRAM:  I'm going to object, calls for a legal

3     conclusion.

4          If you know, you can answer.

5          THE WITNESS:  I mean, it's sort of as it states, I

6     assume.  Again, I don't -- I don't -- what I read it to

7     mean is that where the customer opts to surrender the

8     collateral, that would be coded as T rather than someone

9     who's keeping the home.

10    BY MR. KIND:

11    Q    So for Mr. Kamimura, so he had a Chapter 13.  It

12    was stripped off, and there was no collateral after the

13    Chapter 13 discharge.  Do you know which code he had on

14    his account?

15    A    You know, I don't.

16    Q    How do we find that out?  That seems pretty easy

17    to do, right?

18    A    Yeah, we should be able to find that.

19    Q    And there would be a record of which code he was

20    at any specific time?

21    A    Honestly, I'm not sure exactly how that works.

22    I'm not sure how that information is archived, whether

23    it's archived or it's just overwritten as it's changed.

24    I don't know.

25    Q    I'm going to see -- I think it was one of the

                                        Page 140

```
 1    earlier exhibits with the account notes.  Isn't that
 2    something that might be in an account note that it's
 3    changed to a specific code?
 4        A   I've never seen that in the account notes.  I
 5    think it's just a change in a data table out there on
 6    GTA.
 7        Q   So there may never be a way to find out what
 8    account code he had on his account for a specific date?
 9        A   I didn't say that.  I'm just saying I don't -- I
10    don't know exactly how that works.
11        Q   Do you mind just bringing out Exhibit 6.  That is
12    those account notes.
13        A   Okay.
14        Q   Is there anywhere on here, either on the first
15    page or in the notes, where it shows any -- which
16    bankruptcy code -- what is it?  Is it a status?
17        A   There's a code line within the servicing system
18    where there's a code added that corresponds to those
19    codes that we saw on the change document.
20            So, you know, the -- so there's nothing here that
21    documents a change to the bankruptcy code.  That said,
22    there would have been a code that corresponded with
23    the -- you know, the documentation that we got from the
24    bankruptcy, that September 13th comment.
25        Q   But you're not sure where that would be, where
```

Veritext Legal Solutions
866 299-5127

1  that's saved?

2     A   No, I don't know.

3     Q   And then on the first page of Exhibit 6, there's

4  no reference there to that either that you see, right?

5     A   No.

6        MR. KIND:  Okay.  All right.  I have no further

7  questions.

8        Did you have any other questions?

9        MR. CRAM:  No.

10        MR. KIND:  That concludes the deposition.

11  Anything to add?

12        MR. CRAM:  No.

13        MR. KIND:  Off the record.

14

15

16

17

18

19

20

21

22

23

24

25

Page 142

1    I, the undersigned, a Certified Court Reporter of

2    the State of Nevada, do hereby certify:

3    That the foregoing proceedings were taken before

4    me at the time and place herein set forth; that any

5    witnesses in the foregoing proceedings, prior to

6    testifying, were duly sworn; that a record of the

7    proceedings was made by me using machine shorthand which

8    was thereafter transcribed under my direction; that the

9    foregoing transcript is a true record of the testimony

10    given.

11    Further, that before completion of the

12    proceedings, review of the transcript [ ] was [XX] was

13    not requested.

14    I further certify I am neither financially

15    interested in the action nor a relative or employee of

16    any attorney or party to this action.

17    IN WITNESS WHEREOF, I have this date

18    subscribed my name.

19

20    Dated: June 8, 2017

21

22

23

24    BARBARA R. JUSTL, RPR

25    CCR No. 878

Page 143