1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas. Nevada 89148

# EXHIBIT 2

relationships that work

# green tree

PO Box 6172
Rapid City, SD 57709-6172

Tel 1-800-643-0202
GTServicing.com

+ 0301635 000000166 09GTR4 0056423 C
LEE KAMIMURA
█████████████

LAS VEGAS NV 89119-4668
||··|··||·|·|||······||·||·||··|·|··|··|·||·|||||··|·||||·|·|||·|··|

September 16, 2010



**IF YOU ARE IN BANKRUPTCY OR IF YOUR OBLIGATION TO REPAY THIS LOAN WAS DISCHARGED IN BANKRUPTCY, THIS NOTICE IS INFORMATIONAL ONLY. IT IS NOT AN ATTEMPT TO COLLECT THE DEBT. YOU MAY DISREGARD INFORMATION PERTAINING TO PAYMENT REMITTANCE. YOU ARE NOT OBLIGATED TO MAKE PAYMENTS AND ANY AMOUNT(S) YOU DO PAY GREEN TREE IS AT YOUR DISCRETION.**

**RE: New Green Tree Account No.:** █████████
**BAC Home Loans Servicing Account No.:** ██████████

The servicing of your loan is being transferred from BAC Home Loans Servicing, LP, a subsidary of Bank of America, N.A. ("BAC Home Loans Servicing") to Green Tree Servicing LLC* ("Green Tree") on September 1, 2010. We are pleased to welcome you to Green Tree.  The servicing transfer does not affect your loan terms and conditions, other than those related to the servicing of your loan.

**Payment Processing:**

**Account Payment Address:**

**GREEN TREE**
**PO BOX 94710**
**PALATINE, IL 60094-4710**

If you currently have future dated Pay By Phone set up with your current servicer, these transactions will be canceled upon transfer of servicing to Green Tree. If you need assistance in this regard, please contact our Customer Service Department at 1-800-643-0202.

**INSURANCE LOSS PAYEE**

In addition, the mortgagee clause of your homeowner's policy, and if applicable your flood insurance, needs to be updated to reflect Green Tree Servicing LLC as loss payee.   Please have your insurance agent update your policy with the information listed below. If your loan or line is in a second lien position, in addition to the mortgagee clause below, your policy should also still have a separate Mortgagee Clause for the lender in the first lien position.  Proof of insurance can be faxed to:  1-866-263-8962 or mailed to Green Tree Servicing LLC at the following address:

Green Tree Servicing LLC
It's affiliates and/or assigns
PO Box 979282
Miami FL 33197-9282

GreenTree/Kamimura 000270

EXHIBIT 2
WIT: HARDWICK
DATE: 5/25/17
Barbara Justi - CCR, RPR

Please be sure to include your new Green Tree account number noted at the beginning of the accompanying letter on any checks.

**Contact Information:**
If you need to contact us or have any questions, please call Green Tree at 1-866-270-3285, from 6:00 a.m. to 7:00 p.m. MST, Monday through Thursday, or 6:00 a.m. to 12:00 p.m. MST, Friday and Saturday. You can also access our website at GTServicing.com 24 hours a day. The website allows convenient, secure access to your basic account information, allows you to make payments on your account, obtain payoff quotes and insurance information. The website will be available to you shortly after the servicing transfer day. You may also contact us by writing to us at the following address:

Green Tree
PO Box 6172
Rapid City, SD 57709-6172

Respectfully,

Green Tree

*Green Tree Servicing LLC and related entities, including, for certain loans, in Alabama, Green Tree-AL LLC; in Minnesota, Green Tree Loan Company; and in Pennsylvania, Green Tree Consumer Discount Company.

Fair and Accurate Credit Transactions Act Notice: We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

GreenTree/Kamimura 000271