# EXHIBIT 3



**relationships that work**
**green tree**

Green Tree Servicing LLC
Asset Receivables Management
7360 South Kyrene Road
Tempe, AZ 85283-4583

11/24/2014

+ 0522532 000000201 9GAL1 0065353
LEE KAMIMURA

LAS VEGAS NV 89119-4668

                                                                   Green Tree Servicing LLC ("Green Tree")
                                                                                Account No.:

**This is not an attempt to collect debt. If you were an obligor on this account prior to the filing of a Chapter 7 bankruptcy that is now discharged and you did not reaffirm the debt, or you filed bankruptcy and Green Tree Servicing LLC ("Green Tree") has obtained a lift of stay, Green Tree is simply exercising its rights under the security agreement as allowed by law. Green Tree is not attempting to collect the debt but is only complying with statutory notice requirements.**

Dear Valued Customer:

### NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred, effective 12/8/2014. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

Green Tree is now collecting your payments. Green Tree will stop accepting payments received from you after 12/7/2014.

Specialized Loan Servicing, LLC will collect your payments going forward. Your new servicer will start accepting payments received from you on 12/8/2014.

**Send all payments due on or after 12/8/2014 to Specialized Loan Servicing, LLC at this address:**

                        Attn: Remittance Processing
                            P.O. Box 105219
                            Atlanta, GA 30348

If you have any questions for either your present servicer, Green Tree, or your new servicer, Specialized Loan Servicing, LLC, about your mortgage loan or this transfer, please contact them using the information below:

Current Servicer:
Green Tree
Customer Service
1-877-835-6465
PO Box 6172
Rapid City, SD 57709-6172

New Servicer:
Specialized Loan Servicing, LLC
1-800-315-4757
P.O. Box 636005
Littleton, CO 80163-6005

Goodbye Letter, 02/20/2014

LTR-00380

GreenTree/Kamimura

EXHIBIT 3
WIT: HARDWICK
DATE: 5/25/17
Barbara Justl - CCR, RPR

Green Tree has designated the following address where mortgage loan customers must send any Qualified Written Request, Notice of Error or Request for Information: PO Box 6176, Rapid City, SD 57709-6176.

Green Tree