# EXHIBIT 6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Field | | | | | | |
|---|---|---|---|---|---|---|
| Loan Account Nbr | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Period in YYYYMM Format | | | | | | |
| Transaction Date | | | | | | |
| Client Last Name | KAMIMURA | KAMIMURA | KAMIMURA | KAMIMURA | KAMIMURA | KAMIMURA |
| Client Middle Name | | | | | | |
| Client First Name | LEE | LEE | LEE | LEE | LEE | LEE |
| Borrower Address Line 1 | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Borrower Address Line 2 | | | | | | |
| Borrower City | LAS VEGAS | LAS VEGAS | LAS VEGAS | LAS VEGAS | LAS VEGAS | LAS VEGAS |
| Borrower State | NV | NV | NV | NV | NV | NV |
| Borrower Zip Code | | | | | | |
| Birth Date | | | | | | |
| Primary Social Security Nbr | | | | | | |
| GE Loan Flag | | | | | | |
| Green Tree Division | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Trans Union Edit Sequence Nbr | | | | | | 23 |
| Nbr Inquiries in Last Month | | | | | | |
| Nbr KOB - Q Inquiries in Last Month | | | | | | |
| Nbr KOB - F Inquiries in Last Month | | | | | | |
| PERMID | | | | | | |
| Nbr trades | | | | | | |
| Nbr satisfactory trades | | | | | | |
| Nbr trades opened in past 3 mths | | | | | | |
| Nbr trades opened in past 6 mths | | | | | | |
| Nbr trades opened in past 12 mths | | | | | | |
| Nbr trades opened in past 18 mths | | | | | | |
| Nbr trades opened in past 24 mths | | | | | | |
| Nbr trades verified in past 3 mths | | | | | | |
| Nbr trades verified in past 6 mths | | | | | | |
| Nbr trades verified in past 12 mths | | | | | | |
| Nbr trades verified in past 18 mths | | | | | | |
| Nbr trades verified in past 24 mths | | | | | | |
| mths since oldest trade opened | | | | | | |
| mths since most recent trade opened | | | | | | |
| Nbr Trades Sat and Open for 3 mths or longer | | | | | | |
| Nbr Trades Sat and Open for 6 mths or longer | | | | | | |
| Nbr Trades Sat and Open for 12 mths or longer | | | | | | |
| Nbr Trades Sat and Open for 18 mths or longer | | | | | | |
| Nbr Trades Sat and Open for 24 mths or longer | | | | | | |
| Total high credit/credit limit | | | | | | |
| Nbr trades with Cur Bal > 0 | | | | | | |
| Total Cur Bal of all trades | | | | | | |
| Ratio of Curbal to high credit for all trades | | | | | | |

Green T

EXHIBIT 15
WIT: HARDWICK
DATE: 5/25/17
Barbara Justi - CCR, RPR

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Average Cur Bal of all trades
mths since most recent delq
Total Curbal of all trades, excluding mortgag
Nbr satisfactory bank revolving trades
mths since oldest bank revolving trade opened
Total bank revolving high credit/credit limit
Total Curbal of all bank revolving trades
Nbr satisfactory finance revolving trade
Total Curbal of all finance revolving trades
Average Curbal of all finance revolving trade
Nbr satisfactory revolving trades
Nbr revolving trades verified in past 3 mths
Nbr revolving trades verified in past 6 mths
Nbr revolving trades verified in past 12 mths
Nbr revolving trades verified in past 18 mths
Nbr revolving trades verified in past 24 mths
mths since oldest revolving trade opened
Total revolving high credit/credit limit
Max Cur Bal owed on all revolving trades
Total Cur Bal of all revolving trades
Ratio of total Curbal to high cred for rev tr
Average Cur Bal of all revolving trades
Nbr bank instal trades
Nbr satisfactory bank instal trades
Nbr bank instal trades opened in past 3 mths
Nbr bank instal trades opened in past 6 mths
Nbr bank instal trades opened in past 12 mths
Nbr bank instal trades opened in past 18 mths
Nbr bank instal trades opened in past 24 mths
mths since oldest bank instal trade opened
Total bank instal high credit/credit limit
Nbr fin instal trades
Nbr satisfactory fin instal trades
Nbr fin instal trades opened in past 3 mths
Nbr fin instal trades opened in past 6 mths
Nbr fin instal trades opened in past 12 mths
Nbr fin instal trades opened in past 18 mths
Nbr fin instal trades opened in past 24 mths
Nbr satisfactory instal trades
Nbr instal trades opened in past 3 mths
Nbr instal trades opened in past 6 mths
Nbr instal trades opened in past 12 mths
Nbr instal trades opened in past 18 mths

Green Tree/Kamimura 000864

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Nbr instal trades opened in past 24 mths
Nbr instal trades verified in past 3 mths
Nbr instal trades verified in past 6 mths
Nbr instal trades verified in past 12 mths
Nbr instal trades verified in past 18 mths
Nbr instal trades verified in past 24 mths
mths since most recent instal trades opened
Total instal high credit/credit limit
Total Cur Bal of all instal trades
Ratio tot Curbal to high cred for all instal
Nbr mortgage trades
Nbr currently active mortgage trades
Nbr satisfactory mortgage trades
Nbr mortgage trades too new to rate
mths since oldest mortgage trade opened
mths since most recent mortgage trade opened
mths since most recent mortgage trade verifie
Total mortgage high credit/credit limit
Nbr mortgage trades with Cur Bal > 0
Maximum Cur Bal owed on all mortgage trades
Total Cur Bal of all mortgage trades
Ratio Cur Bal to high credit on mortgage trad
Average Cur Bal of mortgage trades
mths since most recent mortgage trade delq
Nbr 30 days or worse mortgage trades ratings
Nbr 60 days or worse mortgage trades ratings
Nbr 90 days or worse mortgage trades ratings
Nbr 120 days mortgage trades ratings
Nbr MOP 7, 8, 9 ratings for mortgage trades
Nbr mortgage trades delinquent in 6 mths
Nbr mortgage trades delinquent in 12 mths
Nbr mortgage trades delinquent in 24 mths
Any mortgage trade currently past due
Any mortgage trade currently 30 days past due
Any mortgage trade currently 60 days past due
Any mortgage trade currently 90 days past due
Any mortgage trade currently 120 days past du
Any mortgage trade currently 150 days past du
Highest delq ever on any mortgage trade
Highest delinquent amount ever on mortgage tr
Total balance past due on mortgage trades
Nbr currently active personal finance trades
Nbr satisfactory personal finance trades

Green Tree/Kamimura 000865

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



| Field |
|---|
| Nbr personal finance trades open past 3 mths |
| Nbr personal finance trades opened past 6 mth |
| Nbr personal finance trades opened past 12 mt |
| Nbr personal finance trades opened past 18 mt |
| Nbr personal finance trades opened past 24 mt |
| Total Cur Bal of all personal finance trades |
| Ratio total Curbal to high cred all pers fin |
| Nbr other finance trades |
| Nbr satisfactory other finance trades |
| mths since oldest other finance trade opened |
| Total other finance high credit/credit limit |
| Nbr other finance trades with Cur Bal > 0 |
| Total Cur Bal of all other finance trades |
| mths since most recent other finance delq |
| Nbr oil and national trades |
| Nbr satisfactory oil and national trades |
| mths since oldest oil and national trade open |
| Total Cur Bal of all oil and national trades |
| Ratio tot Curbal to high cred for oil/natl tr |
| Nbr bankcard trades |
| Nbr currently active bankcard trades |
| Nbr satisfactory bankcard trades |
| Nbr bankcard trades opened in past 3 mths |
| Nbr bankcard trades opened in past 6 mths |
| Nbr bankcard trades opened in past 12 mths |
| Nbr bankcard trades opened in past 18 mths |
| Nbr bankcard trades opened in past 24 mths |
| Nbr bankcard trades verified in past 3 mths |
| Nbr bankcard trades verified in past 6 mths |
| Nbr bankcard trades verified in past 12 mths |
| Nbr bankcard trades verified in past 18 mths |
| Nbr bankcard trades verified in past 24 mths |
| mths since most recent bankcard trade opened |
| Nbr bankcard trades with Cur Bal > 0 |
| Percentage of all bankcard trades > 50% of li |
| Percentage of all bankcard trades > 75% of li |
| Ratio tot Cur Bal of high cred for bankcard t |
| Average Cur Bal of all bankcard trades |
| mths since most recent bankcard delq |
| Total open to buy on revolving bankcards |
| Nbr satisfactory premium bankcard trades |
| Nbr prem bankcard trade opened in past 3 mths |
| Nbr prem bankcard trade opened in past 6 mths |

Green Tree/Kamimura 000866

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



- Nbr prem bankcard trade opened in past 12 mth
- Nbr prem bankcard trade opened in past 18 mth
- Nbr prem bankcard trade opened in past 24 mth
- Nbr prem bankcard trade verified in past 3 mt
- Nbr prem bankcard trade verified in past 6 mt
- Nbr prem bankcard trade verified in past 12 m
- Nbr prem bankcard trade verified in past 18 m
- Nbr prem bankcard trade verified in past 24 m
- mths since oldest premium bankcard trade open
- mths since most recent prem bankcard trade op
- Total Cur Bal of all premium bankcard trades
- Average Cur Bal of all premium bankcard trade
- Nbr retail trades
- Nbr satisfactory retail trades
- Nbr retail trades opened in past 3 mths
- Nbr retail trades opened in past 6 mths
- Nbr retail trades opened in past 12 mths
- Nbr retail trades opened in past 18 mths
- Nbr retail trades opened in past 24 mths
- Nbr retail trades verified in past 3 mths
- Nbr retail trades verified in past 6 mths
- Nbr retail trades verified in past 12 mths
- Nbr retail trades verified in past 18 mths
- Nbr retail trades verified in past 24 mths
- mths since oldest retail trade opened
- mths since most recent retail trade opened
- Total retail high credit/credit limit
- Nbr retail trades with Cur Bal > 0
- Total Cur Bal of all retail trades
- Ratio tot Curbal to high credit for retail tr
- Average Cur Bal of all retail trades
- mths since most recent retail delq
- Nbr satisfactory upscale retail trades
- Nbr upscale retail trades opened in past 3 mt
- Nbr upscale retail trades opened in past 6 mt
- Nbr upscale retail trades opened in past 12 m
- Nbr upscale retail trades opened in past 18 m
- Nbr upscale retail trades opened in past 24 m
- Nbr upscale retail trades verif in past 3 mth
- Nbr upscale retail trades verif in past 6 mth
- Nbr upscale retail trades verif in past 12 mt
- Nbr upscale retail trades verif in past 18 mt
- Nbr upscale retail trades verif in past 24 mt

Green Tree/Kamimura 000867

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

mths since oldest upscale retail trade opened
mths since most recent upscale retail trade o
Total upscale retail high credit/credit limit
Total Cur Bal of all upscale retail trades
Average Cur Bal of all upscale retail trades
Nbr currently active depart store trades
Nbr satisfactory depart store trades
Nbr depart store trades to new to rate (MOP 0
Nbr depart store trades opened in past 3 mths
Nbr depart store trades opened in past 6 mths
Nbr depart store trades opened in past 12 mth
Nbr depart store trades opened in past 18 mth
Nbr depart store trades opened in past 24 mth
Nbr depart store trades verified in past 3 mt
Nbr depart store trades verified in past 6 mt
Nbr depart store trades verified in past 12 m
Nbr depart store trades verified in past 18 m
Nbr depart store trades verified in past 24 m
mths since most recent depart store trade ope
Total Cur Bal of all depart store trades
Average Cur Bal of all depart store trades
Nbr 30 day ratings
Nbr 60 day ratings
Nbr 90 day ratings
Nbr 120 day ratings
Nbr 150 day ratings
Nbr 30 and 60 day ratings
Nbr 30 day or worse ratings
Nbr 60 day or worse ratings
Nbr 90 day or worse ratings
Nbr trades with max delq 02 in last 3 mths
Nbr trades with max delq 02 in last 6 mths
Nbr trades with max delq 02 in last 12 mths
Nbr trades with max delq 02 in last 18 mths
Nbr trades with max delq 02 in last 24 mths
Nbr trades with max delq 03 in last 3 mths
Nbr trades with max delq 03 in last 6 mths
Nbr trades with max delq 03 in last 12 mths
Nbr trades with max delq 03 in last 18 mths
Nbr trades with max delq 03 in last 24 mths
Nbr trades with max delq 04 in last 3 mths
Nbr trades with max delq 04 in last 6 mths
Nbr trades with max delq 04 in last 12 mths



Green Tree/Kamimura 000868

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Nbr trades with max delq 04 in last 18 mths
Nbr trades with max delq 04 in last 24 mths
Nbr trades ever 30 or more days past due
Nbr trades ever 60 or more days past due
Nbr trades ever 90 or more days past due
Nbr trades ever 120 or more days past due
Nbr trades ever 150 or more days past due
Nbr trades never 30 or more days past due
Nbr trades never 60 or more days past due
Nbr trades never 90 or more days past due
Nbr trades never 120 or more days past due
Nbr trades never 150 or more days past due
Percent of trades never delinquent
Nbr trades 30 or more days past due last 3 mt
Nbr trades 30 or more days past due last 6 mt
Nbr trades 30 or more days past due last 12 m
Nbr trades 30 or more days past due last 18 m
Nbr trades 30 or more days past due last 24 m
Nbr trades 60 or more days past due last 3 mt
Nbr trades 60 or more days past due last 6 mt
Nbr trades 60 or more days past due last 12 m
Nbr trades 60 or more days past due last 18 m
Nbr trades 60 or more days past due last 24 m
Nbr trades 90 or more days past due last 3 mt
Nbr trades 90 or more days past due last 6 mt
Nbr trades 90 or more days past due last 12 m
Nbr trades 90 or more days past due last 18 m
Nbr trades 90 or more days past due last 24 m
Nbr trades currently past due upd in past 2 m
Nbr trades cur 30 days past due upd past 2 mt
Nbr trades cur 60 days past due upd past 2 mt
Nbr trades cur 90 days past due upd past 2 mt
Nbr trades cur 120 days past due upd past 2 m
Nbr trades cur 150 days past due upd past 2 m
Nbr trades cur delq < 120 days upd past 2 mth
Highest delq ever on a trade
Total amount now past due
Nbr derogatory public records
Nbr public record bankruptcies
mths since most recent derogatory public reco
Nbr inquiries
Nbr or inquiries in last 6 mths
mths since most recent inquiry

Green Tree/Kamimura 000869

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



mths since most recent activity
mths on file
Birth date (YYMM or E-YY)
Average Nbr mths that trades have been open
Nbr finance trades verified in past 12 mths
Nbr bank,fin,pers rev or natl line credit tra
Nbr satisf bank,fin,persl rev,natl line cred
Nbr open trades
Nbr open revolving trades
Nbr open finance company instal trade lines
Nbr open rev bank trade high cred>$5k active
Nbr finance trades opened in past 12 mths
Nbr instal per fin trad line verif past 12 no
Nbr rev per fin trad line verif past 12 no au
mths since most recent finance trade opened
Highest retail high credit/credit limit
Nbr non-instal trades > 50% of limit
Percent of active trades with Cur Bal > 0
Nbr different subscribers
Nbr unique account Nbrs
Nbr public rec trade line derog items > $100
Nbr trades with high MOP
mths since most recent 60-day or worse rating
mths since most recent 90-day or worse rating
Total public record amounts
Total collection amounts ever owed
Nbr tax liens
Nbr disputed trades
Ratio tot Curbal to high cred pers fin rev tr
Ratio tot Curbal to high cred rev depart trad
Nbr inq rpt past 6 m no auto or real estate i
Nbr personal finance inquiries
FICO RISK SCORE CLASSIC 04
FICO RISK SCORE CLASSIC 04 ACTION CODES
TU Debt to Income Ratio
Vantage Score
Vantage Adverse Action Code 1
Vantage Adverse Action Code 2
Vantage Adverse Action Code 3
Vantage Adverse Action Code 4
Address Discrepancy Flag Y OR N
Income estimator score from Trans Union
Number of in process foreclosures

Green Tree/Kamimura 000870

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Number of completed foreclosures
Birth year and month
Auto Trades Number
Oldest Auto Trade Age
Verif Trades 6Mths Number
Opened Trades 6Mths Number
Auto Trades Total Balance
NonAuto Trades Total Balance
Auto Trades Utilization
NonAuto Trades Utilization

Green Tree/Kamimura 000871