# EXHIBIT 9

Case 10-25867-led    Doc 32    Entered 12/08/10 14:22:27    Page 1 of 3



Entered on Docket
December 08, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

David Krieger, Esq.                                    E-FILED: December 8, 2010
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Lee C. Kamimura

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-10-25867-BAM |
|---|---|
|  | ) Chapter 13 |
| Lee C. Kamimura, | ) Hearing Date: November 22, 2010 |
|  | ) Hearing Time: 3:00 PM |
| Debtor(s). | ) |

### ORDER ON MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF GREEN TREE SERVICING, LLC. (ACCT ENDING IN 0770) (PROOF OF CLAIM NO. NO. 4-1) PURSUANT TO 11 U.S.C. §506(a) AND §1322 BY DEBTOR

THE ABOVE MATTER having been heard at the time and date above the Court Finds as follows:

1. The Debtor's property located at ███████████████████████████████ VEGS, NEVADA, 89119 (the "Subject Property") is valued at $130,617.00.

- 1 -

Exhibit
Exhibit No.: 6
Name: Kamimura
Date: 6/27/17
ESQUIRE

2. That on the filing date of the instant Chapter 13 petition, GREEN TREE SERVICING, LLC. (ACCT ENDING IN 0770) (PROOF OF CLAIM NO. 4-1)'s claim was wholly unsecured.

**IT IS THEREFORE ORDERED THAT** GREEN TREE SERVICING, LLC. (ACCT ENDING IN 0770) (PROOF OF CLAIM NO. 4-1)'s secured claim is "Stripped off" and shall be avoided pursuant to 11 U.S.C. Section 506(a) upon completion and/or discharge of the Debtor's Chapter 13;

**IT IS FURTHER ORDERED THAT** GREEN TREE SERVICING, LLC. (ACCT ENDING IN 0770) (PROOF OF CLAIM NO. 4-1)'s secured rights and/or lien-holder rights in the Subject Property shall be terminated upon completion of the Debtor's Chapter 13 and GREEN TREE SERVICING, LLC. (ACCT ENDING IN 0770) (PROOF OF CLAIM NO. 4-1)'s claim shall be treated as an "unsecured" claim in the Debtor's Chapter 13;

**IT IS FURTHER ORDERED THAT** in the event the instant Chapter 13 matter is dismissed or converted to a Chapter 7 proceeding the instant Order shall be vacated.

DATED December 8, 2010

HAINES & KRIEGER, L.L.C.

By:   /s/David Krieger, Esq.
      David Krieger, Esq.
      Attorney for Debtor(s)

/./././

- 2 -

### ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

_x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###