# EXHIBIT 10

BAPCPA, CLOSED

## U.S. Bankruptcy Court
### District of Nevada (Las Vegas)
### Bankruptcy Petition #: 10-25867-led

*Assigned to:* LAUREL E. DAVIS
Chapter 13
Voluntary
Asset

*Date filed:* 08/22/2010
*Date reopened:* 04/01/2015
*Date terminated:* 02/16/2016
*Debtor discharged:* 04/21/2014
*Plan confirmed:* 02/24/2011
*341 meeting:* 10/05/2010

*Debtor disposition:* Standard Discharge

*Debtor*
**LEE C KAMIMURA** ·

LAS VEGAS, NV 89119
CLARK-NV
SSN / ITIN:

represented by **MICHAEL J. BROCK**
MICHEAL J. BROCK, LLC
1850 E. SAHARA AVENUE
SUITE 206
LAS VEGAS, NV 89104
(702) 408 7195
Email: jpl.brock@gmail.com

**GEORGE HAINES**
HAINES & KRIEGER, L.L.C.
8985 S. EASTERN AVE.
SUITE 350
HENDERSON, NV 89123
(702) 880-5554
Fax : (702) 385-5518
Email: ghaines@hainesandkrieger.com

**DAVID KRIEGER**
8985 S EASTERN AVE SUITE 350
HENDERSON, NV 89123
Email: dkrieger@hainesandkrieger.com

**DAVID KRIEGER**
8985 S EASTERN AVE SUITE 350
HENDERSON, NV 89123
Email: dkrieger@hainesandkrieger.com

**DAVID KRIEGER**
HAINES & KRIEGER, L.L.C
8985 S. EASTERN AVE.
SUITE 350


Exhibit 乙ю
Exhibit No.: 3
Name: Kamimura
Date: 6/27/17
ESQUIRE

HENDERSON, NV 89123
(702) 880-5554
Fax : (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Trustee*
**RICK A. YARNALL**
701 BRIDGER AVE., #820
LAS VEGAS, NV 89101
(702) 853-4500

represented by **RICK A. YARNALL**
701 BRIDGER AVE., #820
LAS VEGAS, NV 89101
(702) 853-4500
Email: ecfmail@LasVegas13.com

| Filing Date | # | Docket Text |
|---|---|---|
| 08/22/2010 | 1 (41 pgs) | Chapter 13 Voluntary Petition. Fee Amount $274. Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (KRIEGER, DAVID) (Entered: 08/22/2010) |
| 08/22/2010 | 2 (10 pgs) | Chapter 13 Plan #1 Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (KRIEGER, DAVID) (Entered: 08/22/2010) |
| 08/22/2010 | 3 | Statement of Social Security Number(s). **This document contains sensitive information and cannot be viewed by the public.** Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (KRIEGER, DAVID) (Entered: 08/22/2010) |
| 08/22/2010 | 4 (1 pg) | Declaration Re: Electronic Filing Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (KRIEGER, DAVID) (Entered: 08/22/2010) |
| 08/22/2010 | 5 (7 pgs) | Chapter 13 Statement of Current Monthly and Disposable Income (Form 22C) Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (KRIEGER, DAVID) (Entered: 08/22/2010) |
| 08/22/2010 | 6 (2 pgs) | Certificate of Credit Counseling Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (KRIEGER, DAVID) (Entered: 08/22/2010) |
| 08/22/2010 | 7 (3 pgs) | Meeting of Creditors and Notice of Appointment of Trustee RICK A. YARNALL. 341 meeting to be held on 10/05/2010 at 10:30 AM at 341s - Foley Bldg,Rm 1500. Confirmation hearing to be held on 11/05/2010 at 01:30 PM at Foley Bldg,Third Floor. Objection to Dischargeability of Certain |

| | | |
|---|---|---|
| | | Debts due by 12/06/2010. Chapter 13 Proof of Claims due by 01/03/2011. (Entered: 08/22/2010) |
| 08/23/2010 | 8 | Hearing Scheduled/Rescheduled. Confirmation hearing to be held on 11/5/2010 at 01:30 PM at Foley Bldg, Third Floor. (Related document(s)2 Chapter 13 Plan #1 (BNC) filed by Debtor LEE C KAMIMURA) (lih) (Entered: 08/23/2010) |
| 08/23/2010 | 9 | Receipt of Filing Fee for Voluntary Petition (Chapter 13) (10-25867) [misc,volp13pb] ( 274.00). Receipt number 9244884, fee amount $ 274.00. (U.S. Treasury) (Entered: 08/23/2010) |
| 08/24/2010 | 10 (4 pgs) | Application to Employ Haines & Krieger Loan Modifications LLC as Loan Modification Service with Proposed Order Filed by GEORGE HAINES on behalf of LEE C KAMIMURA (HAINES, GEORGE) (Entered: 08/24/2010) |
| 08/24/2010 | 11 (1 pg) | Notice *of Hearing of Application to Employ* Filed by GEORGE HAINES on behalf of LEE C KAMIMURA (Related document(s)10 Application to Employ filed by Debtor LEE C KAMIMURA) (HAINES, GEORGE) (Entered: 08/24/2010) |
| 08/24/2010 | 12 (3 pgs) | Certificate of Service *of Notice of Hearing and Application to Employ* Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (Related document(s)10 Application to Employ filed by Debtor LEE C KAMIMURA, 11 Notice filed by Debtor LEE C KAMIMURA) (KRIEGER, DAVID) (Entered: 08/24/2010) |
| 08/25/2010 | 13 (8 pgs) | BNC Certificate of Mailing (Related document(s)7 Meeting of Creditors Chapter 13 (BNC)) No. of Notices: 10. Service Date 08/25/2010. (Admin.) (Entered: 08/25/2010) |
| 08/25/2010 | 14 (12 pgs) | BNC Certificate of Mailing - pdf (Related document(s)2 Chapter 13 Plan #1 (BNC) filed by Debtor LEE C KAMIMURA) No. of Notices: 24. Service Date 08/25/2010. (Admin.) (Entered: 08/25/2010) |
| 09/10/2010 | 15 (2 pgs) | Creditor Request for Notices with Certificate of Service Filed by BRICE, VANDER LINDEN & WERNICK, P.C. (hb) on behalf of BAC HOME LOAN SERVICING LP |

| | | |
|---|---|---|
| | | (BRICE, VANDER LINDEN & WERNICK, P.C. (hb)) (Entered: 09/10/2010) |
| 09/21/2010 | 16 (2 pgs) | Affidavit Of: George Haines, Esq. *in Support of Application to Employ* Filed by GEORGE HAINES on behalf of LEE C KAMIMURA (Related document(s)10 Application to Employ filed by Debtor LEE C KAMIMURA) (HAINES, GEORGE) (Entered: 09/21/2010) |
| 09/21/2010 | 17 (2 pgs) | Declaration Of: George Haines, Esq. *in Support of Application to Employ* Filed by GEORGE HAINES on behalf of LEE C KAMIMURA (Related document(s)10 Application to Employ filed by Debtor LEE C KAMIMURA) (HAINES, GEORGE) (Entered: 09/21/2010) |
| 09/22/2010 | 18 (2 pgs) | Order On Motion To Employ HAINES & KRIEGER LOAN MODIFICATIONS, LLC and To Approve Administrative Expenses For Loan Modification Services (Related document(s) 10) (rll) (Entered: 09/22/2010) |
| 10/06/2010 | 19 | 341 Meeting Concluded - Assets (YARNALL(mp), RICK) (Entered: 10/06/2010) |
| 10/08/2010 | 20 (1 pg) | Trustee's Opposition to Confirmation of Plan Combined with Trustee's Recommendation for Dismissal. (YARNALL, RICK) (Entered: 10/08/2010) |
| 10/14/2010 | 21 (3 pgs) | BNC Certificate of Mailing - pdf (Related document(s)20 Trustee's Opposition to Confirmation/Recommendation for Dismissal (BNC)) No. of Notices: 27. Service Date 10/14/2010. (Admin.) (Entered: 10/14/2010) |
| 10/15/2010 | 22 (10 pgs; 5 docs) | Motion to Avoid Lien , Motion to Value Collateral Property: 2120 BLUE ZENITH CIRCLE, LAS VEGAS, NEVADA 89119 with Proposed Order with Certificate of Service Filed by MICHAEL J. BROCK on behalf of LEE C KAMIMURA (Attachments: 1 Exhibit 12 Exhibit 23 Exhibit 34 Exhibit Form of Order)(BROCK, MICHAEL) Modified on 10/18/2010 to reflect no Certificate of Service attached (Leavitt, RL). (Entered: 10/15/2010) |
| 10/15/2010 | 23 (4 pgs; 2 docs) | Notice with Certificate of Service Filed by MICHAEL J. BROCK on behalf of LEE C KAMIMURA (Related document(s)22 Motion to Avoid Lien filed by Debtor LEE C KAMIMURA, Motion to Value Collateral) (Attachments: |

| | | 1 Certificate of Service) (BROCK, MICHAEL) (Entered: 10/15/2010) |
|---|---|---|
| 10/18/2010 | 24 | Hearing Scheduled/Rescheduled. Hearing scheduled 11/22/2010 at 03:00 PM at BAM-Courtroom 3, Foley Federal Bldg. (Related document(s)22 Motion to Avoid Lien filed by Debtor LEE C KAMIMURA, Motion to Value Collateral) (rll) (Entered: 10/18/2010) |
| 10/22/2010 | 25<br>(4 pgs) | Notice of Requirement to File Certificate of Completion of Instructional Course Concerning Financial Management. (Entered: 10/22/2010) |
| 10/27/2010 | 26<br>(5 pgs) | BNC Certificate of Mailing. (Related document(s)25 Notice of Requirement to File Certification of Completion of Instructional Course Concerning Financial Management (BNC)) No. of Notices: 1. Service Date 10/27/2010. (Admin.) (Entered: 10/27/2010) |
| 11/05/2010 | 27 | **Virtual Minute Entry in reference to hearing On: 11/05/2010**<br>**Subject:** CHAPTER 13 PLAN #1 FILED BY DAVID KRIEGER ON BEHALF OF LEE C KAMIMURA.<br>**Appearances:** MARIANNE GATTI, ATTORNEY FOR RICK YARNALL, TRUSTEE.<br>**Proceedings:**<br>(vCal Hearing ID (515652)).(related document(s)2) Confirmation hearing to be held on 12/09/2010 at 01:30 PM at Foley Bldg,Third Floor.(rld) (Entered: 11/08/2010) |
| 12/01/2010 | 28<br>(5 pgs) | Amended Schedule[s] B, Personal Property Amount: $ 19125, C, Amount $4800, Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (KRIEGER, DAVID) (Entered: 12/01/2010) |
| 12/01/2010 | 29<br>(4 pgs) | Amended Schedule[s] I, Average Income Amount: $ 2282.46, J, Current Expenditures Amount: $ 1152, Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (KRIEGER, DAVID) (Entered: 12/01/2010) |
| 12/07/2010 | 30<br>(11 pgs) | Amended Chapter 13 Plan Number 2 Filed by MICHAEL J. BROCK on behalf of LEE C KAMIMURA (BROCK, MICHAEL) (Entered: 12/07/2010) |
| 12/08/2010 | 31 | |

| | | |
|---|---|---|
| | | Hearing Scheduled/Rescheduled. Confirmation hearing to be held on 12/9/2010 at 01:30 PM at Foley Bldg,Third Floor. (Related document(s)30 Amended Chapter 13 Plan filed by Debtor LEE C KAMIMURA) (rll) (Entered: 12/08/2010) |
| 12/08/2010 | 32 (3 pgs) | Order On Motion to Value Collateral, Strip Off and Modify Rights Of GREEN TREE SERVICING, LLC (Acct Ending In 0770) (Proof Of Claim No. 4-1) Pursuant to 11 U.S.C. Section 506(a) and Section 1322 By Debtor (Related document(s) 22) (rll) (Entered: 12/08/2010) |
| 12/09/2010 | 33 | **Virtual Minute Entry in reference to hearing On: 12/09/2010** **Subject:** AMENDED CHAPTER 13 PLAN NUMBER 2 FILED BY MICHAEL J. BROCK ON BEHALF OF LEE C KAMIMURA. **Appearances:** MARIANNE GATTI, ATTORNEY FOR RICK YARNALL, TRUSTEE. **Proceedings:** (vCal Hearing ID (544934)).(related document(s)30) Confirmation hearing to be held on 01/06/2011 at 01:30 PM at Foley Bldg,Third Floor.(cnh) (Entered: 12/10/2010) |
| 12/14/2010 | 34 (1 pg) | Assignment/Transfer of Claim filed by ECAST SETTLEMENT CORPORATION (BECKET, ALANE) (Entered: 12/14/2010) |
| 12/15/2010 | 35 (1 pg) | Notice of Assignment of Claim and Pending Order Thereon. (Related document(s)34 Assignment/Transfer of Claim filed by Creditor ECAST SETTLEMENT CORPORATION) (vgr) (Entered: 12/15/2010) |
| 12/17/2010 | 36 (2 pgs) | BNC Certificate of Mailing. (Related document(s)35 Notice of Assignment of Claim and Pending Order Thereon) No. of Notices: 2. Service Date 12/17/2010. (Admin.) (Entered: 12/17/2010) |
| 12/21/2010 | 37 (9 pgs) | Amended Chapter 13 Plan Number 3 Filed by GEORGE HAINES on behalf of LEE C KAMIMURA (HAINES, GEORGE) (Entered: 12/21/2010) |
| 12/22/2010 | 38 | Hearing Scheduled/Rescheduled. Confirmation hearing to be held on 1/6/2011 at 01:30 PM at Foley Bldg,Third Floor. |

| | | |
|---|---|---|
| | | (Related document(s)37 Amended Chapter 13 Plan filed by Debtor LEE C KAMIMURA) (rll) (Entered: 12/22/2010) |
| 12/27/2010 | 39 (17 pgs; 4 docs) | Application *PERMITTING DEBTOR TO MODIFY HOME LOAN AND MODIFY SECURED CLAIM OF BANK OF AMERICA HOME LOANS* with Proposed Order with Certificate of Service Filed by MICHAEL J. BROCK on behalf of LEE C KAMIMURA (Attachments: 1 Exhibit 12 Exhibit Form of Order3 Certificate of Service)(BROCK, MICHAEL) (Entered: 12/27/2010) |
| 12/27/2010 | 40 (5 pgs; 3 docs) | Motion for Order Shortening Time Filed by MICHAEL J. BROCK on behalf of LEE C KAMIMURA (Related document(s)39 Miscellaneous Application filed by Debtor LEE C KAMIMURA) (Attachments: 1 Affidavit of Marilyn McKinney, Esq.2 Attorney Information Sheet)(BROCK, MICHAEL) (Entered: 12/27/2010) |
| 12/27/2010 | 41 (2 pgs) | Notice Filed by MICHAEL J. BROCK on behalf of LEE C KAMIMURA (Related document(s)39 Miscellaneous Application filed by Debtor LEE C KAMIMURA) (BROCK, MICHAEL) Modified on 12/28/2010 to unrelate #40 (Leavitt, RL). (Entered: 12/27/2010) |
| 12/29/2010 | 42 (2 pgs) | Stipulation By LEE C KAMIMURA and Between Rick Yarnall Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (KRIEGER, DAVID) (Entered: 12/29/2010) |
| 12/29/2010 | 43 (2 pgs) | Stipulation and Order Instructing Trustee To Disburse Initial Payment Pursuant To Proposed Chapter 13 Plan #3 (Related document(s)42 Stipulation filed by Debtor LEE C KAMIMURA.) (cly) (Entered: 12/29/2010) |
| 01/05/2011 | 44 (21 pgs; 6 docs) | Notice of Hearing Hearing Date: 01/20/2011 Hearing Time: 3:00 P.M. with Certificate of Service Filed by MICHAEL J. BROCK on behalf of LEE C KAMIMURA (Related document(s)39 Miscellaneous Application filed by Debtor LEE C KAMIMURA) (Attachments: 1 Motion2 Notice3 Exhibit 14 Exhibit Form of Order5 Certificate of Service)(BROCK, MICHAEL) (Entered: 01/05/2011) |
| 01/06/2011 | 45 | Hearing Scheduled/Rescheduled. Hearing scheduled 1/20/2011 at 03:00 PM at BAM-Courtroom 3, Foley Federal Bldg. (Related document(s)39 Miscellaneous Application |

| | | |
|---|---|---|
| | | filed by Debtor LEE C KAMIMURA) (glw) (Entered: 01/06/2011) |
| 01/06/2011 | 46 | **Virtual Minute Entry in reference to hearing On:** 01/06/2011 **Subject:** AMENDED CHAPTER 13 PLAN NUMBER 3 FILED BY GEORGE HAINES ON BEHALF OF LEE C KAMIMURA. **Appearances:** MARIANNE GATTI, ATTORNEY FOR RICK YARNALL, TRUSTEE. **Proceedings:** (vCal Hearing ID (556545)).(related document(s)37) Confirmation hearing to be held on 02/17/2011 at 01:30 PM at Foley Bldg,Third Floor.(cnh) (Entered: 01/07/2011) |
| 01/28/2011 | 47 (3 pgs) | Order on Debtor's Motion to Permit Modification of Home Loan (Related document(s) 39) (mme) (Entered: 01/28/2011) |
| 01/30/2011 | 48 (4 pgs) | BNC Certificate of Mailing - pdf (Related document(s)47 Order on Miscellaneous Application) No. of Notices: 4. Service Date 01/30/2011. (Admin.) (Entered: 01/30/2011) |
| 02/05/2011 | 49 (9 pgs) | Amended Chapter 13 Plan Number 4 Filed by MICHAEL J. BROCK on behalf of LEE C KAMIMURA (BROCK, MICHAEL) (Entered: 02/05/2011) |
| 02/07/2011 | 50 | Hearing Scheduled/Rescheduled. Confirmation hearing to be held on 2/17/2011 at 01:30 PM at Foley Bldg,Third Floor. (Related document(s)49 Amended Chapter 13 Plan filed by Debtor LEE C KAMIMURA) (glw) (Entered: 02/07/2011) |
| 02/07/2011 | 51 (9 pgs) | Amended Chapter 13 Plan Number 5 Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (KRIEGER, DAVID) (Entered: 02/07/2011) |
| 02/08/2011 | 52 | Hearing Scheduled/Rescheduled. Confirmation hearing to be held on 2/17/2011 at 01:30 PM at Foley Bldg,Third Floor. (Related document(s)51 Amended Chapter 13 Plan filed by Debtor LEE C KAMIMURA) (glw) (Entered: 02/08/2011) |
| 02/16/2011 | 53 (3 pgs) | Amended Schedule[s] I, Average Income Amount: $ 2524.96, J, Current Expenditures Amount: $ 2378, Filed by |

| | | |
|---|---|---|
| | | MICHAEL J. BROCK on behalf of LEE C KAMIMURA (BROCK, MICHAEL) (Entered: 02/16/2011) |
| 02/24/2011 | 54 (10 pgs) | Order Confirming Chapter 13 Plan (Related document(s)51 Amended Chapter 13 Plan filed by Debtor LEE C KAMIMURA.) (mdf) (Entered: 02/24/2011) |
| 02/26/2011 | 55 (12 pgs) | BNC Certificate of Mailing - pdf (Related document(s)54 Order Confirming Chapter 13 Plan) No. of Notices: 48. Service Date 02/26/2011. (Admin.) (Entered: 02/26/2011) |
| 03/14/2011 | 56 (4 pgs) | Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution (YARNALL, RICK) (Entered: 03/14/2011) |
| 03/17/2011 | 57 (6 pgs) | BNC Certificate of Mailing - pdf (Related document(s)56 Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution (BNC)) No. of Notices: 31. Service Date 03/17/2011. (Admin.) (Entered: 03/17/2011) |
| 09/14/2011 | 58 (5 pgs; 2 docs) | *Notice of Payment Change* with Certificate of Service Filed by Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. (Attachments: 1 Supplement) (NATIONAL BANKRUPTCY SERVICES (all)) (Entered: 09/14/2011) |
| 06/05/2013 | 59 (1 pg) | Assignment/Transfer of Claim filed by NATIONSTAR MORTGAGE, LLC. Transfer Agreement 3001 (e) 2 Transferor: BAC Home Loans Servicing, LP (Claim No. 8) To Nationstar Mortgage, LLC. Fee Amount $25 (4 S TECHNOLOGIES, LLC (all)) (Entered: 06/05/2013) |
| 06/05/2013 | 60 | Receipt of Filing Fee for Assignment/Transfer of Claim(10-25867-bam) [claims,tranf] ( 25.00). Receipt number 14105353, fee amount $ 25.00.(re: Doc#59) (U.S. Treasury) (Entered: 06/05/2013) |
| 06/07/2013 | 61 (1 pg) | Notice of Assignment of Claim and Pending Order Thereon. (Related document(s)59 Assignment/Transfer of Claim filed by Creditor NATIONSTAR MORTGAGE, LLC.) (cjl) (Entered: 06/07/2013) |
| 06/09/2013 | 62 (3 pgs) | BNC Certificate of Mailing. (Related document(s)61 Notice of Assignment of Claim and Pending Order Thereon) No. of |

| | | |
|---|---|---|
| | | Notices: 2. Notice Date 06/09/2013. (Admin.) (Entered: 06/09/2013) |
| 07/20/2013 | 63 (1 pg) | Judge Laurel E. Davis has been added to this case. The involvement of Judge Bruce A. Markell has been terminated. (Entered: 07/20/2013) |
| 07/24/2013 | 64 (3 pgs) | BNC Certificate of Mailing - pdf (Related document(s)63 Order Directing Reassignment of Case to Bankruptcy Judge Laurel E. Davis) No. of Notices: 5. Notice Date 07/24/2013. (Admin.) (Entered: 07/25/2013) |
| 01/14/2014 | 65 (3 pgs) | Chapter 13 Final Account and Report -Completed. Chapter 13 Notice due 02/28/2014. (YARNALL, RICK) (Entered: 01/14/2014) |
| 01/30/2014 | 66 (4 pgs) | Certificate of Service Filed by RICK A. YARNALL on behalf of RICK A. YARNALL (Related document(s)65 Chapter 13 Final Account and Report -Completed (BAPCPA)) (YARNALL, RICK) (Entered: 01/30/2014) |
| 02/04/2014 | 67 (2 pgs) | Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. Filed by GEORGE HAINES on behalf of LEE C KAMIMURA (HAINES, GEORGE) (Entered: 02/04/2014) |
| 03/02/2014 | 68 (3 pgs) | Chapter 13 Standing Trustee's Final Report and Account. Chapter 13 (Completed) Closing due 03/3/2014. (YARNALL, RICK) (Entered: 03/02/2014) |
| 03/03/2014 | 69 (1 pg) | Certificate of Service Filed by RICK A. YARNALL on behalf of RICK A. YARNALL (Related document(s)68 Chapter 13 Standing Trustee's Final Report and Account -Completed) (YARNALL, RICK) (Entered: 03/03/2014) |
| 03/03/2014 | 70 (1 pg) | Notice of Requirement to File Debtor's Certificate of Compliance with Conditions Related to Entry of Chapter 13 Discharge Together with Notice Thereon. Check Ch 13 Case for Closing 4/7/2014. (arv) (Entered: 03/03/2014) |
| 03/05/2014 | 71 (2 pgs) | BNC Certificate of Mailing. (Related document(s)70 Notice of Requirement to File Ch 13 Cert of Compliance (BNC)) No. of Notices: 1. Notice Date 03/05/2014. (Admin.) (Entered: 03/05/2014) |

| | | |
|---|---|---|
| 03/19/2014 | 72 (3 pgs) | Debtor's Certificate of Compliance with Conditions Related to Entry of Chapter 13 Discharge Together with Notice Thereon. Chapter 13 BAPCPA Discharge due 04/18/2014. Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (KRIEGER, DAVID) (Entered: 03/19/2014) |
| 03/19/2014 | 73 (4 pgs) | Certificate of Service of Certificate of Compliance Chapter 13 BAPCPA Discharge due 04/18/2014. Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (Related document(s)72 Debtor's Certificate of Compliance with Conditions Related to Entry of Chapter 13 Discharge Together with Notice Thereon filed by Debtor LEE C KAMIMURA) (KRIEGER, DAVID) (Entered: 03/19/2014) |
| 04/21/2014 | 74 (1 pg) | Discharge of Debtor After Completion of Chapter 13 Plan (arv) (Entered: 04/21/2014) |
| 04/23/2014 | 75 (3 pgs) | BNC Certificate of Mailing (Related document(s)74 Discharge of Debtor After Completion of Chapter 13 Plan) No. of Notices: 19. Notice Date 04/23/2014. (Admin.) (Entered: 04/23/2014) |
| 04/24/2014 | 76 (1 pg) | Final Decree of LEE C KAMIMURA and Closing of Chapter 13 Case (arv) (Entered: 04/24/2014) |
| 03/31/2015 | 77 (5 pgs; 2 docs) | Motion to Reopen Chapter 13 Case *for sanctions*. Fee Amount $235. Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (Attachments: # 1 Exhibit 1) (KRIEGER, DAVID) (Entered: 03/31/2015) |
| 03/31/2015 | 78 | Receipt of Filing Fee for Motion to Reopen Chapter 13 Case (10-25867-led) [motion,mreop13] ( 235.00). Receipt number 15927638, fee amount $ 235.00.(re: Doc#77) (U.S. Treasury) (Entered: 03/31/2015) |
| 04/01/2015 | 79 (2 pgs) | Order Granting Motion To Reopen Chapter 13 Case (Related document(s) 77) (wml) (Entered: 04/01/2015) |
| 04/02/2015 | 80 (31 pgs; 6 docs) | Motion for Sanctions Filed by GEORGE HAINES on behalf of LEE C KAMIMURA (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5) (HAINES, GEORGE) (Entered: 04/02/2015) |
| 04/02/2015 | 81 (2 pgs) | Notice of Hearing Hearing Date: 05/05/2015 Hearing Time: 2:30 p.m. Filed by GEORGE HAINES on behalf of LEE C |

| | | |
|---|---|---|
| | | KAMIMURA (Related document(s)80 Motion for Sanctions filed by Debtor LEE C KAMIMURA) (HAINES, GEORGE) (Entered: 04/02/2015) |
| 04/03/2015 | 82 | Hearing Scheduled/Rescheduled. Hearing scheduled 5/5/2015 at 02:30 PM at LED-Courtroom 3, Foley Federal Bldg. (Related document(s)80 Motion for Sanctions filed by Debtor LEE C KAMIMURA) (arv) (Entered: 04/03/2015) |
| 04/03/2015 | 83 (2 pgs) | Certificate of Service with Certificate of Service Filed by GEORGE HAINES on behalf of LEE C KAMIMURA (Related document(s)80 Motion for Sanctions filed by Debtor LEE C KAMIMURA, 81 Notice of Hearing filed by Debtor LEE C KAMIMURA) (HAINES, GEORGE) (Entered: 04/03/2015) |
| 04/20/2015 | 84 (7 pgs; 2 docs) | Stipulation By SPECIALIZED LOAN SERVICING and Between Debtor Lee C. Kamimura with Certificate of Service Filed by ARIEL E. STERN on behalf of SPECIALIZED LOAN SERVICING (Related document(s) 80 Motion for Sanctions filed by Debtor LEE C KAMIMURA) (Attachments: # 1 Exhibit A - Proposed Order) (STERN, ARIEL) (Entered: 04/20/2015) |
| 04/29/2015 | 85 (2 pgs) | Stipulated/Agreed Order (Related document(s)84 Stipulation filed by Creditor SPECIALIZED LOAN SERVICING.) (arv) (Entered: 04/29/2015) |
| 04/29/2015 | 86 | Hearing Scheduled/Rescheduled. Hearing scheduled 6/2/2015 at 02:30 PM at LED-Courtroom 3, Foley Federal Bldg. (Related document(s)80 Motion for Sanctions filed by Debtor LEE C KAMIMURA) (arv) (Entered: 04/29/2015) |
| 04/30/2015 | 87 | **Minute Entry** Re: hearing on 5/5/2015 2:30 PM. Vacated Per Order Entered on Docket. Docket Number 85 (related document(s): 80 Motion for Sanctions filed by LEE C KAMIMURA) (npc ) (Entered: 04/30/2015) |
| 05/18/2015 | 88 (6 pgs) | Stipulation By SPECIALIZED LOAN SERVICING and Between Debtor *Continuing Hearing on Motion for Sanctions* with Certificate of Service Filed by MATTHEW I KNEPPER on behalf of SPECIALIZED LOAN SERVICING (Related document(s)80 Motion for Sanctions filed by Debtor LEE C KAMIMURA) (KNEPPER, MATTHEW) (Entered: 05/18/2015) |

| 05/19/2015 | 89<br>(2 pgs) | Stipulated/Agreed Order (Related document(s)88 Stipulation filed by Creditor SPECIALIZED LOAN SERVICING.) (arv) (Entered: 05/19/2015) |
| --- | --- | --- |
| 05/19/2015 | 90 | Hearing Scheduled/Rescheduled. Hearing scheduled 7/7/2015 at 11:00 AM at LED-Courtroom 3, Foley Federal Bldg. (Related document(s)80 Motion for Sanctions filed by Debtor LEE C KAMIMURA) (arv) (Entered: 05/19/2015) |
| 05/19/2015 | 91 | **Minute Entry** Re: hearing on 6/2/2015 2:30 PM. Continued. (related document(s): 80 Motion for Sanctions filed by LEE C KAMIMURA) (Hearing scheduled 06/02/2015 at 11:00 AM at LED-Courtroom 3, Foley Federal Bldg. (hlw) (Entered: 05/19/2015) |
| 05/26/2015 | 92 | **Minute Entry** Re: hearing on 6/2/2015 11:00 AM. Vacated Per Order Entered on Docket. Docket Number 89 (related document(s): 80 Motion for Sanctions filed by LEE C KAMIMURA) (npc) (Entered: 05/26/2015) |
| 06/29/2015 | 93<br>(4 pgs) | Stipulation By SPECIALIZED LOAN SERVICING and Between Debtor Lee C. Kamimura with Certificate of Service Filed by ARIEL E. STERN on behalf of SPECIALIZED LOAN SERVICING (Related document(s) 80 Motion for Sanctions filed by Debtor LEE C KAMIMURA) (STERN, ARIEL) (Entered: 06/29/2015) |
| 06/30/2015 | 94<br>(7 pgs; 2 docs) | Stipulated/Agreed Order (Related document(s)93 Stipulation filed by Creditor SPECIALIZED LOAN SERVICING.) (Attachments: # 1 Exhibit A) (mag) (Entered: 06/30/2015) |
| 06/30/2015 | 95 | Hearing Scheduled/Rescheduled. Hearing scheduled 9/15/2015 at 11:00 AM at LED-Courtroom 3, Foley Federal Bldg. (Related document(s)80 Motion for Sanctions filed by Debtor LEE C KAMIMURA) (mag) (Entered: 06/30/2015) |
| 09/03/2015 | 96<br>(8 pgs; 2 docs) | Stipulation By SPECIALIZED LOAN SERVICING and Between Debtor Lee C. Kamimura *Extending the Date for Hearing on Debtor's Motion To Determine Contempt* with Certificate of Service Filed by MATTHEW I KNEPPER on behalf of SPECIALIZED LOAN SERVICING (Related document(s)80 Motion for Sanctions filed by Debtor LEE C KAMIMURA) (Attachments: # 1 Exhibit A) (KNEPPER, MATTHEW) (Entered: 09/03/2015) |

| 09/04/2015 | 97<br>(3 pgs) | Stipulated/Agreed Order (Related document(s)96 Stipulation filed by Creditor SPECIALIZED LOAN SERVICING.) (arv) (Entered: 09/04/2015) |
| --- | --- | --- |
| 09/04/2015 | 98 | Hearing Scheduled/Rescheduled. Hearing scheduled 10/27/2015 at 11:00 AM at LED-Courtroom 3, Foley Federal Bldg. (Related document(s)80 Motion for Sanctions filed by Debtor LEE C KAMIMURA) (arv) (Entered: 09/04/2015) |
| 11/06/2015 | 99<br>(2 pgs) | Stipulation By LEE C KAMIMURA and Between Debtor and Specialized Loan Servicing Filed by DAVID KRIEGER on behalf of LEE C KAMIMURA (Related document(s)80 Motion for Sanctions filed by Debtor LEE C KAMIMURA) (KRIEGER, DAVID) (Entered: 11/06/2015) |
| 11/09/2015 | 100<br>(2 pgs) | Stipulated/Agreed Order (Related document(s)99 Stipulation filed by Debtor LEE C KAMIMURA.) (arv) (Entered: 11/09/2015) |
| 02/16/2016 | 101<br>(1 pg) | Final Decree of LEE C KAMIMURA and Closing of Chapter 13 Case (arv) (Entered: 02/16/2016) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 06/23/2017 14:51:20 | | | |
| PACER Login: | severson2015:2641741:0 | Client Code: | 11293.0677 |
| Description: | Docket Report | Search Criteria: | 10-25867-led Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 8 | Cost: | 0.80 |