# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEE C. KAMIMURA, | Case No. 2:16-cv-00783-APG-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| DITECH FINANCIAL, LLC, | |
| Defendant. | |

This matter is before the court on defendant Ditech Financial LLC's motion to amend the scheduling order (ECF No. 77), filed on April 20, 2018. Plaintiff Lee C. Kamimura filed a response (EFC No. 81) on May 4, 2018. Defendant filed a reply (ECF No. 82) on May 11, 2018.

Defendant moves to amend the scheduling order so that the dispositive motions deadline is set after the court decides the issue of class certification. Given that the parties filed their dispositive motions three days after this motion was filed, it appears that the motion is moot. To the extent defendant requests that the court address the pending motions for class certification and for summary judgment in a particular order, the undersigned does not express an opinion on that request. The motion for class certification (ECF No. 59) and the motions for summary judgment (ECF Nos. 79, 80) are pending before the United States district judge assigned to this case, who will address the motions in due course.

IT IS THEREFORE ORDERED that Ditech Financial LLC's motion to amend the scheduling order (ECF No. 77) is DENIED.

DATED: May 22, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE