# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEE C. KAMIMURA,<br><br>    Plaintiff<br><br>v.<br><br>GREEN TREE SERVICING, LLC,<br><br>    Defendant | Case No.: 2:16-cv-00783-APG-CWH<br><br>**Order Denying Pending Motions as Moot**<br><br>[ECF Nos. 59, 79, 80, 87] |

In light of the parties' notice of settlement and agreement to withdraw all pending motions without prejudice,

IT IS ORDERED that all pending motions **(ECF Nos. 59, 79, 80, 87) are DENIED** without prejudice.

IT IS FURTHER ORDERED that on or before January 2, 2019, the parties shall file either a motion for preliminary approval of class action settlement or a status report regarding settlement.

DATED this 7th day of November, 2018.

                                                                               ANDREW P. GORDON<br>
                                                                               UNITED STATES DISTRICT JUDGE