DONALD H. CRAM (CA Bar No. 160004 )
dhc@severson.com
(Admitted Pro Hac Vice)
LASZLO LADI (CA Bar No. 265564)
ll@severson.com
(Admitted Pro Hac Vice)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

LAURA R. JACOBSEN (NV Bar No. 13699)
McDonald Carano LLP
100 West Liberty St., 10th Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile:  (775) 788-2020
ljacobsen@mcdonaldcarano.com

Attorneys for Defendant
Ditech Financial LLC
formerly known as
Green Tree Servicing LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Lee C. Kamimura, individually and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Ditech Financial LLC formerly known as Green Tree Servicing, LLC,<br><br>Defendant. | Case No. 2:16-cv-00783-APG-CWH<br><br>**DITECH'S MOTION FOR WITHDRAWAL OF COUNSEL; [PROPOSED] ORDER** |

Pursuant to Local Rule IA 11-6, Defendant Defendant Ditech Financial LLC, formerly known as Green Tree Servicing, LLC ("Ditech's"), respectfully moves to withdraw attorney John B. Sullivan as counsel of record in this matter:

John B. Sullivan
Severson & Werson
One Embarcardero Center, Suite 2600
San Francisco, CA 9411
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

The reason for withdrawal is that Mr. Sullivan was inadvertently included on some of Ditech's filings in this case, and it was not intended that he appear as counsel of record for Ditech along with other lawyers from the law firm Severson & Werson, lead counsel in this case. Donald H. Cram and Laszlo Ladi of Severson & Werson and Laura R. Jacobsen of McDonald Carano LLP will continue to represent Ditech in this matter. Thus, there is no prejudice to Plaintiff Lee C. Kamimura ("Plaintiff") or to Ditech, and this withdrawal will not cause any delay in the proceedings whatsoever. With this filing, both Plaintiff and Ditech will receive notice of the withdrawal. Thus, good cause exists for the withdrawal, and Ditech respectfully requests that this Court approve the formal withdrawal of John B. Sullivan as counsel of record.

DATED this 13th day of November, 2018

SEVERSON & WERSON
A Professional Corporation

*/s/ Donald H. Cram*
DONALD H. CRAM
LASZLO LADI
One Embarcadero Center, Suite 2600
San Francisco, California 94111

McDONALD CARANO LLP

*/s/ Laura R. Jacobsen*
LAURA R. JACOBSEN
100 West Liberty St., 10th Floor
Reno, Nevada 89501

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 14, 2018