Abbas Kazerounian, Esq.
*Pro Hac Vice*
Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808
ak@kazlg.com
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Lee C. Kamimura*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lee C. Kamimura, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Green Tree Services, LLC,<br><br>Defendant. | Case No. 2:16-cv-00783-APG-CWH<br><br>**SECOND JOINT STATUS REPORT REGARDING CLASS ACTION SETTLEMENT** |

## JOINT STATUS REPORT

The dispute between Plaintiff Lee C. Kamimura ("Plaintiff") and Defendant Green Tree Services, LLC ("Defendant") has been resolved, in principal, on a class-wide basis.

The parties have continued settlement discussions but still require additional time to finalize the terms of the settlement, agree as to a written class action settlement agreement and to file a motion for approval of the class action settlement. The parties anticipate filing the motion for preliminary approval of class action settlement, or a status report regarding settlement, within 30 days—on or before **March 1, 2019**.

DATED this 1st day of February 2019.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**SEVERSON & WERSON**

By: /s/ Donald H. Cram
Donald H. Cram, Esq.
Laszlo Ladi, Esq.
One Embarcadero Center, Suite 2600
San Francisco, California 94111
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 1, 2019 the foregoing Joint Status Report was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind, Esq.
    6069 South Fort Apache Road, Ste. 100
    Las Vegas, Nevada 89148