# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEE C. KAMIMURA, | Case No.: 2:16-cv-00783-APG-CWH |
| Plaintiff | **Order Staying Case** |
| v. | |
| DITECH FINANCIAL, LLC, | |
| Defendant | |

In light of the notice of bankruptcy (ECF No. 100) and consistent with the parties' joint status report regarding the defendant's bankruptcy (ECF No. 102),

IT IS ORDERED that this case is STAYED pending the defendant's bankruptcy proceedings.

IT IS FURTHER ORDERED that the parties shall file a status report in 120 days and every 120 days thereafter until either the bankruptcy proceedings are resolved or the automatic stay is lifted.

DATED this 28th day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE