LAURA R. JACOBSEN
NV BAR NO. 13699
McDONALD CARANO LLP
100 W. Liberty St., 10th Floor
P.O. Box 2670
Reno, Nevada 89505
Telephone: (775) 788-2000
Facsimile: (775) 788-202
ljacobsen@mcdonaldcarano.com

DONALD H. CRAM (CA Bar No. 160004)
dhc@severson.com
LASZLO LADI (CA Bar No. 265564)
ll@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
Ditech Financial LLC
formerly known as
Green Tree Servicing LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Lee C. Kamimura, individually and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Ditech Financial LLC formally known as Green Tree Servicing, LLC,<br><br>Defendant. | Case No. 2:16-cv-00783-APG-DJA<br><br>**ORDER<br>APPROVING STIPULATION AND DISMISSING ACTION** |

The Court, having considered the Stipulation for Dismissal of Action ("Stipulation") between Lee C. Kamimura ("Plaintiff") and Ditech Financial LLC ("Defendant"), and for good cause appearing,

11293.0677/15132742.1                                    2:16-cv-00783-APG-DJA

ORDER APPROVING STIPULATION AND DISMISSING ACTION

ITS IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Stipulation is approved;

2.      The Second Amended Complaint filed on July 15, 2016 by Plaintiff shall be dismissed.

3.      Dismissal of this action shall in no way impair Plaintiff's rights to receive a distribution in connection with Defendant's Chapter 11 Bankruptcy Proceeding, if any, under the terms of the Plan pursuant to Plaintiff's Proof of Claim.

3.      The parties shall bear their own fees and costs incurred in connection with the matter.

Dated: November 21, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

11293.0677/15132742.1                                 2                           2:16-cv-00783-APG-DJA
ORDER APPROVING STIPULATION AND DISMISSING ACTION